UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., and CISCO TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEXON COMPUTER, INC., <br><br> Defendant. | Case No. 3:20-cv-4926 <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT DEXON COMPUTER, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** <br><br> *Filed concurrently with Motion to Dismiss and Declaration in Support* |

Case No. 3:20-cv-4926

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2

3  Considering the papers and arguments, and finding good cause, the Motion to
4  Dismiss for lack of personal jurisdiction is GRANTED.  This case is dismissed.

5

6  IT IS SO ORDERED.

7

8  Dated: _____
                                              UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28