1  John A. Conkle, (SB# 117849)
    *j.conkle@conklelaw.com*
2  Amanda R. Washton (SB# 227541)
    *a.washton@conklelaw.com*
3  CONKLE, KREMER & ENGEL
   Professional Law Corporation
4  3130 Wilshire Boulevard, Suite 500
   Santa Monica, California 90403-2351
5  Phone: (310) 998-9100 • Fax: (310) 998-9109

6  Michael M. Lafeber (*pro hac vice* pending)
    *mlafeber@taftlaw.com*
7  O. Joseph Balthazor Jr. (*pro hac vice* pending)
    *jbalthazor@taftlaw.com*
8  **TAFT STETTINIUS & HOLLISTER LLP**
   2200 IDS Center
9  80 S. 8th St.
   Minneapolis, MN 55402
10 Tel: 612.977.8400
   Fax: 612.977.8650

11
   Attorneys for Movant
12 Dexon Computer, Inc.

13

14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  CISCO SYSTEMS, INC., and CISCO TECHNOLOGY, INC., | Case No. 3:20-cv-4926 |
| 19           Plaintiff, | **PROOF OF SERVICE AS TO NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND ACCOMPANYING DOCUMENTS** |
| 20       v. | |
| 21  DEXON COMPUTER, INC., | |
| 22           Defendant. | |

23

24

25

26

27

28

0640.002\9995                                              Case No. 3:20-cv-4926
PROOF OF SERVICE AS TO NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL
JURISDICTION AND ACCOMPANYING DOCUMENTS

## PROOF OF SERVICE

**STATE OF , COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 3130 Wilshire Boulevard, Suite 500, Santa Monica, CA 90403-2351.

On September 25, 2020, I served true copies of the following document(s) described as

**DEFENDANT DEXON COMPUTER, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

**[PROPOSED] ORDER GRANTING DEFENDANT DEXON COMPUTER, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

**DECLARATION OF STEPHEN O'NEIL IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

on the interested parties in this action as follows:

Richard J. Nelson
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
E-Mail: rnelson@sideman.com

Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for Plaintiffs
Cisco Systems, Inc. and Cisco Technology, Inc

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 25, 2020, at Santa Monica, California.

*/s/John A. Conkle*
John A. Conkle