John A. Conkle (SB# 117849)
  j.conkle@conklelaw.com
Amanda R. Washton (SB# 227541)
  a.washton@conklelaw.com
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Michael M. Lafeber (*pro hac vice* pending)
  mlafeber@taftlaw.com
O. Joseph Balthazor Jr. (*pro hac vice* pending)
  jbalthazor@taftlaw.com
**TAFT STETTINIUS & HOLLISTER LLP**
2200 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Tel: 612.977.8400
Fax: 612.977.8650

Attorneys for Movant
Dexon Computer, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CISCO SYSTEMS, INC., and CISCO TECHNOLOGY, INC., Plaintiff, v. DEXON COMPUTER, INC., Defendant. | Case No. 3:20-cv-4926-WHO <br><br> **DEFENDANT DEXON COMPUTER, INC.'S RE-NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** <br><br> Date:  November 18, 2020 <br> Time:  2:00 p.m. <br> Crtrm.:  2, 17th Floor |
|---|---|

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant's Motion to Dismiss for Lack of Personal Jurisdiction previously set for hearing by the Court before Magistrate Judge Thomas S. Hixson and set for hearing on November 5, 2020, at 10:00 a.m. has been re-noticed due to reassignment to Judge William H. Orrick. Please take notice that the above entitled motion is now set for hearing on November 18, 2020, at 2:00 p.m., or as soon thereafter as counsel may be heard, before the Honorable Judge William H. Orrick, in the above-referenced Courtroom, Defendant Dexon Computer, Inc. ("Dexon") will move under Rule 12(b)(2) of the Federal Rules of Civil Procedure for an order dismissing all claims in Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc.'s ("Cisco") Complaint for lack of personal jurisdiction or, alternatively, for an order transferring this action under 28 U.S.C. § 1404, to the United States District Court of Minnesota.

This Motion is based on this Notice of Motion and Motion; the following Memorandum of Points and Authorities; the Declaration of Stephen O'Neil in Support of Dexon's Motion to Dismiss ("O'Neil Decl.") and the exhibits attached thereto; the record in this matter; and such other and further papers, evidence, and argument as may be submitted to support this Motion.

Dated: September 28, 2020

John A. Conkle
Amanda R. Washton, , members of
CONKLE, KREMER & ENGEL
Professional Law Corporation

By: */s/ John A. Conkle*
John A. Conkle
Attorneys for Movant
Dexon Computer, Inc.

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on this 28th day of September, 2020, I electronically filed |
| 3 | the foregoing **DEFENDANT DEXON COMPUTER, INC.'S RE-NOTICE OF** |
| 4 | **MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** with the |
| 5 | Clerk of the Court using the CM/ECF system which will send notification of such |
| 6 | filing to the following: |

Richard J. Nelson
Louis P. Feuchtbaum
Angela M. He
Artur A. Minasyan
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
E-Mail: rnelson@sideman.com
E-Mail: lfeuchtbaum@sideman.com
E-Mail: ahe@sideman.com
E-Mail: aminasyan@sideman.com
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for Plaintiffs
Cisco Systems, Inc. and Cisco Technology, Inc

*/s/ John A. Conkle*
John A. Conkle
Attorneys for Movant Dexon Computer, Inc.