Amanda R. Washton (SB# 227541)
  a.washton@conklelaw.com
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Michael M. Lafeber (*pro hac vice*)
  mlafeber@taftlaw.com
O. Joseph Balthazor Jr. (*pro hac vice*)
  jbalthazor@taftlaw.com
**TAFT STETTINIUS & HOLLISTER LLP**
2200 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Tel: 612.977.8400
Fax: 612.977.8650

Attorneys for Movant
Dexon Computer, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., and CISCO TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEXON COMPUTER, INC., <br><br> Defendant. | Case No. 3:20-cv-4926-CRB <br><br> **NOTICE OF NON-RECEIPT OF OPPOSITION TO DEXON COMPUTER, INC.'S MOTION TO DISMISS FOR LACK OF JURISDICTION** <br><br> Date:   11/19/2020 <br> Time:   10:00 a.m. <br> Crtrm.: 6, 17th Floor <br><br> Hon. Charles R. Breyer <br> Presiding Judge |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs CISCO SYSTEMS, INC., and CISCO TECHNOLOGY, INC., have failed to file an opposition to the Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) for lack of personal jurisdiction brought by Dexon Computer, Inc., filed on September 25, 2020.

Pursuant to Local Rule 7-3, the deadline to file a response was October 9, 2020. ("The opposition must be filed and served not more than 14 days after the motion was filed.")  Accordingly, the lack of any opposition should be deemed consent to the granting of the Motion and the dismissal of this action, in its entirety.

Dated:  October 15, 2020

Amanda R. Washton, member of
CONKLE, KREMER & ENGEL
Professional Law Corporation


By: /s/ Amanda R. Waston
    Amanda R. Washton
    Attorneys for Movant
    Dexon Computer, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2020, I electronically filed the foregoing **NOTICE OF NON-RECEIPT OF OPPOSITION TO DEXON COMPUTER, INC.'S MOTION TO DISMISS FOR LACK OF JURISDICTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard J. Nelson
Louis P. Feuchtbaum
Angela M. He
Artur A. Minasyan
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
E-Mail: rnelson@sideman.com
E-Mail: lfeuchtbaum@sideman.com
E-Mail: ahe@sideman.com
E-Mail: aminasyan@sideman.com
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for Plaintiffs
Cisco Systems, Inc. and Cisco Technology, Inc

*/s/Amanda R. Washton*
Amanda R. Washton
Attorneys for Defendant Dexon Computer, Inc.