# EXHIBIT A



**Cisco End User License Agreement**

This is an agreement between You and Cisco Systems, Inc. or its affiliates ("**Cisco**") and governs your Use of Cisco Software. **"You"** and **"Your"** means the individual or legal entity licensing the Software under this EULA. "**Use**" or "**Using**" means to download, install, activate, access or otherwise use the Software. "**Software**" means the Cisco computer programs and any Upgrades made available to You by an Approved Source and licensed to You by Cisco. "**Documentation**" is the Cisco user or technical manuals, training materials, specifications or other documentation applicable to the Software and made available to You by an Approved Source. "**Approved Source**" means (i) Cisco or (ii) the Cisco authorized reseller, distributor or systems integrator from whom you acquired the Software. "**Entitlement**" means the license detail; including license metric, duration, and quantity provided in a product ID (PID) published on Cisco's price list, claim certificate or right to use notification. "**Upgrades**" means all updates, upgrades, bug fixes, error corrections, enhancements and other modifications to the Software and backup copies thereof.

This agreement, any supplemental license terms and any specific product terms at www.cisco.com/go/softwareterms (collectively, the "**EULA**") govern Your Use of the Software.

1. **Acceptance of Terms**.  By Using the Software, You agree to be bound by the terms of the EULA. If you are entering into this EULA on behalf of an entity, you represent that you have authority to bind that entity. If you do not have such authority or you do not agree to the terms of the EULA, neither you nor the entity may Use the Software and it may be returned to the Approved Source for a refund within thirty (30) days of the date you acquired the Software or Cisco product. Your right to return and refund applies only if you are the original end user licensee of the Software.

2.  **License**. Subject to payment of the applicable fees and compliance with this EULA, Cisco grants You a limited, non-exclusive and non-transferable license to Use object code versions of the Software and the Documentation solely for Your internal operations and in accordance with the Entitlement and the Documentation. Cisco licenses You the right to Use only the Software You acquire from an Approved Source. Unless contrary to applicable law, You are not licensed to Use the Software on secondhand or refurbished Cisco equipment not authorized by Cisco, or on Cisco equipment not purchased through an Approved Source. In the event that Cisco requires You to register as an end user, Your license is valid only if the registration is complete and accurate. The Software may contain open source software, subject to separate license terms made available with the Cisco Software or Documentation.

   If the Software is licensed for a specified term, Your license is valid solely for the applicable term in the Entitlement. Your right to Use the Software begins on the date the Software is made available for download or installation and continues until the end of the specified term, unless otherwise terminated in accordance with this Agreement.

3. **Evaluation License**. If You license the Software or receive Cisco product(s) for evaluation purposes or other limited, temporary use as authorized by Cisco ("**Evaluation Product**"), Your Use of the Evaluation Product is only permitted for the period limited by the license key or otherwise stated by Cisco in writing. If no evaluation period is identified by the license key or in writing, then the evaluation license is valid for thirty (30) days from the date the Software or Cisco product is made available to You. You will be invoiced for the list price of the Evaluation Product if You fail to return or stop Using it by the end of the evaluation period. The Evaluation Product is licensed "AS-IS" without support or warranty of any kind, expressed or implied. Cisco does not assume any liability arising from any use of the Evaluation Product. You may not publish any results of benchmark tests run on the Evaluation Product without first obtaining written approval from Cisco. You authorize Cisco to use any feedback or ideas You provide Cisco in connection with Your Use of the Evaluation Product.

4. **Ownership**. Cisco or its licensors retain ownership of all intellectual property rights in and to the Software, including copies, improvements, enhancements, derivative works and modifications thereof. Your rights to Use the Software are

Controlled Doc. #EDM-122989354, EDCS-11640491  Ver: 4.0 Last Modified:5/22/2017  Cisco Public Information
Cisco End User License Agreement FINAL .v4.doc

Exhibit A, p. 02

Confidential

DEX-000675

limited to those expressly granted by this EULA.  No other rights with respect to the Software or any related intellectual property rights are granted or implied.

5.   **Limitations and Restrictions**. You will not and will not allow a third party to**:**

   a.   transfer, sublicense, or assign Your rights under this license to any other person or entity (except as expressly provided in Section 12 below), unless expressly authorized by Cisco in writing;

   b.   modify, adapt or create derivative works of the Software or Documentation;

   c.   reverse engineer, decompile, decrypt, disassemble or otherwise attempt to derive the source code for the Software, except as provided in Section 16 below;

   d.   make the functionality of the Software available to third parties, whether as an application service provider, or on a rental, service bureau, cloud service, hosted service, or other similar basis unless expressly authorized by Cisco in writing;

   e.   Use Software that is licensed for a specific device, whether physical or virtual, on another device, unless expressly authorized by Cisco in writing; or

   f.   remove, modify, or conceal any product identification, copyright, proprietary, intellectual property notices or other marks on or within the Software;

6.   **Third Party Use of Software**.  You may permit a third party to Use the Software licensed to You under this EULA if such Use is solely (i) on Your behalf, (ii) for Your internal operations, and (iii) in compliance with this EULA. You agree that you are liable for any breach of this EULA by that third party.

7.   **Limited Warranty and Disclaimer**.

   a.   **Limited Warranty**. Cisco warrants that the Software will substantially conform to the applicable Documentation for the longer of (i) ninety (90) days following the date the Software is made available to You for your Use or (ii) as otherwise set forth at http://www.cisco.com/go/warranty.  This warranty does not apply if the Software, Cisco product or any other equipment upon which the Software is authorized to be used:  (i) has been altered, except by Cisco or its authorized representative, (ii) has not been installed, operated, repaired, or maintained in accordance with instructions supplied by Cisco, (iii) has been subjected to abnormal physical or electrical stress, abnormal environmental conditions, misuse, negligence, or accident;  (iv) is licensed for beta, evaluation, testing or demonstration purposes or other circumstances for which the Approved Source does not receive a payment of a purchase price or license fee; or (v) has not been provided by an Approved Source. Cisco will use commercially reasonable efforts to deliver to You Software free from any viruses, programs, or programming devices designed to modify, delete, damage or disable the Software or Your data.

   b.   **Exclusive Remedy**. At Cisco's option and expense, Cisco shall repair, replace, or cause the refund of the license fees paid for the non-conforming Software. This remedy is conditioned on You reporting the non-conformance in writing to Your Approved Source within the warranty period.  The Approved Source may ask You to return the Software, the Cisco product, and/or Documentation as a condition of this remedy. This Section is Your exclusive remedy under the warranty.

   c.   **Disclaimer**.

   **Except as expressly set forth above, Cisco and its licensors provide Software "as is" and expressly disclaim all warranties, conditions or other terms, whether express, implied or statutory, including without limitation, warranties, conditions or other terms regarding merchantability, fitness for a particular purpose, design, condition, capacity, performance, title, and non-infringement. Cisco does not warrant that the Software will operate uninterrupted or error-free or that all errors will be corrected. In addition, Cisco does not warrant that the Software or any equipment, system or network on which the Software is used will be free of vulnerability to intrusion or**

Controlled Doc. #EDM-122989354, EDCS-11640491  Ver: 4.0 Last Modified:5/22/2017  Cisco Public Information
Cisco End User License Agreement FINAL .v4.doc

Exhibit A, p. 03

Confidential

attack.

8.  <u>**Limitations and Exclusions of Liability.**</u>  **In no event will Cisco or its licensors be liable for the following, regardless of the theory of liability or whether arising out of the use or inability to use the Software or otherwise, even if a party been advised of the possibility of such damages: (a) indirect, incidental, exemplary, special or consequential damages; (b) loss or corruption of data or interrupted or loss of business; or (c) loss of revenue, profits, goodwill or anticipated sales or savings. All liability of Cisco, its affiliates, officers, directors, employees, agents, suppliers and licensors collectively, to You, whether based in warranty, contract, tort (including negligence), or otherwise, shall not exceed the license fees paid by You to any Approved Source for the Software that gave rise to the claim.  This limitation of liability for Software is cumulative and not per incident.  Nothing in this Agreement limits or excludes any liability that cannot be limited or excluded under applicable law.**

9.  <u>**Upgrades and Additional Copies of Software**</u>. Notwithstanding any other provision of this EULA, You are not permitted to Use Upgrades unless You, at the time of acquiring such Upgrade:
    a.  already hold a valid license to the original version of the Software, are in compliance with such license, and have paid the applicable fee for the Upgrade; and
    b.  limit Your Use of Upgrades or copies to Use on devices You own or lease; and
    c.  unless otherwise provided in the Documentation, make and Use additional copies *solely* for backup purposes, where backup is limited to archiving for restoration purposes.

10. <u>**Audit**</u>. During the license term for the Software and for a period of three (3) years after its expiration or termination, You will take reasonable steps to maintain complete and accurate records of Your use of the Software sufficient to verify compliance with this EULA. No more than once per twelve (12) month period, You will allow Cisco and its auditors the right to examine such records and any applicable books, systems (including Cisco product(s) or other equipment), and accounts, upon reasonable advanced notice, during Your normal business hours.. If the audit discloses underpayment of license fees, You will pay such license fees plus the reasonable cost of the audit within thirty (30) days of receipt of written notice.

11. <u>**Term and Termination**</u>. This EULA shall remain effective until terminated or until the expiration of the applicable license or subscription term. You may terminate the EULA at any time by ceasing use of or destroying all copies of Software. This EULA will immediately terminate if You breach its terms, or if You fail to pay any portion of the applicable license fees and You fail to cure that payment breach within thirty (30) days of notice. Upon termination of this EULA, You shall destroy all copies of Software in Your possession or control.

12. <u>**Transferability**</u>. You may only transfer or assign these license rights to another person or entity in compliance with the current <u>Cisco Relicensing/Transfer Policy</u>. Any attempted transfer or, assignment not in compliance with the foregoing shall be void and of no effect.

13. <u>**US Government End Users**</u>. The Software and Documentation are "commercial items," as defined at Federal Acquisition Regulation ("FAR") (48 C.F.R.) 2.101, consisting of "commercial computer software" and "commercial computer software documentation" as such terms are used in FAR 12.212. Consistent with FAR 12.211 (Technical Data) and FAR 12.212 (Computer Software) and Defense Federal Acquisition Regulation Supplement ("DFAR") 227.7202-1 through 227.7202-4, and notwithstanding any other FAR or other contractual clause to the contrary in any agreement into which this EULA may be incorporated, Government end users will acquire the Software and Documentation with only those rights set forth in this EULA.  Any license provisions that are inconsistent with federal procurement regulations are not enforceable against the U.S. Government.

14. <u>**Export**</u>. Cisco Software, products, technology and services are subject to local and extraterritorial export control laws and regulations.  You and Cisco each will comply with such laws and regulations governing use, export, re-export, and

Controlled Doc. #EDM-122989354, EDCS-11640491  Ver: 4.0 Last Modified:5/22/2017  Cisco Public Information
Cisco End User License Agreement FINAL .v4.doc

Exhibit A, p. 04

Confidential

transfer of Software, products and technology and will obtain all required local and extraterritorial authorizations, permits or licenses. Specific export information may be found at: http://tools.cisco.com/legal/export/pepd/Search.do

15. **Survival**. Sections 4, 5, the warranty limitation in 7(a), 7(b) 7(c), 8, 10, 11, 13, 14, 15, 17 and 18 shall survive termination or expiration of this EULA.

16. **Interoperability**. To the extent required by applicable law, Cisco shall provide You with the interface information needed to achieve interoperability between the Software and another independently created program. Cisco will provide this interface information at Your written request after you pay Cisco's licensing fees (if any). You will keep this information in strict confidence and strictly follow any applicable terms and conditions upon which Cisco makes such information available.

17. **Governing Law, Jurisdiction and Venue**.

If You acquired the Software in a country or territory listed below, as determined by reference to the address on the purchase order the Approved Source accepted or, in the case of an Evaluation Product, the address where Product is shipped, this table identifies the law that governs the EULA (notwithstanding any conflict of laws provision) and the specific courts or arbitrators that have exclusive jurisdiction over any claim arising under this EULA.

| Country or Territory | Governing Law | Jurisdiction and Venue |
|---|---|---|
| United States, Latin America or the Caribbean | State of California, United States of America | Federal Distict Court, Northern District of California or Superior Court of Santa Clara County, California |
| Canada | Province of Ontario, Canada | Courts of the Province of Ontario, Canada |
| Europe (excluding Italy), Middle East, Africa, Asia (excluding Japan and China) or Oceania (excluding Australia) | Laws of England | English Courts |
| Japan | Laws of Japan | Tokyo District Court of Japan |
| Australia | Laws of the State of New South Wales | State and Federal Courts of New South Wales |
| Italy | Laws of Italy | Court of Milan |
| China | Laws of the People's Republic of China. | Hong Kong International Arbitration Center |
| All other countries or territories | State of California | State and Federal Courts of California |

The parties specifically disclaim the application of the UN Convention on Contracts for the International Sale of Goods. In addition, no person who is not a party to the EULA shall be entitled to enforce or take the benefit of any of its terms under the Contracts (Rights of Third Parties) Act 1999. Regardless of the above governing law, either party may seek interim injunctive relief in any court of appropriate jurisdiction with respect to any alleged breach of such party's intellectual property or proprietary rights.

Controlled Doc. #EDM-122989354, EDCS-11640491  Ver: 4.0 Last Modified:5/22/2017  Cisco Public Information
Cisco End User License Agreement FINAL .v4.doc

Exhibit A, p. 05

Confidential

18. <u>**Integration**</u>. If any portion of this EULA is found to be void or unenforceable, the remaining provisions of the EULA shall remain in full force and effect. Except as expressly stated or as expressly amended in a signed agreement, the EULA constitutes the entire agreement between the parties with respect to the license of the Software and supersedes any conflicting or additional terms contained in any purchase order or elsewhere, all of which terms are excluded. The parties agree that the English version of the EULA will govern in the event of a conflict between it and any version translated into another language.

*Cisco and the Cisco logo are trademarks or registered trademarks of Cisco and/or its affiliates in the U.S. and other countries. To view a list of Cisco trademarks, go to this URL: www.cisco.com/go/trademarks. Third-party trademarks mentioned are the property of their respective owners. The use of the word partner does not imply a partnership relationship between Cisco and any other company. (1110R)*

Controlled Doc. #EDM-122989354, EDCS-11640491  Ver: 4.0 Last Modified:5/22/2017  Cisco Public Information
Cisco End User License Agreement FINAL .v4.doc

Exhibit A, p. 06

Confidential



**Cisco End User License Agreement**

This agreement, including any supplemental terms, (collectively, the "**EULA**") is between You and Cisco and governs your use of Cisco Software.

**Table of Contents**

Section 1.   Delivery and Acceptance
Section 2.   License
Section 3.   Beta and Trial Use
Section 4.   Ownership
Section 5.   Limitations and Restrictions
Section 6.   Upgrades and Additional Copies
Section 7.   Use by Authorized Users
Section 8.   Third Party Products
Section 9.   Limited Warranty and Disclaimer
Section 10. Limitations and Exclusions of Liability
Section 11. Audit
Section 12. Term and Termination
Section 13. Confidential Information and Data

Section 14.   US Government End Users
Section 15.   Export
Section 16.   Survival
Section 17.   Interoperability
Section 18.   Third Party Beneficiaries
Section 19.   Governing Law Venue
Section 20.   Integration
Section 21.   Cisco Partner Transaction
Section 22.   Notification
Section 23.   Force Majeure
Section 24.   Reservation of Rights, Subcontracting and Modifications
Section 25.   Definitions

*Section 1. Delivery and Acceptance*

The Software is deemed to be delivered and accepted by You on the earlier of the date it is made available for download or installation or the date that Cisco ships the tangible media (e.g. CD or DVD) containing the Software. **You agree to be bound by the terms of this EULA from the acceptance date. If You do not have the authority to enter into this EULA or You do not agree to with its terms, do not use the Software.  Return it to the Approved Source, disable or uninstall it and request a full refund within thirty (30) days of the date of Your initial purchase. Your right to return and refund applies only if You are the original end user licensee of the Software.**

*Section 2. License*

Subject to Your purchase of a license to the Software from an Approved Source and compliance with this EULA, Cisco grants You a non-exclusive and non-transferable (other than as set forth in the Cisco Software Transfer and Re-Use Policy) license to use the Software and related Documentation for Your internal use in accordance with and for the term (if any) specified in any applicable Order, Entitlement and Supplemental Terms. If your use of the Software exceeds your Entitlement, You will pay for your excess use as required.  Free or open source software not owned by Cisco is subject to separate license terms made available with the Software or Documentation or at www.cisco.com/go/opensource.

If your use of the Software requires or permits you access to a Cloud Service, such access and use is subject to Cisco's Universal Cloud Agreement.

*Section 3. Beta and Trial Use*

Beta versions of Cisco products may contain bugs, errors, or other issues.  Therefore, they may not be used in Your production environment(s) unless otherwise permitted by Cisco in writing. If we provide You access to generally-available Cisco products for limited, temporary trial use, Your use is permitted for the period limited by the license key or by Cisco in writing.  If there is no period identified, any trial use will expire thirty (30) days after the product is made available to You. If You fail to either return the product or stop using it (if it is virtual Software or a Cloud Service) by the end of the trial period, You will be invoiced for the list price of the product.  Notwithstanding the foregoing, Cisco, in its discretion, may end the beta or trial at any time, at which point You will no longer have access to any related data, information, and files and You should immediately cease any further use.  Furthermore, beta

Controlled Doc. # EDM-122989354 Ver: 5.4 Last Modified: Wed Jan 15 03:57:46 PST 2020
CISCO PUBLIC INFORMATION, EULA v5.4.docx

Exhibit A, p. 07

Confidential

and trial products are provided "AS-IS" without support or any express or implied warranty or indemnity for any problems or issues, and Cisco will not have any liability relating to your use of the Cisco products.

### Section 4. Ownership

Cisco and its licensors retain ownership in all intellectual property rights in and to the Cisco Content and Software and all underlying technology and associated Documentation related thereto.  You authorize Cisco to use any feedback and ideas You provide in connection with Your use of the Software for any purpose.

### Section 5. Limitations and Restrictions

Unless expressly authorized by Cisco in writing or otherwise permitted under applicable law, You will not**:** (a) sell, resell, transfer, sublicense, or assign Your rights under this license (except as expressly provided herein); (b) modify, adapt or create derivative works; (c) reverse engineer, decompile, decrypt, disassemble or otherwise attempt to derive the source code, except as provided in Section 17 below; (d) make the functionality available to third parties, whether as an application service provider, or on an outsourcing, membership or subscription, rental, service bureau, cloud service, managed or hosted service, or other similar basis; (e) use Software that is licensed for a specific device, whether physical or virtual, on another device; (f) remove, modify, or conceal any product identification, copyright, proprietary, intellectual property notices or other marks; (g) use the Software on secondhand or refurbished Cisco equipment not authorized by Cisco; or (h) use the Cisco Content with third-party products or service offerings that Cisco has not identified as compatible with the Software, extract Cisco Content or provide Cisco Content to a third party.

### Section 6. Upgrades and Additional Copies

You may not use Upgrades or additional copies of the Software beyond your Entitlement unless You:

a. have and comply with a valid license to the Software and have paid any fee applicable to the Upgrade or additional copies; and

b. have a valid support agreement covering the Software (either as part of a subscription or purchased separately) or purchase the Upgrades or copies separately, where You do not have a support agreement.

### Section 7. Use by Authorized Users

You may allow Authorized Users to use the Software solely on Your behalf for Your internal operations.  You are responsible for ensuring that Authorized Users comply with the terms of this EULA and you are liable for any breach of the same by such Authorized Users.  If you have purchased the Software under a particular Cisco buying program, further restrictions may apply.  To the extent permitted by applicable law, You must ensure that third parties using the Software on Your behalf bring all claims related to the Software to through you and waive all claims directly against Cisco related to those claims.

### Section 8.  Third Party Products

If You use the Software in conjunction with third party products, You are responsible for complying with the third-party providers' terms and conditions and privacy policies, and all such use is at Your risk.  Cisco does not provide support or guarantee ongoing integration support for products that are not a native part of the Software.

### Section 9. Limited Warranty and Disclaimer

a. **Limited Warranty**. Cisco warrants that the Software will substantially conform to the applicable Documentation for the longer of (i) ninety (90) days following the date the Software is made available to You for your use or (ii) as otherwise set forth at http://www.cisco.com/go/warranty.  This warranty does not apply if the Software, Cisco product or any other equipment upon which the Software is authorized to be used:  (i) has been altered, except by Cisco or its authorized representative; (ii) has not been installed, operated, repaired, or maintained in accordance with instructions supplied by Cisco; (iii) has been subjected to abnormal physical or electrical stress, abnormal environmental conditions, misuse, negligence, or accident;  (iv) is licensed for beta or trial purposes or other circumstances for which the Approved Source does not receive a payment of a purchase price or license fee; or (v) has not been provided by an Approved Source. Cisco will use commercially reasonable efforts to deliver to You Software free from any viruses, programs, or programming devices designed to modify, delete, damage or disable the Software or Your data.

Controlled Doc. # EDM-122989354 Ver: 5.4 Last Modified: Wed Jan 15 03:57:46 PST 2020
CISCO PUBLIC INFORMATION, EULA v5.4.docx

Exhibit A, p. 08

Confidential

b.   **Exclusive Remedy**. Upon Your prompt written notification to the Approved Source during the warranty period of Cisco's breach of this Section 9, to the extent permitted by applicable law, Your sole and exclusive remedy is, at our option, either (i) repair or replacement of the Software or (ii) a refund of the license fees paid for the non-conforming Software. The Approved Source may ask You to return or destroy the Software, the Cisco product, and/or Documentation as a condition of the Software remedy.

c.   **Disclaimer. If You are a customer who is a consumer (someone who uses the Software outside of your trade, business or profession), You may have legal rights in Your country of residence that prohibit the following limitations from applying to You, and, where prohibited, they will not apply to You. To find out more about rights, contact a local consumer advice organization. Except as expressly set forth above or agreed in writing by Cisco, to the extent allowed by applicable law, Cisco (i) expressly disclaims all warranties and conditions of any kind, express or implied including without limitation, any warranty, conditions or other implied terms regarding merchantability or fitness for a particular purpose or non-infringement.**

### *Section 10. Limitations and Exclusions of Liability*

**In no event will Cisco or its licensors be liable for the following, regardless of the theory of liability or whether relating to or arising out of this EULA, Your Order, the Software or otherwise, even if a party has been advised of the possibility of such damages: (a) indirect, incidental, exemplary, special or consequential damages; (b) loss or corruption of data or interrupted or loss of business; or (c) loss of revenue, profits, goodwill or anticipated sales or savings. All liability of Cisco, its affiliates, officers, directors, employees, agents, suppliers and licensors collectively, to You, whether based in warranty, contract, tort (including negligence), or otherwise, shall not exceed, in the aggregate, the total fees attributable to the twelve (12) month period before the initial claim and paid or payable by You to any Approved Source under the applicable Order. This limitation of liability for Software is cumulative and not per incident. Nothing in this EULA limits or excludes any liability that cannot be limited or excluded under applicable law.**

### *Section 11. Audit*

During the license term for the Software and for a period of three (3) years after its expiration or termination, You will take reasonable steps to maintain complete and accurate records of Your use of the Software sufficient to verify compliance with this EULA. No more than once per twelve (12) month period, You will allow Cisco and its auditors the right to examine such records and any applicable books, systems (including Cisco product(s) or other equipment), and accounts, upon reasonable advanced notice, during Your normal business hours. If the audit discloses underpayment of license fees, You or Your Approved Source will pay such fees plus the reasonable cost of the audit within thirty (30) days of receipt of written notice.

### *Section 12. Term and Termination*

a.   Your license begins on the date the Software is shipped or made available for download or installation and continues continues until terminated or until the end of the term specified in the Order or Entitlement. This is also the start date of Your subscription, if the Software is licensed on a subscription basis.

b.   **Subscriptions will automatically renew for the renewal period selected on the Order ("Renewal Term") unless (i) You notify the Approved Source in writing at least thirty (30) days before the end of the then-current term of Your intention not to renew or (ii) You or Your Approved Source elect on the Order at the time of initial purchase not to auto-renew the subscription. Your Approved Source will notify You reasonably in advance of any Renewal Term if there are fee changes. The new fees will apply for the upcoming Renewal Term unless You or Your Approved Source promptly notify Cisco in writing, before the applicable renewal date, that You do not accept the fee changes. In such event, the subscription will terminate at the end of the initial term.**

c.   If a party materially breaches this EULA and does not cure that breach within thirty (30) days after receipt of written notice of the breach, the non-breaching party may terminate this EULA for cause. Cisco also has the right to immediately suspend or terminate Your use of the Software and/or Cloud Service if You breach Sections 2, 5 or 15. Upon termination of the EULA, You must cease any further use of the Software and/or Cloud Service, and destroy any copies of Software within Your control. Upon Your termination for Cisco's material breach of the EULA, if there are any outstanding Subscriptions we will refund to You or Your Approved Source any prepaid fees covering the period from the effective date of termination to the end of the Term. Upon Cisco's termination for Your material breach of the EULA, if there are any outstanding Subscriptions You will pay Cisco or Your Approved Source any unpaid fees covering the period from the effective date of termination to the end of the Term.

Controlled Doc. # EDM-122989354 Ver: 5.4 Last Modified: Wed Jan 15 03:57:46 PST 2020
CISCO PUBLIC INFORMATION, EULA v5.4.docx

Exhibit A, p. 09

Confidential

DEX-000639

### Section 13. Confidential Information and Data

a. **Confidential Information**. Recipient will hold in confidence and use no less than reasonable care to avoid disclosure of any Confidential Information to any third party, except for its employees, affiliates and contractors who have a need to know such information in connection with this EULA, and are under written confidentiality obligations no less restrictive than the terms set forth in this Section. Recipient will be liable for any breach of this Section by its employees, affiliates and contractors.  Recipient's nondisclosure obligation will not apply to information which: (i) is known by Recipient without confidentiality obligations; (ii) is or has become public knowledge through no fault of Recipient; or (iii) is independently developed by Recipient. Recipient may disclose Discloser's Confidential Information if required pursuant to a regulation, law or court order; provided that, Recipient provides prior notice to Discloser (to the extent legally permissible) and reasonably cooperates, at Discloser's expense, regarding protective actions pursued by Discloser. Upon reasonable request of Discloser, Recipient will either return, delete or destroy all Confidential Information of Discloser and certify the same.

b. **How we Use Your Data.** Cisco processes and uses Personal Data and Customer Data to deliver, analyze, support and improve the Software and as otherwise permitted in this EULA, Cisco's Privacy Statement and the applicable Privacy Data Sheets. Cisco will maintain appropriate administrative, physical and technical safeguards, which are designed to protect the security, confidentiality and integrity of Personal Data and Customer Data processed by Cisco. Cisco may share Personal Data and Customer Data with third party service providers consistent with Cisco's Privacy Statement in order to assist in providing and improving the Software as described in the applicable Privacy Data Sheets.  Cisco contracts only with third party service providers that can provide the same level of data protection and information security that Cisco provides.

c. **Telemetry Data**. Cisco processes Telemetry Data to deliver, enhance, improve, customize, support, and/or analyze the Software and other Cisco offerings and otherwise may freely use Telemetry Data that does not identify You or any of Your Authorized Users. You have the ability to configure the Software to limit the Telemetry Data collected, but in some cases, You can only opt out of the Telemetry Data collection by uninstalling or disabling the Software.

d. **International Data Transfers**. Cisco may process and store Customer Data and Personal Data in the United States or outside of the country where it was collected. You are responsible for providing any required notices to Authorized Users and obtaining all required consents from Authorized Users regarding the processing and transfer of Personal Data by the Software, including international transfers. Cisco will only transfer Personal Data consistent with applicable law. To the extent Cisco processes any Personal Data from the EEA or Switzerland on Your behalf, we will do so in a manner consistent with the relevant EU- or Swiss-US Privacy Shield Principles or successor frameworks ("Principles") (see www.commerce.gov/privacyshield). Where Cisco transfers Personal Data from an APEC Member Economy on behalf of You, Cisco will process such Personal Data in a manner consistent with the APEC Cross Border Privacy Rules Systems requirements ("CBPRs") (see www.cbprs.org) to the extent the requirements are applicable to Cisco's processing of such data. If Cisco is unable to provide at least the same level of protection as required by the Principles or CBPRs, Cisco will promptly notify You and cease processing. You are responsible for providing any required notices to Authorized Users and obtaining all required consents from Authorized Users regarding the processing and transfer of such Authorized Users' Personal Data by the Software, including international transfers.

### Section 14. US Government End Users

The Software and Documentation are deemed to be "commercial computer software" and "commercial computer software documentation" pursuant to FAR 12.212 and DFARS 227.7202. All U.S. Government end users acquire the Software and Documentation with only those rights set forth in this EULA.  Any provisions that are inconsistent with federal procurement regulations are not enforceable against the U.S. Government.

### Section 15. Export

Cisco Software, products, technology and services are subject to US and local export control laws and regulations.  You and Cisco each will comply with such laws and regulations governing use, export, re-export, and transfer of Software, products and technology and will obtain all required US and local authorizations, permits or licenses. Specific export information may be found at: http://tools.cisco.com/legal/export/pepd/Search.do

### Section 16. Survival

Sections 4, 5, the warranty limitation in 9(a), 9(b), 9(c), 10, 11, 13-16 and 18-20 shall survive termination or expiration of this EULA.

Controlled Doc. # EDM-122989354 Ver: 5.4 Last Modified: Wed Jan 15 03:57:46 PST 2020
CISCO PUBLIC INFORMATION, EULA v5.4.docx

Exhibit A, p. 10

Confidential

DEX-000640

### Section 17. Interoperability

If required by applicable law, Cisco will provide You with the interface information needed to achieve interoperability between the Software and another independently created program. Cisco will provide this interface information at Your written request.  You will keep this information in strict confidence and strictly follow any applicable terms and conditions upon which Cisco makes such information available.

### Section 18. Third Party Beneficiaries

This EULA does not grant any benefits to any third party unless it expressly states that it does.  In particular, no person other than a party to the EULA can enforce or take the benefit of any of its terms under the Contracts (Rights of Third Parties) Act 1999.

### Section 19. Governing Law and Venue

The EULA, and any disputes arising out of or related hereto, will be governed exclusively by the applicable governing law below, based on Your primary place of business and without regard to conflicts of laws rules or the United Nations Convention on the International Sale of Goods. The courts located in the applicable venue below will have exclusive jurisdiction to adjudicate any dispute arising out of or relating to the EULA or its formation, interpretation or enforcement. Each party hereby consents and submits to the exclusive jurisdiction of such courts. Regardless of the below governing law, either of us may seek interim injunctive relief in any court of appropriate jurisdiction with respect to any alleged breach of our intellectual property or proprietary rights.

| Country or Territory | Governing Law | Jurisdiction and Venue |
|---|---|---|
| United States, Latin America or the Caribbean | State of California, United States of America | Federal Courts, Northern District of California and Superior Court of Santa Clara County, California |
| Canada | Province of Ontario, Canada | Courts of the Province of Ontario, Canada |
| Europe (excluding Italy), Middle East, Africa, Asia (excluding Japan and China) or Oceania (excluding Australia) | Laws of England | English Courts |
| Japan | Laws of Japan | Tokyo District Court of Japan |
| Australia | Laws of the State of New South Wales | State and Federal Courts of New South Wales |
| Italy | Laws of Italy | Court of Milan |
| China | Laws of the People's Republic of China. | Hong Kong International Arbitration Center |
| All other countries or territories | State of California | State and Federal Courts of California |

If You are a public sector agency or government institution located in the United States, the laws of the primary jurisdiction in which you are located will govern the EULA and any disputes arising out of or related thereto.  For U.S. Federal Government customers, this EULA shall be controlled and construed under the laws of the United States of America.

### Section 20. Integration

If any portion of this EULA is found to be void or unenforceable, the remaining provisions of the EULA shall remain in full force and effect. Except as expressly stated or as expressly amended in a signed agreement, the EULA , is the complete agreement between the parties with respect to the Software and supersedes all prior or contemporaneous communications, understandings or agreements (whether written or oral) regarding this subject matter. In the event of any conflict, the order of precedence is:  i) Supplemental Terms; ii) these license terms (excluding the Supplemental Terms); then iii) any applicable policies referenced in this EULA. The parties

Controlled Doc. # EDM-122989354 Ver: 5.4 Last Modified: Wed Jan 15 03:57:46 PST 2020
CISCO PUBLIC INFORMATION, EULA v5.4.docx

Exhibit A, p. 11

Confidential

agree that the English version of the EULA will govern in the event of a conflict between it and any version translated into another language.

Cisco and the Cisco logo are trademarks or registered trademarks of Cisco and/or its affiliates in the U.S. and other countries. To view a list of Cisco trademarks, go to this URL: www.cisco.com/go/trademarks. Third-party trademarks mentioned are the property of their respective owners. The use of the word partner does not imply a partnership relationship between Cisco and any other company (1110R).

### Section 21.  Cisco Partner Transactions

If You purchase Cisco Software and/or Cloud Services from a Cisco Partner, (a) the terms of this EULA apply to Your use of the Software and/or Cloud Services; and (b) the terms of this EULA prevail over any inconsistent provisions in Your purchase order with the Cisco Partner ("Customer Purchase Order").

### Section 22. Notification

Cisco may provide You with notice via email, regular mail and/or postings on the Cisco.com website or any other website used with the Software. Notices to Cisco should be sent to Cisco Systems, Office of General Counsel, 170 Tasman Drive, San Jose, CA 95134 unless this EULA, applicable supplemental terms or an Order specifically allows other means of notice.

### Section 23. Force Majeure

Except for payment obligations, neither party will be responsible for failure of performance due to an event beyond the affected party's reasonable control, including accidents, severe weather events, acts of God, actions of any government agency, pandemic, acts of terrorism, or the stability or availability of the Internet or portions thereof.

### Section 24. Reservation of Rights, Subcontracting and Modifications

Failure to enforce any right under this EULA will not waive that right.

### Section 25. Definition

"**Approved Source**" means Cisco or a Cisco authorized reseller, distributor or systems integrator.

"**Authorized User**" means the individuals You authorize to access the Software, including Your employees or third parties that access the Software solely on Your behalf for Your internal operations.

"**Cisco**" "**we**," "**our**" or "**us**" means Cisco Systems, Inc. or its applicable affiliate(s).
"**Cisco Content**" means any Cisco-provided content or data, including, but not limited to, geographic or domain information, rules, signatures, threat intelligence or other threat data feeds, suspicious URLs and IP address data feeds.

"**Cisco Partner**" means a Cisco authorized reseller, distributor or systems integrator.

"**Cloud Service**" means the Cisco hosted software-as-a-service offering or other Cisco cloud-enabled feature described in an Offer Description.  A Cloud Service may include Software.

"**Confidential Information**" means non-public proprietary information of the disclosing party ("Discloser") obtained by the receiving party ("Recipient") in connection with this EULA, which: (a) is conspicuously marked; or, (b) is information which by its nature should reasonably be considered confidential; or (c) if verbally disclosed, is summarized in writing to the Recipient within 14 days.

"**Customer Data**" means all information and data that You or an Authorized User provides or transfers to Cisco or that the Software collects from You, Your Authorized User(s) or Your system(s), in connection with Your use of the Software, including but not limited to data related to those Authorized Users  Customer Data does not include Telemetry Data.

"**Documentation**" means the Cisco user or technical manuals, training materials, specifications, privacy data sheets or other information applicable to the Software.

"**Entitlement**" means the license detail; including license metric, duration, and quantity published on Cisco.com.

 "**Order**" means an ordering document (including a web or other electronic form) that specifies the duration, type/product ID (PID) and quantity of On-premise Software and/or Cloud Services to be provided and the associated fees (if relevant).

Controlled Doc. # EDM-122989354 Ver: 5.4 Last Modified: Wed Jan 15 03:57:46 PST 2020
CISCO PUBLIC INFORMATION, EULA v5.4.docx

Exhibit A, p. 12

Confidential                                                                                                      DEX-000642

**"Personal Data"** means any information that can be used to identify an individual and may include name, address, email address, phone number, login information (account number and password), marketing preferences, social media account information, or payment card number.

**"Software"** means the the binary image of Cisco computer programs (including Upgrades) which could be a downloadable file, delivered on physical media, pre-installed on the on-premise computer system, resident in ROM/Flash (system memory) or cloud-hosted, and purchased from an Approved Source.  Software includes firmware.

**"Telemetry Data"** means all information and data that the Software generates in connection with Your use, including but not limited to, network policy, log and configuration information; threat intelligence data, URLs, metadata or net flow data; origin and nature of malware; the types of software or applications installed on a network or an endpoint; information about the devices connected to a network; information generated by sensors, devices and machinery; information related to the usage, origin of use, traffic patterns or behavior of the users of a network or Software; and information relating to the existence of cookies, web beacons, and other similar applications.

**"Upgrades"** means all updates, upgrades, bug fixes, error corrections, enhancements and other modifications to the Software.

**"You"** and **"Your"** means the individual or legal entity licensing the Software under this EULA.

Controlled Doc. # EDM-122989354 Ver: 5.4 Last Modified: Wed Jan 15 03:57:46 PST 2020
CISCO PUBLIC INFORMATION, EULA v5.4.docx

Exhibit A, p. 13

Confidential



### Cisco End User License Agreement

This End User License Agreement, including any supplemental terms (collectively, the "**EULA**") is between You and Cisco and governs Your use of Cisco Software.

### Table of Contents

Section 1. Delivery and Acceptance
Section 2. License
Section 3. Beta and Trial Use
Section 4. Ownership
Section 5. Limitations and Restrictions
Section 6. Upgrades and Additional Copies
Section 7. Use by Authorized Users
Section 8. Third-party Products
Section 9. Limited Warranty and Disclaimer
Section 10. Limitations and Exclusions of Liability
Section 11. Audit
Section 12. Term and Termination
Section 13. Confidential Information and Data

Section 14. US Government End Users
Section 15. Export
Section 16. Survival
Section 17. Interoperability
Section 18. Third-party Beneficiaries
Section 19. Governing Law Venue
Section 20. Integration
Section 21. Cisco Partner Transaction
Section 22. Notification
Section 23. Force Majeure
Section 24. Reservation of Rights
Section 25. Definitions

#### *Section 1. Delivery and Acceptance*

The Software is deemed to be delivered and accepted by You on the earlier of the date it is made available for download or installation or the date that Cisco ships the tangible media (e.g. CD or DVD) containing the Software.  **You agree to be bound by the terms of this EULA from the acceptance date. If You do not have the authority to enter into this EULA or You do not agree with its terms, do not use the Software.  Return it to the Approved Source, disable or uninstall it and request a full refund within thirty (30) days of the date of Your initial purchase. Your right to return and refund applies only if You are the original end user licensee of the Software.**

#### *Section 2. License*

Subject to Your purchase of a license to the Software from an Approved Source and compliance with this EULA, Cisco grants You a non-exclusive and non-transferable (other than as set forth in the Cisco Software Transfer and Re-Use Policy) license to use the Software and related Documentation for Your internal use in accordance with and for the term (if any) specified in any applicable Order, Entitlement and supplemental terms. If Your use of the Software exceeds Your Entitlement, You will pay for Your excess use as required.  Free or open source software not owned by Cisco is subject to separate license terms made available with the Software or Documentation or at www.cisco.com/go/opensource.

If Your use of the Software requires or permits You access to a Cloud Service, such access and use is subject to Cisco's Universal Cloud Agreement.

#### *Section 3. Beta and Trial Use*

Beta versions of Cisco products may contain bugs, errors, or other issues.  Therefore, they may not be used in Your production environment(s) unless otherwise permitted by Cisco in writing. If we provide You access to generally-available Cisco products for limited, temporary trial use, Your use is permitted for the period limited by the license key or by Cisco in writing.  If there is no period identified, any trial use will expire thirty (30) days after the product is made available to You. If You fail to either return the product or stop using it (if it is virtual Software) by the end of the trial period, You will be invoiced for the list price of the product. Notwithstanding the foregoing, Cisco, in its discretion, may end the beta or trial at any time, at which point You will no longer have access to any related data, information and files, and You should immediately cease any further use.  Furthermore, beta and trial products are provided "AS-IS" without support or any express or implied warranty or indemnity for any problems or issues, and Cisco will not have any liability relating to Your use of the Cisco products.

Controlled Doc. # EDM-122989354 Ver: 5.6 Last Modified: Tue Mar 10 08:35:43 PDT 2020
CISCO PUBLIC INFORMATION, EULA v5.6.docx

Exhibit A, p. 14

Confidential

### Section 4. Ownership

Cisco and its licensors retain ownership in all intellectual property rights in and to the Cisco Content and Software and all underlying technology and associated Documentation related thereto.  You authorize Cisco to use any feedback and ideas You provide in connection with Your use of the Software for any purpose.

### Section 5. Limitations and Restrictions

Unless expressly authorized by Cisco in writing or otherwise permitted under applicable law, You will not**:** (i) sell, resell, transfer, sublicense, or assign Your rights under this license (except as expressly provided herein); (ii) modify, adapt or create derivative works; (iii) reverse engineer, decompile, decrypt, disassemble or otherwise attempt to derive the source code, except as provided in Section 17 below; (iv) make the functionality available to third parties, whether as an application service provider, or on an outsourcing, membership or subscription, rental, service bureau, cloud service, managed or hosted service, or other similar basis; (v) use Software that is licensed for a specific device, whether physical or virtual, on another device; (vi) remove, modify, or conceal any product identification, copyright, proprietary, intellectual property notices or other marks; (vii) use the Software on secondhand or refurbished Cisco equipment not authorized by Cisco; or (viii) use the Cisco Content with third-party products or service offerings that Cisco has not identified as compatible with the Software, extract Cisco Content or provide Cisco Content to a third party.

### Section 6. Upgrades and Additional Copies

You may not use Upgrades or additional copies of the Software beyond Your Entitlement unless You:

a.  have and comply with a valid license to the Software and have paid any fee applicable to the Upgrade or additional copies; and

b.  have a valid support agreement covering the Software (either as part of a subscription or purchased separately) or purchase the Upgrades or copies separately, where You do not have a support agreement.

### Section 7. Use by Authorized Users

You may allow Authorized Users to use the Software solely on Your behalf for Your internal operations.  You are responsible for ensuring that Authorized Users comply with the terms of this EULA and You are liable for any breach of the same by such Authorized Users.  If You have purchased the Software under a particular Cisco buying program, further restrictions may apply.  To the extent permitted by applicable law, You must ensure that third parties using the Software on Your behalf bring all claims related to the Software to You and waive all claims directly against Cisco related to those claims.

### Section 8. Third-Party Products

If You use the Software in conjunction with third-party products, You are responsible for complying with the third-party providers' terms and conditions and privacy policies, and all such use is at Your risk.  Cisco does not provide support or guarantee ongoing integration support for products that are not a native part of the Software.

### Section 9. Limited Warranty and Disclaimer

a.  **Limited Warranty**. Cisco warrants that the Software will substantially conform to the applicable Documentation for the longer of: (i) ninety (90) days following the date the Software is made available to You for Your use, or (ii) as otherwise set forth at http://www.cisco.com/go/warranty.  This warranty does not apply if the Software, Cisco product or any other equipment upon which the Software is authorized to be used:  (iii) has been altered, except by Cisco or its authorized representative; (iv) has not been installed, operated, repaired, or maintained in accordance with instructions supplied by Cisco; (v) has been subjected to abnormal physical or electrical stress, abnormal environmental conditions, misuse, negligence, or accident;  (vi) is licensed for beta or trial purposes or other circumstances for which the Approved Source does not receive a payment of a purchase price or license fee; or (vii) has not been provided by an Approved Source. Cisco will use commercially reasonable efforts to deliver to You Software free from any viruses, programs, or programming devices designed to modify, delete, damage or disable the Software or Your data.

b.  **Exclusive Remedy**. Upon Your prompt written notification to the Approved Source during the warranty period of Cisco's breach of this Section 9, to the extent permitted by applicable law, Your sole and exclusive remedy is, at our option, either: (i) repair or replacement of the Software; or (ii) a refund of the license fees paid for the non-conforming Software.  The Approved Source may ask You to return or destroy the Software, the Cisco product, and/or Documentation as a condition of the Software remedy.

c.  **Disclaimer. If You are a customer who is a consumer (someone who uses the Software outside of Your trade, business or profession), You may have legal rights in Your country of residence that prohibit the following limitations from applying to You, and, where prohibited, they will not apply to You. To find out more about rights, contact a local consumer advice organization.**

Confidential                                                                                                          DEX-000629

**Except as expressly set forth above or agreed in writing by Cisco, to the extent allowed by applicable law, Cisco expressly disclaims all warranties and conditions of any kind, express or implied including without limitation, any warranty, conditions or other implied terms regarding merchantability or fitness for a particular purpose or non-infringement.**

### Section 10. Limitations and Exclusions of Liability

**In no event will Cisco or its licensors be liable for the following, regardless of the theory of liability or whether relating to or arising out of this EULA, Your Order, the Software or otherwise, even if a party has been advised of the possibility of such damages: (i) indirect, incidental, exemplary, special or consequential damages; (ii) loss or corruption of data or interrupted or loss of business; or (iii) loss of revenue, profits, goodwill or anticipated sales or savings. All liability of Cisco, its affiliates, officers, directors, employees, agents, suppliers and licensors collectively, to You, whether based in warranty, contract, tort (including negligence), or otherwise, shall not exceed, in the aggregate, the total fees attributable to the twelve (12) month period before the initial claim and paid or payable by You to any Approved Source under the applicable Order. This limitation of liability for Software is cumulative and not per incident.  Nothing in this EULA limits or excludes any liability that cannot be limited or excluded under applicable law.**

### Section 11. Audit

During the license term for the Software and for a period of three (3) years after its expiration or termination, You will take reasonable steps to maintain complete and accurate records of Your use of the Software sufficient to verify compliance with this EULA. No more than once per twelve (12) month period, You will allow Cisco and its auditors the right to examine such records and any applicable books, systems (including Cisco product(s) or other equipment), and accounts, upon reasonable advanced notice, during Your normal business hours. If the audit discloses underpayment of license fees, You or Your Approved Source will pay such fees plus the reasonable cost of the audit within thirty (30) days of receipt of written notice.

### Section 12. Term and Termination

a.  Your license begins on the date the Software is shipped or made available for download or installation and continues until terminated or until the end of the term specified in the Order or Entitlement. This is also the start date of Your subscription, if the Software is licensed on a subscription basis.

b.  **Subscriptions will automatically renew for the renewal period selected on the Order ("Renewal Term") unless: (i) You notify the Approved Source in writing at least thirty (30) days before the end of the then-current term of Your intention not to renew; or (ii) You or Your Approved Source elect on the Order at the time of initial purchase not to auto-renew the subscription. Your Approved Source will notify You reasonably in advance of any Renewal Term if there are fee changes. The new fees will apply for the upcoming Renewal Term unless You or Your Approved Source promptly notify Cisco in writing, before the applicable renewal date, that You do not accept the fee changes. In such event, the subscription will terminate at the end of the initial term.**

c.  If a party materially breaches this EULA and does not cure that breach within thirty (30) days after receipt of written notice of the breach, the non-breaching party may terminate this EULA for cause.  Cisco also has the right to immediately suspend or terminate Your use of the Software if You breach Sections 2, 5 or 15.  Upon termination of the EULA, You must cease any further use of the Software, and destroy any copies of Software within Your control.  Upon Your termination for Cisco's material breach of the EULA, if there are any outstanding subscriptions we will refund to You or Your Approved Source any prepaid fees covering the period from the effective date of termination to the end of the term. Upon Cisco's termination for Your material breach of the EULA, if there are any outstanding subscriptions You will pay Cisco or Your Approved Source any unpaid fees covering the period from the effective date of termination to the end of the term.

### Section 13. Confidential Information and Data

a.  **Confidential Information**. Recipient will hold in confidence and use no less than reasonable care to avoid disclosure of any Confidential Information to any third party, except for its employees, affiliates and contractors who have a need to know such information in connection with this EULA, and are under written confidentiality obligations no less restrictive than the terms set forth in this Section. Recipient will be liable for any breach of this Section by its employees, affiliates and contractors.  Recipient's nondisclosure obligation will not apply to information which: (i) is known by Recipient without confidentiality obligations; (ii) is or has become public knowledge through no fault of Recipient; or (iii) is independently developed by Recipient. Recipient may disclose Discloser's Confidential Information if required pursuant to a regulation, law or court order; provided that, Recipient provides prior notice to Discloser (to the extent legally permissible) and reasonably cooperates, at Discloser's expense, regarding protective actions pursued by Discloser. Upon reasonable request of Discloser, Recipient will either return, delete or destroy all Confidential Information of Discloser and certify the same.

Controlled Doc. # EDM-122989354 Ver: 5.6 Last Modified: Tue Mar 10 08:35:43 PDT 2020
CISCO PUBLIC INFORMATION, EULA v5.6.docx

Exhibit A, p. 16

Confidential

DEX-000630

b. **How we Use Your Data.** Cisco processes and uses Personal Data and Customer Data to deliver, analyze, support and improve the Software and as otherwise permitted in this EULA, Cisco's Privacy Statement and the applicable Privacy Data Sheets. Cisco will maintain appropriate administrative, physical and technical safeguards, which are designed to protect the security, confidentiality and integrity of Personal Data and Customer Data processed by Cisco. Cisco may share Personal Data and Customer Data with third-party service providers consistent with Cisco's Privacy Statement in order to assist in providing and improving the Software as described in the applicable Privacy Data Sheets.  Cisco contracts only with third-party service providers that can provide the same level of data protection and information security that Cisco provides.

c. **Telemetry Data**. Cisco processes Telemetry Data to deliver, enhance, improve, customize, support, and/or analyze the Software and other Cisco offerings and otherwise may freely use Telemetry Data that does not identify You or any of Your Authorized Users. You have the ability to configure the Software to limit the Telemetry Data collected, but in some cases, You can only opt out of the Telemetry Data collection by uninstalling or disabling the Software.

d. **International Data Transfers**. Cisco may process and store Customer Data and Personal Data in the United States or outside of the country where it was collected. You are responsible for providing any required notices to Authorized Users and obtaining all required consents from Authorized Users regarding the processing and transfer of Personal Data by the Software, including international transfers. Cisco will only transfer Personal Data consistent with applicable law. To the extent Cisco processes any Personal Data from the European Economic Area or Switzerland on Your behalf, we will do so in a manner consistent with the relevant      EU-US    or      Swiss-US Privacy Shield   Principles    or      successor      frameworks      ("Principles")      (see www.commerce.gov/privacyshield). Where Cisco transfers Personal Data from an APEC Member Economy on behalf of You, Cisco will process such Personal Data in a manner consistent with the APEC Cross Border Privacy Rules Systems requirements ("CBPRs") (see www.cbprs.org) to the extent the requirements are applicable to Cisco's processing of such data. If Cisco is unable to provide at least the same level of protection as required by the Principles or CBPRs, Cisco will promptly notify You and cease processing.

### Section 14. US Government End Users

The Software and Documentation are deemed to be "commercial computer software" and "commercial computer software documentation" pursuant to FAR 12.212 and DFARS 227.7202. All U.S. Government end users acquire the Software and Documentation with only those rights set forth in this EULA.  Any provisions that are inconsistent with federal procurement regulations are not enforceable against the U.S. Government.

### Section 15. Export

Cisco Software, products, technology and services are subject to US and local export control laws and regulations.  You and Cisco each will comply with such laws and regulations governing use, export, re-export, and transfer of Software, products and technology and will obtain all required US and local authorizations, permits or licenses. Specific export information may be found at: http://tools.cisco.com/legal/export/pepd/Search.do.

### Section 16. Survival

Sections 4, 5, the warranty limitation in 9a, 9b, 9c, 10, 11, 13-16 and 18-20 shall survive termination or expiration of this EULA.

### Section 17. Interoperability

If required by applicable law, Cisco will provide You with the interface information needed to achieve interoperability between the Software and another independently created program. Cisco will provide this interface information at Your written request.  You will keep this information in strict confidence and strictly follow any applicable terms and conditions upon which Cisco makes such information available.

### Section 18. Third-party Beneficiaries

This EULA does not grant any benefits to any third party unless it expressly states that it does.  In particular, no person other than a party to the EULA can enforce or take the benefit of any of its terms under the Contracts (Rights of Third Parties) Act 1999.

### Section 19. Governing Law and Venue

The EULA, and any disputes arising out of or related hereto, will be governed exclusively by the applicable governing law below, based on Your primary place of business and without regard to conflicts of laws rules or the United Nations Convention on the International Sale of Goods. The courts located in the applicable venue below will have exclusive jurisdiction to adjudicate any dispute arising out of or relating to the EULA or its formation, interpretation or enforcement. Each party hereby consents and submits to the exclusive

Confidential

jurisdiction of such courts. Regardless of the below governing law, either of us may seek interim injunctive relief in any court of appropriate jurisdiction with respect to any alleged breach of our intellectual property or proprietary rights.

| Country or Territory | Governing Law | Jurisdiction and Venue |
|---|---|---|
| United States, Latin America or the Caribbean | State of California, United States of America | Federal Courts, Northern District of California and Superior Court of Santa Clara County, California |
| Canada | Province of Ontario, Canada | Courts of the Province of Ontario, Canada |
| Europe (excluding Italy), Middle East, Africa, Asia (excluding Japan and China) or Oceania (excluding Australia) | Laws of England | English Courts |
| Japan | Laws of Japan | Tokyo District Court of Japan |
| Australia | Laws of the State of New South Wales | State and Federal Courts of New South Wales |
| Italy | Laws of Italy | Court of Milan |
| China | Laws of the People's Republic of China | Hong Kong International Arbitration Center |
| All other countries or territories | State of California | State and Federal Courts of California |

If You are a public sector agency or government institution located in the United States, the laws of the primary jurisdiction in which You are located will govern the EULA and any disputes arising out of or related thereto.  For U.S. Federal Government customers, this EULA shall be controlled and construed under the laws of the United States of America.

### Section 20. Integration

If any portion of this EULA is found to be void or unenforceable, the remaining provisions of the EULA shall remain in full force and effect. Except as expressly stated or as expressly amended in a signed agreement, the EULA , is the complete agreement between the parties with respect to the Software and supersedes all prior or contemporaneous communications, understandings or agreements (whether written or oral) regarding this subject matter. In the event of any conflict, the order of precedence is: (i) supplemental terms; (ii) these license terms (excluding the supplemental terms); then (iii) any applicable policies referenced in this EULA. The parties agree that the English version of the EULA will govern in the event of a conflict between it and any version translated into another language.

Cisco and the Cisco logo are trademarks or registered trademarks of Cisco and/or its affiliates in the U.S. and other countries. To view a list of Cisco trademarks, go to this URL: www.cisco.com/go/trademarks. Third-party trademarks mentioned are the property of their respective owners. The use of the word partner does not imply a partnership relationship between Cisco and any other company (1110R).

### Section 21. Cisco Partner Transactions

If You purchase Cisco Software from a Cisco Partner: (i) the terms of this EULA apply to Your use of the Software; and (ii) the terms of this EULA prevail over any inconsistent provisions in Your purchase order with the Cisco Partner.

### Section 22. Notification

Cisco may provide You with notice via email, regular mail and/or postings on the Cisco.com website or any other website used with the Software. Notices to Cisco should be sent to Cisco Systems, Office of General Counsel, 170 Tasman Drive, San Jose, CA 95134 unless this EULA, applicable supplemental terms or an Order specifically allows other means of notice.

Confidential

DEX-000632

### Section 23. Force Majeure

Except for payment obligations, neither party will be responsible for failure of performance due to an event beyond the affected party's reasonable control, including accidents, severe weather events, acts of God, actions of any government agency, pandemic, acts of terrorism, or the stability or availability of the Internet or portions thereof.

### Section 24. Reservation of Rights

Failure to enforce any right under this EULA will not waive that right.

### Section 25. Definitions

"**Approved Source**" means Cisco or a Cisco authorized reseller, distributor or systems integrator.

"**Authorized User(s)**" means the individuals You authorize to access the Software, including Your employees or third parties that access the Software solely on Your behalf for Your internal operations.

"**Cisco**" "**we,**" "**our**" or "**us**" means Cisco Systems, Inc. or its applicable affiliate(s).

"**Cisco Content**" means any Cisco-provided content or data, including, but not limited to, geographic or domain information, rules, signatures, threat intelligence or other threat data feeds, suspicious URLs and IP address data feeds.

"**Cisco Partner**" means a Cisco authorized reseller, distributor or systems integrator.

"**Cloud Service**" means the Cisco hosted software-as-a-service offering or other Cisco cloud-enabled feature described in an Offer Description.  A Cloud Service may include Software.

"**Confidential Information**" means non-public proprietary information of the disclosing party ("Discloser") obtained by the receiving party ("Recipient") in connection with this EULA, which: (i) is conspicuously marked; or (ii) is information which by its nature should reasonably be considered confidential; or (iii) if verbally disclosed, is summarized in writing to the Recipient within 14 days.

"**Customer Data**" means all information and data that You or an Authorized User provides or transfers to Cisco or that the Software collects from You, Your Authorized User(s) or Your system(s), in connection with Your use of the Software, including but not limited to data related to those Authorized Users  Customer Data does not include Telemetry Data.

"**Documentation**" means the Cisco user or technical manuals, training materials, specifications, privacy data sheets or other information applicable to the Software.

"**Entitlement**" means the license detail; including license metric, duration, and quantity published on Cisco.com.

 "**Order**" means an ordering document (including a web or other electronic form) that specifies the duration, type/product ID (PID) and quantity of Software to be provided and the associated fees (if relevant).

"**Personal Data**" means any information that can be used to identify an individual and may include name, address, email address, phone number, login information (account number and password), marketing preferences, social media account information, or payment card number.

"**Software**" means the binary image of Cisco computer programs (including Upgrades) which could be a downloadable file, delivered on physical media, pre-installed on the on-premise computer system, resident in ROM/Flash (system memory) or cloud-hosted, and purchased from an Approved Source.  Software includes firmware.

"**Telemetry Data**" means all information and data that the Software generates in connection with Your use, including but not limited to, network policy, log and configuration information; threat intelligence data, URLs, metadata or net flow data; origin and nature of malware; the types of software or applications installed on a network or an endpoint; information about the devices connected to a network; information generated by sensors, devices and machinery; information related to the usage, origin of use, traffic patterns or behavior of the users of a network or Software; and information relating to the existence of cookies, web beacons, and other similar applications.

"**Upgrades**" means all updates, upgrades, bug fixes, error corrections, enhancements and other modifications to the Software.

"**You**" and "**Your**" means the individual or legal entity licensing the Software under this EULA.

Controlled Doc. # EDM-122989354 Ver: 5.6 Last Modified: Tue Mar 10 08:35:43 PDT 2020
CISCO PUBLIC INFORMATION, EULA v5.6.docx

Exhibit A, p. 19

Confidential



**Cisco End User License Agreement**

This End User License Agreement, including any supplemental terms (collectively, the "**EULA**") is between You and Cisco and governs Your use of Cisco Software.

**Table of Contents**

Section 1.  Delivery and Acceptance
Section 2.  License
Section 3.  Beta and Trial Use
Section 4.  Ownership
Section 5.  Limitations and Restrictions
Section 6.  Upgrades and Additional Copies
Section 7.  Use by Authorized Users
Section 8.  Third-party Products
Section 9.  Limited Warranty and Disclaimer
Section 10. Limitations and Exclusions of Liability
Section 11. Audit
Section 12. Term and Termination
Section 13. Confidential Information and Data

Section 14. US Government End Users
Section 15. Export
Section 16. Survival
Section 17. Interoperability
Section 18. Third-party Beneficiaries
Section 19. Governing Law Venue
Section 20. Integration
Section 21. Cisco Partner Transaction
Section 22. Notification
Section 23. Force Majeure
Section 24. Reservation of Rights
Section 25. Definitions

*Section 1. Delivery and Acceptance*

The Software is deemed to be delivered and accepted by You on the earlier of the date it is made available for download or installation or the date that Cisco ships the tangible media (e.g. CD or DVD) containing the Software.  **You agree to be bound by the terms of this EULA from the acceptance date. If You do not have the authority to enter into this EULA or You do not agree with its terms, do not use the Software.  Return it to the Approved Source, disable or uninstall it and request a full refund within thirty (30) days of the date of Your initial purchase. Your right to return and refund applies only if You are the original end user licensee of the Software.**

*Section 2. License*

Subject to Your purchase of a license to the Software from an Approved Source and compliance with this EULA, Cisco grants You a non-exclusive and non-transferable (other than as set forth in the Cisco Software Transfer and Re-Use Policy) license to use the Software and related Documentation for Your internal use in accordance with and for the term (if any) specified in any applicable Order, Entitlement and supplemental terms. If Your use of the Software exceeds Your Entitlement, You will pay for Your excess use as required.  Free or open source software not owned by Cisco is subject to separate license terms made available with the Software or Documentation or at www.cisco.com/go/opensource.

If Your use of the Software requires or permits You access to a Cloud Service, such access and use is subject to Cisco's Universal Cloud Agreement.

*Section 3. Beta and Trial Use*

Beta versions of Cisco products may contain bugs, errors, or other issues.  Therefore, they may not be used in Your production environment(s) unless otherwise permitted by Cisco in writing. If we provide You access to generally-available Cisco products for limited, temporary trial use, Your use is permitted for the period limited by the license key or by Cisco in writing.  If there is no period identified, any trial use will expire thirty (30) days after the product is made available to You. If You fail to either return the product or stop using it (if it is virtual Software) by the end of the trial period, You will be invoiced for the list price of the product. Notwithstanding the foregoing, Cisco, in its discretion, may end the beta or trial at any time, at which point You will no longer have access to any related data, information and files, and You should immediately cease any further use.  Furthermore, beta and trial products are provided "AS-IS" without support or any express or implied warranty or indemnity for any problems or issues, and Cisco will not have any liability relating to Your use of the Cisco products.

Confidential

#### *Section 4. Ownership*

Cisco and its licensors retain ownership in all intellectual property rights in and to the Cisco Content and Software and all underlying technology and associated Documentation related thereto.  You authorize Cisco to use any feedback and ideas You provide in connection with Your use of the Software for any purpose.

#### *Section 5. Limitations and Restrictions*

Unless expressly authorized by Cisco in writing or otherwise permitted under applicable law, You will not**:** (i) sell, resell, transfer, sublicense, or assign Your rights under this license (except as expressly provided herein); (ii) modify, adapt or create derivative works; (iii) reverse engineer, decompile, decrypt, disassemble or otherwise attempt to derive the source code, except as provided in Section 17 below; (iv) make the functionality available to third parties, whether as an application service provider, or on an outsourcing, membership or subscription, rental, service bureau, cloud service, managed or hosted service, or other similar basis; (v) use Software that is licensed for a specific device, whether physical or virtual, on another device; (vi) remove, modify, or conceal any product identification, copyright, proprietary, intellectual property notices or other marks; (vii) use the Software on secondhand or refurbished Cisco equipment not authorized by Cisco; or (viii) use the Cisco Content with third-party products or service offerings that Cisco has not identified as compatible with the Software, extract Cisco Content or provide Cisco Content to a third party.

#### *Section 6. Upgrades and Additional Copies*

You may not use Upgrades or additional copies of the Software beyond Your Entitlement unless You:

a.  have and comply with a valid license to the Software and have paid any fee applicable to the Upgrade or additional copies; and

b.  have a valid support agreement covering the Software (either as part of a subscription or purchased separately) or purchase the Upgrades or copies separately, where You do not have a support agreement.

#### *Section 7. Use by Authorized Users*

You may allow Authorized Users to use the Software solely on Your behalf for Your internal operations.  You are responsible for ensuring that Authorized Users comply with the terms of this EULA and You are liable for any breach of the same by such Authorized Users.  If You have purchased the Software under a particular Cisco buying program, further restrictions may apply.  To the extent permitted by applicable law, You must ensure that third parties using the Software on Your behalf bring all claims related to the Software to You and waive all claims directly against Cisco related to those claims.

#### *Section 8. Third-Party Products*

If You use the Software in conjunction with third-party products, You are responsible for complying with the third-party providers' terms and conditions and privacy policies, and all such use is at Your risk.  Cisco does not provide support or guarantee ongoing integration support for products that are not a native part of the Software.

#### *Section 9. Limited Warranty and Disclaimer*

a.  **Limited Warranty**. Cisco warrants that the Software will substantially conform to the applicable Documentation for the longer of: (i) ninety (90) days following the date the Software is made available to You for Your use, or (ii) as otherwise set forth at http://www.cisco.com/go/warranty.  This warranty does not apply if the Software, Cisco product or any other equipment upon which the Software is authorized to be used:  (iii) has been altered, except by Cisco or its authorized representative; (iv) has not been installed, operated, repaired, or maintained in accordance with instructions supplied by Cisco; (v) has been subjected to abnormal physical or electrical stress, abnormal environmental conditions, misuse, negligence, or accident;  (vi) is licensed for beta or trial purposes or other circumstances for which the Approved Source does not receive a payment of a purchase price or license fee; or (vii) has not been provided by an Approved Source. Cisco will use commercially reasonable efforts to deliver to You Software free from any viruses, programs, or programming devices designed to modify, delete, damage or disable the Software or Your data.

b.  **Exclusive Remedy**. Upon Your prompt written notification to the Approved Source during the warranty period of Cisco's breach of this Section 9, to the extent permitted by applicable law, Your sole and exclusive remedy is, at our option, either: (i) repair or replacement of the Software; or (ii) a refund of the license fees paid for the non-conforming Software.  The Approved Source may ask You to return or destroy the Software, the Cisco product, and/or Documentation as a condition of the Software remedy.

c.  **Disclaimer. If You are a customer who is a consumer (someone who uses the Software outside of Your trade, business or profession), You may have legal rights in Your country of residence that prohibit the following limitations from applying to You, and, where prohibited, they will not apply to You. To find out more about rights, contact a local consumer advice organization.**

Confidential

**Except as expressly set forth above or agreed in writing by Cisco, to the extent allowed by applicable law, Cisco expressly disclaims all warranties and conditions of any kind, express or implied including without limitation, any warranty, conditions or other implied terms regarding merchantability or fitness for a particular purpose or non-infringement.**

### Section 10. Limitations and Exclusions of Liability

**In no event will Cisco or its licensors be liable for the following, regardless of the theory of liability or whether relating to or arising out of this EULA, Your Order, the Software or otherwise, even if a party has been advised of the possibility of such damages: (i) indirect, incidental, exemplary, special or consequential damages; (ii) loss or corruption of data or interrupted or loss of business; or (iii) loss of revenue, profits, goodwill or anticipated sales or savings. All liability of Cisco, its affiliates, officers, directors, employees, agents, suppliers and licensors collectively, to You, whether based in warranty, contract, tort (including negligence), or otherwise, shall not exceed, in the aggregate, the total fees attributable to the twelve (12) month period before the initial claim and paid or payable by You to any Approved Source under the applicable Order. This limitation of liability for Software is cumulative and not per incident.  Nothing in this EULA limits or excludes any liability that cannot be limited or excluded under applicable law.**

### Section 11. Audit

During the license term for the Software and for a period of three (3) years after its expiration or termination, You will take reasonable steps to maintain complete and accurate records of Your use of the Software sufficient to verify compliance with this EULA. No more than once per twelve (12) month period, You will allow Cisco and its auditors the right to examine such records and any applicable books, systems (including Cisco product(s) or other equipment), and accounts, upon reasonable advanced notice, during Your normal business hours. If the audit discloses underpayment of license fees, You or Your Approved Source will pay such fees plus the reasonable cost of the audit within thirty (30) days of receipt of written notice.

### Section 12. Term and Termination

a.  Your license begins on the date the Software is shipped or made available for download or installation and continues until terminated or until the end of the term specified in the Order or Entitlement. This is also the start date of Your subscription, if the Software is licensed on a subscription basis.

b.  **Subscriptions will automatically renew for the renewal period selected on the Order ("Renewal Term") unless: (i) You notify the Approved Source in writing at least thirty (30) days before the end of the then-current term of Your intention not to renew; or (ii) You or Your Approved Source elect on the Order at the time of initial purchase not to auto-renew the subscription. Your Approved Source will notify You reasonably in advance of any Renewal Term if there are fee changes. The new fees will apply for the upcoming Renewal Term unless You or Your Approved Source promptly notify Cisco in writing, before the applicable renewal date, that You do not accept the fee changes. In such event, the subscription will terminate at the end of the initial term.**

c.  If a party materially breaches this EULA and does not cure that breach within thirty (30) days after receipt of written notice of the breach, the non-breaching party may terminate this EULA for cause.  Cisco also has the right to immediately suspend or terminate Your use of the Software if You breach Sections 2, 5 or 15.  Upon termination of the EULA, You must cease any further use of the Software, and destroy any copies of Software within Your control.  Upon Your termination for Cisco's material breach of the EULA, if there are any outstanding subscriptions we will refund to You or Your Approved Source any prepaid fees covering the period from the effective date of termination to the end of the term. Upon Cisco's termination for Your material breach of the EULA, if there are any outstanding subscriptions You will pay Cisco or Your Approved Source any unpaid fees covering the period from the effective date of termination to the end of the term.

### Section 13. Confidential Information and Data

a.  **Confidential Information**. Recipient will hold in confidence and use no less than reasonable care to avoid disclosure of any Confidential Information to any third party, except for its employees, affiliates and contractors who have a need to know such information in connection with this EULA, and are under written confidentiality obligations no less restrictive than the terms set forth in this Section. Recipient will be liable for any breach of this Section by its employees, affiliates and contractors.  Recipient's nondisclosure obligation will not apply to information which: (i) is known by Recipient without confidentiality obligations; (ii) is or has become public knowledge through no fault of Recipient; or (iii) is independently developed by Recipient. Recipient may disclose Discloser's Confidential Information if required pursuant to a regulation, law or court order; provided that, Recipient provides prior notice to Discloser (to the extent legally permissible) and reasonably cooperates, at Discloser's expense, regarding protective actions pursued by Discloser. Upon reasonable request of Discloser, Recipient will either return, delete or destroy all Confidential Information of Discloser and certify the same.

Confidential

DEX-000624

b. **How we Use Your Data.** Cisco processes and uses Personal Data and Customer Data to deliver, analyze, support and improve the Software and as otherwise permitted in this EULA, Cisco's Privacy Statement and the applicable Privacy Data Sheets. Cisco will maintain appropriate administrative, physical and technical safeguards, which are designed to protect the security, confidentiality and integrity of Personal Data and Customer Data processed by Cisco. Cisco may share Personal Data and Customer Data with third-party service providers consistent with Cisco's Privacy Statement in order to assist in providing and improving the Software as described in the applicable Privacy Data Sheets.  Cisco contracts only with third-party service providers that can provide the same level of data protection and information security that Cisco provides.

c. **Telemetry Data**. Cisco processes Telemetry Data to deliver, enhance, improve, customize, support, and/or analyze the Software and other Cisco offerings and otherwise may freely use Telemetry Data that does not identify You or any of Your Authorized Users. You have the ability to configure the Software to limit the Telemetry Data collected, but in some cases, You can only opt out of the Telemetry Data collection by uninstalling or disabling the Software.

d. **International Data Transfers**. Cisco may process and store Customer Data and Personal Data in the United States or outside of the country where it was collected. You are responsible for providing any required notices to Authorized Users and obtaining all required consents from Authorized Users regarding the processing and transfer of Personal Data by the Software, including international transfers. Cisco will only transfer Personal Data consistent with applicable law. To the extent Cisco processes any Personal Data from the European Economic Area or Switzerland on Your behalf, we will do so in a manner consistent with the relevant        EU-US       or       Swiss-US Privacy Shield   Principles        or        successor        frameworks ("Principles")      (see www.commerce.gov/privacyshield). Where Cisco transfers Personal Data from an APEC Member Economy on behalf of You, Cisco will process such Personal Data in a manner consistent with the APEC Cross Border Privacy Rules Systems requirements ("CBPRs") (see www.cbprs.org) to the extent the requirements are applicable to Cisco's processing of such data. If Cisco is unable to provide at least the same level of protection as required by the Principles or CBPRs, Cisco will promptly notify You and cease processing.

### Section 14. US Government End Users

The Software and Documentation are deemed to be "commercial computer software" and "commercial computer software documentation" pursuant to FAR 12.212 and DFARS 227.7202. All U.S. Government end users acquire the Software and Documentation with only those rights set forth in this EULA.  Any provisions that are inconsistent with federal procurement regulations are not enforceable against the U.S. Government.

### Section 15. Export

Cisco Software, products, technology and services are subject to US and local export control laws and regulations.  You and Cisco each will comply with such laws and regulations governing use, export, re-export, and transfer of Software, products and technology and will obtain all required US and local authorizations, permits or licenses. Specific export information may be found at: http://tools.cisco.com/legal/export/pepd/Search.do.

### Section 16. Survival

Sections 4, 5, the warranty limitation in 9a, 9b, 9c, 10, 11, 13-16 and 18-20 shall survive termination or expiration of this EULA.

### Section 17. Interoperability

If required by applicable law, Cisco will provide You with the interface information needed to achieve interoperability between the Software and another independently created program. Cisco will provide this interface information at Your written request.  You will keep this information in strict confidence and strictly follow any applicable terms and conditions upon which Cisco makes such information available.

### Section 18. Third-party Beneficiaries

This EULA does not grant any benefits to any third party unless it expressly states that it does.  In particular, no person other than a party to the EULA can enforce or take the benefit of any of its terms under the Contracts (Rights of Third Parties) Act 1999.

### Section 19. Governing Law and Venue

The EULA, and any disputes arising out of or related hereto, will be governed exclusively by the applicable governing law below, based on Your primary place of business and without regard to conflicts of laws rules or the United Nations Convention on the International Sale of Goods. The courts located in the applicable venue below will have exclusive jurisdiction to adjudicate any dispute arising out of or relating to the EULA or its formation, interpretation or enforcement. Each party hereby consents and submits to the exclusive

Confidential

jurisdiction of such courts. Regardless of the below governing law, either of us may seek interim injunctive relief in any court of appropriate jurisdiction with respect to any alleged breach of our intellectual property or proprietary rights.

| Country or Territory | Governing Law | Jurisdiction and Venue |
|---|---|---|
| United States, Latin America or the Caribbean | State of California, United States of America | Federal Courts, Northern District of California and Superior Court of Santa Clara County, California |
| Canada | Province of Ontario, Canada | Courts of the Province of Ontario, Canada |
| Europe (excluding Italy), Middle East, Africa, Asia (excluding Japan and China) or Oceania (excluding Australia) | Laws of England | English Courts |
| Japan | Laws of Japan | Tokyo District Court of Japan |
| Australia | Laws of the State of New South Wales | State and Federal Courts of New South Wales |
| Italy | Laws of Italy | Court of Milan |
| China | Laws of the People's Republic of China | Hong Kong International Arbitration Center |
| All other countries or territories | State of California | State and Federal Courts of California |

If You are a public sector agency or government institution located in the United States, the laws of the primary jurisdiction in which You are located will govern the EULA and any disputes arising out of or related thereto. For U.S. Federal Government customers, this EULA shall be controlled and construed under the laws of the United States of America.

### Section 20. Integration

If any portion of this EULA is found to be void or unenforceable, the remaining provisions of the EULA shall remain in full force and effect. Except as expressly stated or as expressly amended in a signed agreement, the EULA , is the complete agreement between the parties with respect to the Software and supersedes all prior or contemporaneous communications, understandings or agreements (whether written or oral) regarding this subject matter. In the event of any conflict, the order of precedence is: (i) supplemental terms; (ii) these license terms (excluding the supplemental terms); then (iii) any applicable policies referenced in this EULA. The parties agree that the English version of the EULA will govern in the event of a conflict between it and any version translated into another language.

Cisco and the Cisco logo are trademarks or registered trademarks of Cisco and/or its affiliates in the U.S. and other countries. To view a list of Cisco trademarks, go to this URL: www.cisco.com/go/trademarks. Third-party trademarks mentioned are the property of their respective owners. The use of the word partner does not imply a partnership relationship between Cisco and any other company (1110R).

### Section 21. Cisco Partner Transactions

If You purchase Cisco Software from a Cisco Partner: (i) the terms of this EULA apply to Your use of the Software; and (ii) the terms of this EULA prevail over any inconsistent provisions in Your purchase order with the Cisco Partner.

### Section 22. Notification

Cisco may provide You with notice via email, regular mail and/or postings on the Cisco.com website or any other website used with the Software. Notices to Cisco should be sent to Cisco Systems, Office of General Counsel, 170 Tasman Drive, San Jose, CA 95134 unless this EULA, applicable supplemental terms or an Order specifically allows other means of notice.

Confidential

DEX-000626

### Section 23. Force Majeure

Except for payment obligations, neither party will be responsible for failure of performance due to an event beyond the affected party's reasonable control, including accidents, severe weather events, acts of God, actions of any government agency, pandemic, acts of terrorism, or the stability or availability of the Internet or portions thereof.

### Section 24. Reservation of Rights

Failure to enforce any right under this EULA will not waive that right.

### Section 25. Definitions

"**Approved Source**" means Cisco or a Cisco authorized reseller, distributor or systems integrator.

"**Authorized User(s)**" means the individuals You authorize to access the Software, including Your employees or third parties that access the Software solely on Your behalf for Your internal operations.

"**Cisco**" "**we,**" "**our**" or "**us**" means Cisco Systems, Inc. or its applicable affiliate(s).

"**Cisco Content**" means any Cisco-provided content or data, including, but not limited to, geographic or domain information, rules, signatures, threat intelligence or other threat data feeds, suspicious URLs and IP address data feeds.

"**Cisco Partner**" means a Cisco authorized reseller, distributor or systems integrator.

"**Cloud Service**" means the Cisco hosted software-as-a-service offering or other Cisco cloud-enabled feature described in an Offer Description.  A Cloud Service may include Software.

"**Confidential Information**" means non-public proprietary information of the disclosing party ("Discloser") obtained by the receiving party ("Recipient") in connection with this EULA, which: (i) is conspicuously marked; or (ii) is information which by its nature should reasonably be considered confidential; or (iii) if verbally disclosed, is summarized in writing to the Recipient within 14 days.

"**Customer Data**" means all information and data that You or an Authorized User provides or transfers to Cisco or that the Software collects from You, Your Authorized User(s) or Your system(s), in connection with Your use of the Software, including but not limited to data related to those Authorized Users  Customer Data does not include Telemetry Data.

"**Documentation**" means the Cisco user or technical manuals, training materials, specifications, privacy data sheets or other information applicable to the Software.

"**Entitlement**" means the license detail; including license metric, duration, and quantity published on Cisco.com.

 "**Order**" means an ordering document (including a web or other electronic form) that specifies the duration, type/product ID (PID) and quantity of Software to be provided and the associated fees (if relevant).

"**Personal Data**" means any information that can be used to identify an individual and may include name, address, email address, phone number, login information (account number and password), marketing preferences, social media account information, or payment card number.

"**Software**" means the binary image of Cisco computer programs (including Upgrades) which could be a downloadable file, delivered on physical media, pre-installed on the on-premise computer system, resident in ROM/Flash (system memory) or cloud-hosted, and purchased from an Approved Source.  Software includes firmware.

"**Telemetry Data**" means all information and data that the Software generates in connection with Your use, including but not limited to, network policy, log and configuration information; threat intelligence data, URLs, metadata or net flow data; origin and nature of malware; the types of software or applications installed on a network or an endpoint; information about the devices connected to a network; information generated by sensors, devices and machinery; information related to the usage, origin of use, traffic patterns or behavior of the users of a network or Software; and information relating to the existence of cookies, web beacons, and other similar applications.

"**Upgrades**" means all updates, upgrades, bug fixes, error corrections, enhancements and other modifications to the Software.

"**You**" and "**Your**" means the individual or legal entity licensing the Software under this EULA.

Confidential