# EXHIBIT B

**Feuchtbaum, Louis P.**

| | |
|---|---|
| **From:** | Leo Kaas <leo@dexon.com> |
| **Sent:** | Tuesday, March 17, 2020 8:39 AM |
| **To:** | Ford, Greg |
| **Subject:** | RE: Dexon quote (# 129150) 1 to 2 day lead-time |

Good Morning Greg,

Here is the Activation Code.

Activation Key
0x261ef256 0x682d6921 0xc5a0b8d8 0xf848acd4 0xce37eda4


Warm Regards,
Leo



**From:** Ford, Greg [mailto:Greg.Ford@ClaremontMcKenna.edu]
**Sent:** Monday, March 16, 2020 7:03 PM
**To:** leo@dexon.com
**Subject:** RE: Dexon quote (# 129150) 1 to 2 day lead-time

Hi Leo,
I think you are looking for the following, but the current activation key is also included at the bottom of this email.

Thanks,
Greg



# sh ver | g Serial

Serial Number: JMX1334L0BY


# sh ver

Cisco Adaptive Security Appliance Software Version 9.1(7)29
Device Manager Version 7.9(2)152

Compiled on Mon 30-Apr-18 14:07 by builders
System image file is "disk0:/asa917-29-k8.bin"
Config file at boot was "startup-config"

SSLVPN-5510-1 up 1 year 227 days

failover cluster up 2 years 251 days

Hardware: ASA5510, 1024 MB RAM, CPU Pentium 4 Celeron 1600 MHz,
Internal ATA Compact Flash, 256MB
BIOS Flash M50FW080 @ 0xfff00000, 1024KB

Encryption hardware device : Cisco ASA-55xx on-board accelerator (revision 0x0)
Boot microcode   : CN1000-MC-BOOT-2.00
SSL/IKE microcode: CNlite-MC-SSLm-PLUS-2.08
IPSec microcode  : CNlite-MC-IPSECm-MAIN-2.09
Number of accelerators: 1

0: Ext: Ethernet0/0       : address is 0026.0b31.41ac, irq 9
1: Ext: Ethernet0/1       : address is 0026.0b31.41ad, irq 9
2: Ext: Ethernet0/2       : address is 0026.0b31.41ae, irq 9
3: Ext: Ethernet0/3       : address is 0026.0b31.41af, irq 9
4: Ext: Management0/0     : address is 0026.0b31.41ab, irq 11
5: Int: Not used          : irq 11
6: Int: Not used          : irq 5

Licensed features for this platform:
Maximum Physical Interfaces  : Unlimited perpetual
Maximum VLANs                : 100       perpetual
Inside Hosts                 : Unlimited perpetual
Failover                     : Active/Active perpetual
Encryption-DES               : Enabled   perpetual
Encryption-3DES-AES          : Enabled   perpetual
Security Contexts            : 2         perpetual
GTP/GPRS                     : Disabled  perpetual
AnyConnect Premium Peers     : 50        perpetual
AnyConnect Essentials        : Disabled  perpetual
Other VPN Peers              : 250       perpetual
Total VPN Peers              : 250       perpetual
Shared License               : Disabled  perpetual
AnyConnect for Mobile        : Enabled   perpetual
AnyConnect for Cisco VPN Phone : Disabled perpetual
Advanced Endpoint Assessment : Disabled  perpetual
UC Phone Proxy Sessions      : 2         perpetual
Total UC Proxy Sessions      : 2         perpetual
Botnet Traffic Filter        : Disabled  perpetual
Intercompany Media Engine    : Disabled  perpetual
Cluster                      : Disabled  perpetual

This platform has an ASA 5510 Security Plus license.


Failover cluster licensed features for this platform:
Maximum Physical Interfaces  : Unlimited perpetual
Maximum VLANs                : 100       perpetual
Inside Hosts                 : Unlimited perpetual
Failover                     : Active/Active perpetual

2

Encryption-DES : Enabled perpetual
Encryption-3DES-AES : Enabled perpetual
Security Contexts : 4 perpetual
GTP/GPRS : Disabled perpetual
AnyConnect Premium Peers : 100 perpetual
AnyConnect Essentials : Disabled perpetual
Other VPN Peers : 250 perpetual
Total VPN Peers : 250 perpetual
Shared License : Disabled perpetual
AnyConnect for Mobile : Enabled perpetual
AnyConnect for Cisco VPN Phone : Disabled perpetual
Advanced Endpoint Assessment : Disabled perpetual
UC Phone Proxy Sessions : 4 perpetual
Total UC Proxy Sessions : 4 perpetual
Botnet Traffic Filter : Disabled perpetual
Intercompany Media Engine : Disabled perpetual
Cluster : Disabled perpetual

This platform has an ASA 5510 Security Plus license.

Serial Number: JMX1334L0BY
Running Permanent Activation Key: 0xf014e85c 0x88a98592 0x50800db8 0xb0d0b82c 0xcc1234a9
Configuration register is 0x1
Configuration last modified by enable_15 at 23:07:35.308 UTC Mon Mar 16 2020


**From:** Leo Kaas [mailto:leo@dexon.com]
**Sent:** Monday, March 16, 2020 3:31 PM
**To:** Ford, Greg
**Subject:** RE: Dexon quote (# 129150) 1 to 2 day lead-time

Hi Greg,

Could you send a sh ver on the ASA you will be installing this license. Thanks!

Warm Regards,
Leo


**From:** Ford, Greg [mailto:Greg.Ford@ClaremontMcKenna.edu]
**Sent:** Monday, March 16, 2020 2:51 PM
**To:** leo@dexon.com
**Subject:** RE: Dexon quote (# 129150) 1 to 2 day lead-time

Thank you Leo, you should receive something soon for the following:

L-ASA-SSL-100-250

Thanks,
Greg

I may need to execute another order in addition on the 100 user license, not certain as of yet.

Thanks,
Greg

**From:** Leo Kaas [mailto:leo@dexon.com]
**Sent:** Monday, March 16, 2020 11:28 AM
**To:** Ford, Greg <Greg.Ford@ClaremontMcKenna.edu>
**Subject:** RE: Dexon quote (# 129150) 1 to 2 day lead-time

Hi Greg,

I just sent the quotes.

It's a 1 to 2 day turn around.

Have a great day and stay healthy.

Warm Regards,
Leo


**From:** Ford, Greg [mailto:Greg.Ford@ClaremontMcKenna.edu]
**Sent:** Monday, March 16, 2020 1:14 PM
**To:** Leo Kaas, Sr. Vice President
**Subject:** RE: Dexon quote (# 129150) 1 to 2 day lead-time

Hi Leo,
Can you break out the following for me in two separate unique quotes please:

Fist Quote:
L-ASA-SSL-100

Second Quote:
L-ASA-SSL-100-250

Thank you for getting back to me so quickly on this. If you can also let me know what the turn around time is on obtaining a Product Activation Key.

Thanks,
Greg

**From:** Leo Kaas, Sr. Vice President [mailto:leo@dexon.com]
**Sent:** Monday, March 16, 2020 8:10 AM
**To:** Ford, Greg <Greg.Ford@ClaremontMcKenna.edu>
**Subject:** Dexon quote (# 129150) 1 to 2 day lead-time

4

| Quote |
|---|

Greg Ford
Claremont McKenna College
325 E. 8th St.
Roberts Hall S.-RM 012
Claremont, CA 91711
Tel: (909) 607-3287



DEXON Computer, Inc.
9201 East Bloomington Freeway
Suite BB
Minneapolis, MN 55420
tel: (952) 888-8922
fax:(952) 564-3209

**Quote No.:** 129150

**Date:** 03/16/20

Listed below is the quote you requested:

| Part# | Description | Qty | Unit Price | Total |
|---|---|---|---|---|
| L-ASA-SSL-100 | ASA 5500 SSL VPN 100 Premium User License | 1 | $2,989.00 (new) | $2,989.00 |
| L-ASA-SSL-250 | ASA 5500 SSL VPN 250 Premium User License | 1 | $3,810.00 (new) | $3,810.00 |
| L-ASA-SSL-100-250 | CISCO ASA 5500 SSL VPN LIC | 1 | $3,225.00 (new) | $3,225.00 |
| **TOTAL:** | | | | **$10,024.00** |

Notes:

All Credit Card charges are subject to a 3.5% charge.

Thank you for the opportunity to supply your datacenter, telecom and networking requirements.
Please call with any questions (952)564-3208

Sincerely,
Leo Kaas, Sr. Vice President
leo@dexon.com