# EXHIBIT C

## Steve O'Neil

**From:** jfang@dexon.com
**Sent:** Friday, March 22, 2019 4:54 PM
**To:** Steve Oneil
**Subject:** FW: Need some help: Dexon PO (# MM167224) eta 121018

---

**From:** malaska@dexon.com <malaska@dexon.com>
**Sent:** Tuesday, December 18, 2018 2:27 PM
**To:** jfang@dexon.com
**Subject:** RE: Need some help: Dexon PO (# MM167224) eta 121018

Sorry to bug you, any word about this?

**From:** jfang@dexon.com <jfang@dexon.com>
**Sent:** Tuesday, December 18, 2018 9:40 AM
**To:** 'Glenn Harrick' <Glenn.Harrick@arbitech.com>
**Cc:** malaska@dexon.com
**Subject:** Need some help: Dexon PO (# MM167224) eta 121018

Hey Glenn –

I need some help on this.

The end user tried to get them placed under smartnet, but reports

In regards to the switches that I just purchased – the WS-C3850-12XS units (S/N: FCW2140C09Q, FOC2118X0SE) – I am unable to add either to my Cisco SmartNET agreement. My VAR is telling me that they both have a "compliance status issue" related to the end user in India.

Do you have ones I can exchange for, or if not, may I have an RMA, please?

Thanks

Joe

DEX00001