# EXHIBIT D

| Document | PID | Quantity | Price Per Unit | Total Purchase | Cisco GLP Per Unit | Extended Cisco GLP | 42% Distributor Discount | % Discount off GLP | Greater than 80% Off GLP for PID | Total # at > 80% |
|---|---|---|---|---|---|---|---|---|---|---|
| Dexon Computer, Inc. | WS-C2960XR-24TD-I | 1 | $ 1,325.00 | $ 1,325.00 | $ 5,895.00 | $ 5,895.00 | $ 3,419.10 | 78% | 0 | 0 |
| Dexon Computer, Inc. | CON-SNT-WSC296TD | 1 | $ 345.00 | $ 345.00 | $ 371.00 | $ 371.00 | $ 215.18 | 7% | 0 | 0 |
| Dexon Computer, Inc. | PWR-C2-250WAC | 1 | $ 195.00 | $ 195.00 | $ 450.00 | $ 450.00 | $ 261.00 | 57% | 0 | 0 |
| Dexon Computer, Inc. | C4KX-NM-8SFP+ | 1 | $ 2,200.00 | $ 2,200.00 | $ 9,240.00 | $ 9,240.00 | $ 5,359.20 | 76% | 0 | 0 |
| Dexon Computer, Inc. | WS-C3650-48FD-E | 1 | $ 3,175.00 | $ 3,175.00 | $ 19,280.00 | $ 19,280.00 | $ 11,182.40 | 84% | 1 | 1 |
| Dexon Computer, Inc. | WS-C2960X-48FPD-L | 10 | $ 1,350.00 | $ 13,500.00 | $ 7,995.00 | $ 79,950.00 | $ 46,371.00 | 83% | 1 | 10 |
| Dexon Computer, Inc. | SPA-1X10GE-L-V2= | 4 | $ 1,800.00 | $ 7,200.00 | $ 10,000.00 | $ 40,000.00 | $ 23,200.00 | 82% | 1 | 4 |
| Dexon Computer, Inc. | WS-C3850-48XS-S | 1 | $ 8,100.00 | $ 8,100.00 | $ 28,500.00 | $ 28,500.00 | $ 16,530.00 | 72% | 0 | 0 |
| Dexon Computer, Inc. | WS-C3850-48T-E | 4 | $ 3,090.00 | $ 12,360.00 | $ 19,890.00 | $ 79,560.00 | $ 46,144.80 | 84% | 1 | 4 |
| Dexon Computer, Inc. | PWR-C1-1100WAC | 1 | $ 350.00 | $ 350.00 | $ 1,900.00 | $ 1,900.00 | $ 1,102.00 | 82% | 1 | 1 |
| Dexon Computer, Inc. | NIM-4FXO | 1 | $ 415.00 | $ 415.00 | $ 1,000.00 | $ 1,000.00 | $ 580.00 | 59% | 0 | 0 |
| Dexon Computer, Inc. | NIM-4FXO | 1 | $ 415.00 | $ 415.00 | $ 1,000.00 | $ 1,000.00 | $ 580.00 | 59% | 0 | 0 |
| Dexon Computer, Inc. | WS-C3650-48PD-S | 4 | $ 2,950.00 | $ 11,800.00 | $ 11,120.00 | $ 44,480.00 | $ 25,798.40 | 73% | 0 | 0 |
| Dexon Computer, Inc. | PWR-C2-640WAC | 5 | $ 288.00 | $ 1,440.00 | $ 950.00 | $ 4,750.00 | $ 2,755.00 | 70% | 0 | 0 |
| Dexon Computer, Inc. | WS-C3850-12XS-E | 1 | $ 4,275.00 | $ 4,275.00 | $ 18,280.00 | $ 18,280.00 | $ 10,602.40 | 77% | 0 | 0 |
| Dexon Computer, Inc. | WS-C3850-48P-S | 3 | $ 3,150.00 | $ 9,450.00 | $ 13,260.00 | $ 39,780.00 | $ 23,072.40 | 76% | 0 | 0 |
| Dexon Computer, Inc. | PWR-C1-1100WAC | 4 | $ 350.00 | $ 1,400.00 | $ 1,900.00 | $ 7,600.00 | $ 4,408.00 | 82% | 1 | 4 |
| Dexon Computer, Inc. | WS-C2960X-48FPS-L | 3 | $ 1,325.00 | $ 3,975.00 | $ 6,595.00 | $ 19,785.00 | $ 11,475.30 | 80% | 0 | 0 |
| Dexon Computer, Inc. | WS-C2960X-48FPS-L | 4 | $ 1,325.00 | $ 5,300.00 | $ 6,595.00 | $ 26,380.00 | $ 15,300.40 | 80% | 0 | 0 |
| Dexon Computer, Inc. | GLC-FE-100LX-RGD | 20 | $ 65.00 | $ 1,300.00 | $ 440.00 | $ 8,800.00 | $ 5,104.00 | 85% | 1 | 20 |
| Dexon Computer, Inc. | WS-X4712-SFP-E | 1 | $ 1,650.00 | $ 1,650.00 | $ 6,295.00 | $ 6,295.00 | $ 3,651.10 | 74% | 0 | 0 |
| Dexon Computer, Inc. | NIM-2GE-CU-SFP | 3 | $ 780.00 | $ 2,340.00 | $ 1,795.00 | $ 5,385.00 | $ 3,123.30 | 57% | 0 | 0 |
| Dexon Computer, Inc. | WS-C2960XR-48FPD-I | 2 | $ 1,995.00 | $ 3,990.00 | $ 11,095.00 | $ 22,190.00 | $ 12,870.20 | 82% | 1 | 2 |
| Dexon Computer, Inc. | SFP-10G-ER | 14 | $ 302.00 | $ 4,228.00 | $ 10,000.00 | $ 140,000.00 | $ 81,200.00 | 97% | 1 | 14 |
| Dexon Computer, Inc. | SFP-10G-ZR | 2 | $ 605.00 | $ 1,210.00 | $ 16,000.00 | $ 32,000.00 | $ 18,560.00 | 96% | 1 | 2 |
| Dexon Computer, Inc. | WS-C3850-24S-S | 2 | $ 3,200.00 | $ 6,400.00 | $ 20,400.00 | $ 40,800.00 | $ 23,664.00 | 84% | 1 | 2 |
| Dexon Computer, Inc. | WS-C2960X-48LPS-L | 1 | $ 1,300.00 | $ 1,300.00 | $ 5,595.00 | $ 5,595.00 | $ 3,245.10 | 77% | 0 | 0 |
| Dexon Computer, Inc. | WS-C3850-24S-E | 1 | $ 3,200.00 | $ 3,200.00 | $ 24,480.00 | $ 24,480.00 | $ 14,198.40 | 87% | 1 | 1 |
| Dexon Computer, Inc. | WS-C2960X-24PD-L | 5 | $ 1,375.00 | $ 6,875.00 | $ 4,595.00 | $ 22,975.00 | $ 13,325.50 | 70% | 0 | 0 |
| Dexon Computer, Inc. | WS-C2960X-48FPD-L | 5 | $ 1,370.00 | $ 6,850.00 | $ 7,995.00 | $ 39,975.00 | $ 23,185.50 | 83% | 1 | 5 |
| Dexon Computer, Inc. | WS-C3850-12XS-E | 2 | $ 4,000.00 | $ 8,000.00 | $ 18,280.00 | $ 36,560.00 | $ 21,204.80 | 78% | 0 | 0 |
| Dexon Computer, Inc. | VIC2-4FXO | 1 | $ 154.00 | $ 154.00 | $ 1,214.40 | $ 1,214.40 | $ 704.35 | 87% | 1 | 1 |
| Dexon Computer, Inc. | VIC3-4FXS/DID= | 1 | $ 323.00 | $ 323.00 | $ 1,000.00 | $ 1,000.00 | $ 580.00 | 68% | 0 | 0 |
| Dexon Computer, Inc. | WS-C2960X-24PD-L | 1 | $ 1,300.00 | $ 1,300.00 | $ 4,595.00 | $ 4,595.00 | $ 2,665.10 | 72% | 0 | 0 |
| Dexon Computer, Inc. | WS-C2960X-48FPD-L | 2 | $ 1,350.00 | $ 2,700.00 | $ 7,995.00 | $ 15,990.00 | $ 9,274.20 | 83% | 1 | 2 |
| Dexon Computer, Inc. | C3850-NM-8-10G | 2 | $ 780.00 | $ 1,560.00 | $ 6,120.00 | $ 12,240.00 | $ 7,099.20 | 87% | 1 | 2 |
| Dexon Computer, Inc. | C9300-NM-8X | 3 | $ 700.00 | $ 2,100.00 | $ 2,550.00 | $ 7,650.00 | $ 4,437.00 | 73% | 0 | 0 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dexon Computer, Inc. | GLC-FE-100LX-RGD | 154 | $ | 65.00 | $ | 10,010.00 | $ | 440.00 | $ | 67,760.00 | $ | 39,300.80 | 85% | 1 | 154 |
| Dexon Computer, Inc. | GLC-BX-D | 2 | $ | 80.00 | $ | 160.00 | $ | 1,300.00 | $ | 2,600.00 | $ | 1,508.00 | 94% | 1 | 2 |
| Dexon Computer, Inc. | GLC-BX-U | 2 | $ | 80.00 | $ | 160.00 | $ | 1,300.00 | $ | 2,600.00 | $ | 1,508.00 | 94% | 1 | 2 |
| Dexon Computer, Inc. | WS-C2960XR-48FPD-I | 1 | $ | 1,820.00 | $ | 1,820.00 | $ | 11,095.00 | $ | 11,095.00 | $ | 6,435.10 | 84% | 1 | 1 |
| Dexon Computer, Inc. | WS-C2960X-48FPS-L | 1 | $ | 1,375.00 | $ | 1,375.00 | $ | 6,595.00 | $ | 6,595.00 | $ | 3,825.10 | 79% | 0 | 0 |
| Dexon Computer, Inc. | WS-C2960XR-48LPD-I | 4 | $ | 1,584.00 | $ | 6,336.00 | $ | 10,095.00 | $ | 40,380.00 | $ | 23,420.40 | 84% | 1 | 4 |
| Dexon Computer, Inc. | WS-C2960X-48FPD-L | 1 | $ | 1,200.00 | $ | 1,200.00 | $ | 7,995.00 | $ | 7,995.00 | $ | 4,637.10 | 85% | 1 | 1 |
| Dexon Computer, Inc. | WS-C3850-24T-E | 2 | $ | 1,870.00 | $ | 3,740.00 | $ | 10,710.00 | $ | 21,420.00 | $ | 12,423.60 | 83% | 1 | 2 |
| Dexon Computer, Inc. | WS-C3850-24T-E | 1 | $ | 1,870.00 | $ | 1,870.00 | $ | 10,710.00 | $ | 10,710.00 | $ | 6,211.80 | 83% | 1 | 1 |
| | **TOTALS** | **287** | | | **$** | **169,371.00** | | | | | | | | | **242** |