Amanda R. Washton (SB# 227541)
  a.washton@conklelaw.com
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Michael M. Lafeber (*pro hac vice*)
  mlafeber@taftlaw.com
O. Joseph Balthazor Jr. (*pro hac vice*)
  jbalthazor@taftlaw.com
**TAFT STETTINIUS & HOLLISTER LLP**
2200 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Tel: 612.977.8400
Fax: 612.977.8650

Attorneys for Movant
Dexon Computer, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>Defendant. | Case No. 3:20-cv-4926-CRB<br><br>**DECLARATION OF MICHAEL M. LAFEBER IN SUPPORT OF DEFENDANT'S RENEWED MOTION TO DISMISS**<br><br>Date:       May 28, 2021<br>Time:      10:00 a.m.<br>Crtrm.:    6<br>Location: Zoom<br><br>Hon. Charles R. Breyer<br>Presiding Judge |

1. My name is Michael M. Lafeber, and I am an attorney at Taft Stettinius & Hollister LLP, in Minneapolis, Minnesota, and counsel of record for Dexon Computer, Inc., in the above-titled action. I make this declaration in support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.

2. Attached as **Exhibit A** is a true and correct copy of Cisco's Third Set of Jurisdictional Discovery Demands, which it served on January 4, 2021.

May 14, 2021

/s/*Michael M. Lafeber*
*Michael M. Lafeber*

# Exhibit A
# to Michael M. Lefeber

RICHARD J. NELSON (State Bar No. 141658)
E-Mail:      rnelson@sideman.com
LOUIS P. FEUCHTBAUM (State Bar No. 219826)
E-Mail:      lfeuchtbaum@sideman.com
ANGELA M. HE (State Bar No. 319351)
E-Mail:      ahe@sideman.com
ARTUR A. MINASYAN (State Bar No. 322248)
E-Mail:      aminasyan@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:   (415) 392-1960
Facsimile:   (415) 392-0827

Attorneys for Cisco Systems, Inc. and Cisco Technology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a California corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>Defendant. | Case No. 3:20-cv-04926 CRB<br><br>**PLAINTIFF'S JURISDICTIONAL DISCOVERY DEMANDS, SET THREE**<br><br>Judge:   The Honorable Charles R. Breyer |

PROPOUNDING PARTY:     Plaintiffs CISCO SYSTEMS, INC. and CISCO TECHNOLOGY, INC.

RESPONDING PARTY:      Defendant DEXON COMPUTER, INC.

JURISDICTIONAL DISCOVERY SET NO. THREE

Plaintiffs CISCO SYSTEMS, INC. and CISCO TECHNOLOGY, INC. ("Cisco") hereby serve upon Defendant DEXON COMPUTER, INC. ("Dexon") the following discovery demand, made in accordance with the Court's November 19, 2020 order, which authorized Cisco to conduct jurisdictional discovery relevant to identifying Dexon's sales of counterfeit Cisco products into the State of California.

Given the limited timeline for reasonably inquiring about Dexon's sales, Cisco requests that Dexon provide responses within three weeks from the date this demand is transmitted to Dexon. Should Dexon be unable to fully provide all requested information within that three-week period, we ask that Dexon provide materials as soon as they are obtained, and on a rolling basis. Should Dexon believe that any portion of Cisco's inquiries are objectionable, we ask that Dexon immediately inform Cisco of its objections so that the parties may work together to promptly resolve those objections.

## DEFINITIONS

The following terms, as used in these discovery demands, are defined below:

A. "DOCUMENT" or "DOCUMENTS" shall mean all documents, electronically stored information, and tangible things, including without limitation all writings and all other means of recording information, whether written, transcribed, taped, filmed, microfilmed, or in any other way produced, reproduced, or recorded, and including but not limited to: originals, drafts, computer-sorted and computer-retrievable information, copies and duplicates that are marked with any notation or annotation or otherwise differ in any way from the original, correspondence, memoranda, reports, notes, minutes, contracts, agreements, books, records, checks, vouchers, invoices, purchase orders, ledgers, diaries, logs, calendars, computer printouts, computer disks, card files, lists of persons attending meetings or conferences, sketches, diagrams, calculations, evaluations, analyses, directions, work papers, press clippings, sworn or unsworn statements, requisitions, manuals or guidelines, audit work papers, financial analyses, tables of organizations, charts, graphs, indices, advertisements and promotional materials, audited and unaudited financial statements, trade letters, trade publications, newspapers and newsletters, photographs, emails, electronic or mechanical records, facsimiles, telegrams and telecopies, and

audiotapes. Each draft, annotated, or otherwise non-identical copy is a separate DOCUMENT within the meaning of this term. DOCUMENTS shall also include any removable sticky notes, flags, or other attachments affixed to any of the foregoing, as well as the files, folder tabs, and labels appended to or containing any documents. DOCUMENTS expressly include all ELECTRONIC RECORDS.

  B. "ELECTRONIC RECORD" or "ELECTRONIC RECORDS" shall mean the original (or identical duplicate when the original is not available) and any non-identical copies (whether non-identical because of notes made on copies or attached comments, annotations, marks, transmission notations, or highlighting of any kind) of writings of every kind and description inscribed by mechanical, facsimile, electronic, magnetic, digital, or other means. ELECTRONIC RECORDS includes, by way of example and not by limitation, computer programs (whether private, commercial, or work-in-progress), programming notes and instructions, activity listings of email transmittals and receipts, output resulting from the use of any software program (including word processing documents, spreadsheets, database files, charts, graphs and outlines), electronic mail, and any and all miscellaneous files and file fragments, regardless of the media on which they reside and regardless of whether said ELECTRONIC RECORDS exists in an active file, deleted file, or file fragment. ELECTRONIC RECORDS includes without limitation any and all items stored on computer memories, hard disks, diskettes and cartridges, network drives, network memory storage, archived tapes and cartridges, backup tapes, floppy disks, CD-ROMs, removable media, magnetic tapes of all types, microfiche, and any other media used for digital data storage or transmittal. ELECTRONIC RECORDS also includes the file, folder tabs, and containers and labels appended to or associated with each original and non-identical copy.

  C. The term CALIFORNIA LICENSE means each license for Cisco software or services that Dexon identified having sold in California, as identified in Attachment 1.

  D. The term TRANSMITTAL DOCUMENTS means all DOCUMENTS by which Dexon conveyed any activation key or other information necessary to activate or use a given Cisco license or service, including, but not limited to Cisco's "Product Activation Key.".

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

**CISCO'S JURISDICTIONAL DISCOVERY DEMAND**

**Request for Production No. 3:**

Please provide all TRANSMITTAL DOCUMENTS for each CALIFORNIA LICENSE that Dexon sold.

DATED: January 4, 2021

SIDEMAN & BANCROFT LLP

By: 
Louis R. Feuchtbaum
Attorneys for Cisco Systems, Inc. and Cisco Technology, Inc.

# ATTACHMENT 1

| Bates # in Dexon Production | Dexon Invoice Date | Dexon Invoice # | Customer | Qty | Item Code | Invoice Description of License |
|---|---|---|---|---|---|---|
| DEX-000065 | 1/16/2020 | 103248 | All-in 1 Inc (Christopher John Loe) | 1 | L-LIC-CT2504-25A | "25 Access Point Adder License for Cisco 2504 Wireless Controller (e-Delivery)" |
| DEX-000076 | 1/29/2018 | 92634 | All-in 1 Inc (Christopher John Loe) | 10 | SL-29-SEC-K9 | "Cisco Security Lic for 2901-2951" |
| DEX-000045 | 1/10/2018 | 92091 | All-in 1 Inc (Christopher John Loe) | 1 | L-LIC-CT2504-25A | "25 Access Point Adder License for Cisco 2504 Wireless Controller (e-Delivery)" |
| DEX-000596 | 11/15/2017 | 91719 | All-in 1 Inc (Christopher John Loe) | 1 | AC-PLS-P-250-S | "Cisco AnyConnect 250 User Plus Perpetual License" |
| DEX-000014 | 7/29/2016 | 85900 | All-in 1 Inc (Christopher John Loe) | 9 | L-SL-29-UC-K9 | "Cisco IOS Unified Communications - License - 1 router - delivered via electronic distribution" |
| DEX-000147 | 3/31/2020 | 103991 | Claremont McKenna College (Linda Tuthill) | 1 | L-ASA-SSL-100-250 | "CISCO ASA 5500 SSI, VPN LIC" |
| DEX-000234 | 11/13/2018 | 97382 | East Bay Mud (AccountsPayable) | 1<br>1 | LIC-CT5508-50A<br>LIC-CR5508-25A | "50 AP Adder License for the 5508 Controller (eDelivery)"<br>"25 AP Adder License for the 5508 Controller (eDelivery)" |

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

| Bates # in Dexon Production | Dexon Invoice Date | Dexon Invoice # | Customer | Qty | Item Code | Invoice Description of License |
|---|---|---|---|---|---|---|
| DEX-000612 | 5/29/2020 | 104486 | Edgewood Center for Children and Families (George Bueno) | 1 | L-FPR1010T-TMC-3Y | "Cisco Threat Defense Threat, Malware and URL - Subscription license (3 years) - 1 appliance - ESD" |
| DEX-000248 | 4/30/2020 | 104325 | Edgewood Center for Children and Families (George Bueno) | 1 | L-FPR2110T-TM-1Y | "Cisco Threat Defense Threat and Malware - Subscription license (1 year) - 1 appliance - ESD - for FirePOWER 2110 NGFW" |
| DEX-000247 | 3/11/2020 | 103844 | Edgewood Center for Children and Families (George Bueno) | 200 | L-AC-APX-1Y-S2 | "Cisco AnyConnect Apex - Term License (1 year) + 1 Year Software Application Support plus Upgrades (SASU) - 1 user - volume - 100-249 licenses - ESD" |
| DEX-000293 | 7/8/2020 | 104711 | Financial Partners Credit Union (Accounts Payable) | 1 | LIC-CUCM-11X-ENH-A | "Cisco Unified Communications Manager Enhanced (v. 11.x) - license" |
| DEX-000291 | 6/3/2020 | 104459 | Financial Partners Credit Union (Accounts Payable) | 2<br>1 | LIC-CUCM-11X-ENH-A<br>LIC-CUCM-11X-ENH-A | "Cisco Unified Communications Manager Enhanced (v. 11.x) - license" |
| DEX-000286 | 11/19/2019 | 102723 | Financial Partners Credit Union (Accounts Payable) | 3 | LIC-CUCM-11X-ENH-A | "Cisco Unified Communications Manager Enhanced (v. 11.x) - license" |

| Bates # in Dexon Production | Dexon Invoice Date | Dexon Invoice # | Customer | Qty | Item Code | Invoice Description of License |
|---|---|---|---|---|---|---|
| DEX-000288 | 11/19/2019 | 102695 | Financial Partners Credit Union (Accounts Payable) | 1 | LIC-CUCM-11X-ENH-A | "Cisco Unified Communications Manager Enhanced (v. 11.x) - license" |
| DEX-000283 | 10/14/2019 | 102314 | Financial Partners Credit Union (Accounts Payable) | 3<br>3 | CP-7945G<br>LIC-CUCM-11X-ENH-A | "Cisco Unified Communications Manager Enhanced (v. 11.x) - license" |
| DEX-000278 | 7/30/2019 | 101245 | Financial Partners Credit Union (Accounts Payable) | 1<br>3 | LIC-CUCM-11X-ENH-A<br>LIC-CUCM-11X-ENH-A | "Cisco Unified Communications Manager Enhanced (v. 11.x) - license" |
| DEX-000280 | 7/30/2019 | 101330 | Financial Partners Credit Union (Accounts Payable) | 5 | LIC-CUCM-11X-ENH-A | "Cisco Unified Communications Manager Enhanced (v. 11.x) - license" |
| DEX-000276 | 7/9/2019 | 101130 | Financial Partners Credit Union (Accounts Payable) | 2 | LIC-CUCM-11X-ENH-A | "Cisco Unified Communications Manager Enhanced (v. 11.x) - license" |

# PROOF OF SERVICE

## Cisco Systems, Inc. v. Dexon Computer, Inc., et al.
## Case No. 3:20-cv-4926

**STATE OF , COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 3130 Wilshire Boulevard, Suite 500, Santa Monica, CA 90403-2351.

On May 14, 2021, I served true copies of the following document(s) described as **DECLARATION OF MICHAEL M. LAFEBER IN SUPPORT OF DEFENDANT'S RENEWED MOTION TO DISMISS** on the interested parties in this action as follows:

Richard J. Nelson
Louis P. Feuchtbaum
Angela M. He
Artur A. Minasyan
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
E-Mail: rnelson@sideman.com
E-Mail: lfeuchtbaum@sideman.com
E-Mail: ahe@sideman.com
E-Mail: aminasyan@sideman.com
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for Plaintiffs
Cisco Systems, Inc. and Cisco Technology, Inc

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 14, 2021, at Santa Monica, California.

/s/ Amanda R. Washton
Amanda R. Washton