RICHARD J. NELSON (State Bar No. 141658)
E-Mail:      rnelson@sideman.com
LOUIS P. FEUCHTBAUM (State Bar No. 219826)
E-Mail:      lfeuchtbaum@sideman.com
ANGELA M. HE (State Bar No. 319351)
E-Mail:      ahe@sideman.com
ARTUR A. MINASYAN (State Bar No. 322248)
E-Mail:      aminasyan@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:   (415) 392-1960
Facsimile:   (415) 392-0827

Attorneys for Cisco Systems, Inc. and Cisco Technology, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>              Plaintiffs,<br><br>       v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>              Defendant. | Case No. 3:20-cv-04926 CRB<br><br>**PLAINTIFFS' RESPONSE <u>NOT</u> OPPOSING DEFENDANT DEXON COMPUTER, INC.'S MOTION TO CORRECT ORDER**<br><br>Judge:   Honorable Charles R. Breyer<br><br>Date:  July 9, 2021<br>Time:  10:00 a.m.<br>Hearing Noticed to occur via Zoom |

## STATEMENT OF NON-OPPOSITION

Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc. ("Plaintiffs") do not oppose Defendant's Motion [ECF Doc. No. 38] that seeks to correct the Court's Order, which denied Defendant's motion to dismiss Plaintiffs' First Amended Complaint. Plaintiffs note that the

1  correction Defendant seeks seems to be of limited significance, and is wholly unrelated to the
2  findings upon which the Court's Order relies.

3  DATED: June 1, 2021                    SIDEMAN & BANCROFT LLP

                                          By:   */s/ Louis P. Feuchtbaum*
                                                Louis P. Feuchtbaum
                                                Attorneys for Cisco Systems, Inc. and Cisco
                                                Technology, Inc.