Amanda R. Washton (SB# 227541)
  a.washton@conklelaw.com
**CONKLE, KREMER & ENGEL**
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Michael M. Lafeber (*pro hac vice*)
  mlafeber@taftlaw.com
O. Joseph Balthazor Jr. (*pro hac vice*)
  jbalthazor@taftlaw.com
**TAFT STETTINIUS & HOLLISTER LLP**
2200 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Phone: (612) 977-8400 • Fax: (612) 977-8650

Attorneys for Defendant, Counterclaimant, Plaintiff
and Third Party Plaintiff Dexon Computer, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br>Plaintiffs and Counterclaim Defendants<br>v.<br>DEXON COMPUTER, INC.,<br>Defendant, Counterclaim Plaintiff and Third Party Plaintiff<br>v.<br>ATLANTIX GLOBAL SYSTEMS INTERNATIONAL, LLC, BIZCOM ELECTRONICS, INC., DIGI DEVICES ONLINE, ENTERPRISE BUSINESS TECHNOLOGIES, INC., FIBER CABLE CONNECTIONS, MJSI, MULTIMODE TECHNOLOGIES, LLC, NETWORK REPUBLIC, OPTIMUM DATA, INC., PARAGON, PURE FUTURE TECHNOLOGY, INC., SEASTAR IT TRADING LLC, SERVER TECH SUPPLY, SOFTNETWORKS, INC., STRADA NETWORKS, LLC, STRATEGIC TELECOM SUPPLY & SOLUTIONS, TEKSAVERS, UNLIMITED NETWORK SOLUTIONS, and WISECOM TECHNOLOGIES,<br><br>Third Party Defendants | Case No. 3:20-cv-4926-CRB<br><br>**STIPULATION FOR ORDER EXTENDING TIME TO AMEND RESPONSIVE PLEADING AND RESPOND THERETO; [PROPOSED] ORDER**<br><br>Hon. Charles R. Breyer<br>Presiding Judge<br><br>Date: (Affects filing deadline presently set for July 8, 2021) |

## STIPULATION

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure ("FRCP") and Local Rule 6-1(a) of the Northern District of California Civil Local Rules, Defendant, Counterclaim Plaintiff and Third Party Plaintiff Dexon Computer, Inc. ("Dexon") and Plaintiffs and Counterclaim Defendants Cisco Systems, Inc. and Cisco Technology, Inc. ("Cisco") jointly seek an extension of Dexon's time to file an amended answer, affirmative defenses, counterclaims, and third party claims as a matter of right, and a corresponding stay of Cisco's time to file a response to Dexon's original counterclaims against Cisco in light of such planned amendments.  The parties hereto agree that this request is reasonable and stipulate to an Order as follows:

1.   On June 17, 2021, Dexon filed its answer and affirmative defenses to Cisco's First Amended Complaint, along with counterclaims and third-party claims (Dkt. 43).  Cisco's response to Dexon's counterclaims is currently due July 8, 2021.

2.   Dexon has advised Cisco that it intends to file an amended: answer, affirmative defenses, counterclaims and third party claims as a matter of right pursuant to F.R.C.P. 15.  Such amended responsive pleading will render Dexon's original responsive pleading and any response by Cisco thereto a nullity.

3.   To accommodate the parties' respective schedules, and in the interest of judicial economy, the Parties agree that the following schedule is reasonable and that good cause exists for this Court to extend the Parties' respective deadlines as follows:

   i)   Dexon's time to file an amended answer, affirmative defenses, counterclaims, and third party claims as a matter of right pursuant to F.R.C.P would be extended to July 29, 2021; and

   ii)  Cisco's time to respond to Dexon's original responsive pleading would be stayed pending Dexon's filing of its amended answer, affirmative defenses, counterclaim and third party claims.  Cisco's would have 30 days from the filing of such amended pleading to file its response thereto.

4. Third Party Defendants have not yet been served and have not yet appeared in this action. The Parties to this stipulation reserve the right to seek additional extensions for good cause.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 7, 2021

By: */s/ Michael M. Lafeber*
Michael M. Lafeber
TAFT STETTINIUS & HOLLISTER LLP
Attorneys for Movent Defendant
Dexon Computer, Inc.

Dated: July 7, 2021

By: */s/ Louis P. Feuchtbaum*
Louis P. Feuchtbaum
SIDEMAN & BANCROFT, LLP
Attorneys for Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have obtained consent to file this document from every signatory above.

Dated: July 7, 2021            CONKLE, KREMER & ENGEL

By: */s/ Amanda R. Washton*
Amanda R. Washton
Attorneys for Defendant
Dexon Computer, Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
Charles R. Breyer
United States District Judge