Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

*Attorney for Third-Party Defendant Paragon*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation; and CISCO TECHNOLOGY, INC., a California corporation,<br><br>   Plaintiffs,<br><br>   v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>   Defendant.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>   Counterclaim Plaintiff and Defendant,<br><br>   v.<br><br>CISCO SYSTEMS, INC., a Delaware corporation; and CISCO TECHNOLOGY, INC., a California corporation,<br><br>   Counterclaim Defendants and Plaintiffs | Case No. 3:20-cv-4926 CRB<br><br>**THIRD-PARTY DEFENDANT, PARAGON'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL LOCAL RULE 3-15** |

**RECYCLED PAPER**

**PARAGON'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

| | |
|---|---|
| 1 | DEXON COMPUTER, INC., a Minnesota corporation, |
| 2 | Third-Party Plaintiff, |
| 3 | v. |
| 4 | ATLANTIX GLOBAL SYSTEMS INTERNATIONAL, LLC; , BIZCOM ELECTRONICS, INC., DIGI DEVICES ONLINE, ENTERPRISE BUSINESS TECHNOLOGIES, INC., FIBER CABLE CONNECTIONS, MJSI, MULTIMODE TECHNOLOGIES, LLC, NETWORK REPUBLIC, OPTIMUM DATA, INC., PARAGON, PURE FUTURE TECHNOLOGY, INC., SEASTAR IT TRADING LLC, SERVER TECH SUPPLY, SOFTNETWORKS, INC., STRADA NETWORKS, LLC, STRATEGIC TELECOM SUPPLY & SOLUTIONS, TEKSAVERS, UNLIMITED NETWORK SOLUTIONS, and WISECOM TECHNOLOGIES, |
| | Third-Party Defendants. |

**PARAGON'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

RECYCLED PAPER

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Third-Party Defendant Paragon ("Paragon"), states that it has no parent corporation, and no other publicly held corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

K&L GATES LLP

Dated:  October 22, 2021        By:  /s/ Christina N. Goodrich
                                     Christina N. Goodrich

*Attorney for Third-Party Defendant Paragon*