| | | |
|---|---|---|
| Corporations Section<br>P.O.Box 13697<br>Austin, Texas 78711-3697 |  | Jose A. Esparza<br>Deputy Secretary of State |

# Office of the Secretary of State

The undersigned, as Deputy Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

Network Republic Inc.
Filing Number: 801137416

| | |
|---|---:|
| Certificate of Formation | June 22, 2009 |
| Change of Name or Address by Registered Agent | March 28, 2012 |
| Change of Name or Address by Registered Agent | March 15, 2013 |
| Change of Name or Address by Registered Agent | August 15, 2016 |
| Change of Registered Agent/Office | April 03, 2019 |
| Public Information Report (PIR) | December 31, 2020 |

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on October 25, 2021.



Jose A. Esparza
Deputy Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

| | | |
|---|---|---|
| Phone: (512) 463-5555 | Fax: (512) 463-5709 | Dial: 7-1-1 for Relay Services |
| Prepared by: SOS-WEB | TID: 10266 | Document: 1088789610003 |

EXHIBIT 1, p. 1

| 05-102 (Rev.9-15/33) | **Texas Franchise Tax Public Information Report** |
|---|---|
| Tcode 13196 Franchise | To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions |

■ Taxpayer number: 32039763027
■ Report year: 2020

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

| Taxpayer name | Network Republic Inc |
|---|---|
| Mailing address | 2035 Farrington Street |
| City | Dallas |
| State | TX |
| ZIP code plus 4 | 75207 |
| Secretary of State (SOS) file number or Comptroller file number | 0801137416 |

■ Blacken circle if the mailing address has changed.

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | 2035 Farrington Street, Dallas, TX, 75207 |
|---|---|
| Principal place of business | 2035 Farrington Street, Dallas, TX, 75207 |

You must report officer, director, member, general partner and manager information as of the date you complete this report.

**Please sign below!** This report must be signed to satisfy franchise tax requirements.

1000000000015

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| Philip Stoelman | President | ● YES | |
| Mailing address: 2035 Farrington Street | City: Dallas | State: TX | ZIP Code: 75207 |
| | | ○ YES | |
| | | | |
| | | ○ YES | |
| | | | |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| None | | | |
| | | | |

**SECTION C**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| None | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent: NATIONAL REGISTERED AGENTS, INC.
Office: 350 N ST PAUL STREET SUITE 2900
City: DALLAS   State: TX   ZIP Code: 75201

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

sign here ▶ Philip Stoelman
Title: President
Date: 06/29/2020
Area code and phone number: ( 214 ) 292 - 4855

**Texas Comptroller Official Use Only**

VE/DE ○    PIR IND ○

Case 3:20-cv-04926-CRB   Document 79-2   Filed 10/29/21   Page 3 of 9

| Form 201 |   **Certificate of Formation For-Profit Corporation** | Filed in the Office of the Secretary of State of Texas Filing #: 801137416 06/22/2009 Document #: 263050300003 Image Generated Electronically for Web Filing |
|---|---|---|
| Secretary of State P.O. Box 13697 Austin, TX 78711-3697 FAX: 512/463-5709  Filing Fee: $300 | | |

### Article 1 - Entity Name and Type

The filing entity being formed is a for-profit corporation. The name of the entity is:

**Network Republic Inc.**

The name must contain the word "corporation," "company," "incorporated," "limited," or an abbreviation of one of these terms. The name must not be the same as, deceptively similar to or similar to that of an existing corporate, limited liability company, or limited partnership name on file with the secretary of state. A preliminary check for "name availability" is recommended.

### Article 2 – Registered Agent and Registered Office

☒ A. The initial registered agent is an organization (cannot be corporation named above) by the name of:

**National Registered Agents, Inc.**

OR

☐ B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

Street Address:
**16055 Space Center, Suite 235   Houston TX 77062**

### Article 3 - Directors

The number of directors constituting the initial board of directors and the names and addresses of the person or persons who are to serve as directors until the first annual meeting of shareholders or until their successors are elected and qualified are set forth below:

Director 1: **Philip     Stoelman**

Address: **2215 Cedar Springs Rd., Ste. 1207   Dallas  TX, USA  75201**

### Article 4 - Authorized Shares

The total number of shares the corporation is authorized to issue and the par value of each of such shares, or a statement that such shares are without par value, is set forth below.

| Number of Shares | Par Value (must choose and complete either A or B) | Class | Series |
|---|---|---|---|
| 1,000 | ☒ A. has a par value of $**0.01** <br> ☐ B. without par value. | Common | |

If the shares are to be divided into classes, you must set forth the designation of each class, the number of shares of each class, and the par value (or statement of no par value), of each class. If shares of a class are to be issued in series, you must provide the designation of each series. The preferences, limitations, and relative rights of each class or series must be stated in space provided for supplemental information.

### Article 5 - Purpose

The purpose for which the corporation is organized is for the transaction of any and all lawful business for which corporations may be organized under the Texas Business Organizations Code.

### Supplemental Provisions / Information

[The attached addendum, if any, is incorporated herein by reference.]

### Effectiveness of Filing

☒ A. This document becomes effective when the document is filed by the secretary of state.

OR

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Organizer

EXHIBIT 1, p. 3

The name and address of the organizer is set forth below.
**Karmelia Fredrick          7083 Hollywood Blvd., Suite 180, Los Angeles, CA 90028**

| Execution |
|---|
| The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument. |

**<u>Karmelia Fredrick</u>**
Signature of organizer

**FILING OFFICE COPY**



Office of the Secretary of State
Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697
(Form 408)

Filed in the Office of the
Secretary of State of Texas
Filing #: 801137416  03/28/2012
Document #: 415177261296
Image Generated Electronically

STATEMENT OF CHANGE OF
ADDRESS OF REGISTERED AGENT

1. The name of the entity represented is
   Network Republic Inc.

   The entity's filing number is   801137416

2. The address at which the registered agent has maintained the registered office address for such entity is: (Please provide street address, city, state and zip code presently shown in the records of the Secretary of State.)

   16055 Space Center Blvd., Suite 235, Houston, TX 77062

3. The address at which the registered agent will hereafter maintain the registered office address for such entity is: (Please provide street address, city, state and zip code.  The address must be in Texas.)

   1021 Main Street, Suite 1150, Houston, TX 77002

4. Notice of the change of address has been given to said entity in writing at least 10 business days prior to the submission of this filing.

Date:   03/28/2012

National Registered Agents, Inc.

**Name of Registered Agent**

Kathleen Fritz

**Signature of Registered Agent**

**FILING OFFICE COPY**



Office of the Secretary of State
Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697
(Form 408)

Filed in the Office of the
Secretary of State of Texas
Filing #: 801137416  3/15/2013
Document #: 471945575887
Image Generated Electronically

STATEMENT OF CHANGE OF
ADDRESS OF REGISTERED AGENT

1. The name of the entity represented is
   Network Republic Inc.

   The entity's filing number is   801137416

2. The address at which the registered agent has maintained the registered office address for such entity is: (Please provide street address, city, state and zip code presently shown in the records of the Secretary of State.)

   1021 Main Street, Suite 1150, Houston, TX  77002

3. The address at which the registered agent will hereafter maintain the registered office address for such entity is: (Please provide street address, city, state and zip code.  The address must be in Texas.)

   350 N. St. Paul Street, Suite 2900, Dallas, TX  75201-4234

4. Notice of the change of address has been given to said entity in writing at least 10 business days prior to the submission of this filing.

Date:   3/15/2013

National Registered Agents, Inc.

**Name of Registered Agent**

Kathleen Fritz - Vice President

**Signature of Registered Agent**

**FILING OFFICE COPY**

EXHIBIT 1, p. 6



**Office of the Secretary of State
Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697
(Form 408)**

**Filed in the Office of the
Secretary of State of Texas
Filing #: 801137416  08/15/2016
Document #: 685972901422
Image Generated Electronically**

**STATEMENT OF CHANGE OF
ADDRESS OF REGISTERED AGENT**

1. The name of the entity represented is
   Network Republic Inc.

   The entity's filing number is   801137416

2. The address at which the registered agent has maintained the registered office address for such entity is: (Please provide street address, city, state and zip code presently shown in the records of the Secretary of State.)

   1021 Main Street, Suite 1150, Houston, TX 77002

3. The address at which the registered agent will hereafter maintain the registered office address for such entity is: (Please provide street address, city, state and zip code. The address must be in Texas.)

   1999 Bryan St., Ste. 900, Dallas, TX 75201-3136

4. Notice of the change of address has been given to said entity in writing at least 10 business days prior to the submission of this filing.

Date:   08/15/2016

National Registered Agents, Inc.

**Name of Registered Agent**

Kathleen Fritz

**Signature of Registered Agent**

**FILING OFFICE COPY**

**CHANGE OF REGISTERED AGENT
AND CHANGE OF REGISTERED OFFICE BY
NETWORK REPUBLIC, INC.
A TEXAS FOR-PROFIT CORPORATION**

FILED
In the Office of the
Secretary of State of Texas

APR 03 2019

Corporations Section

### Entity Information

1. The name of the entity is Network Republic, Inc., which is a Texas for-profit corporation.

2. The file number issued to the filing entity by the secretary of state is 801137416.

3. The registered agent and registered office of the entity as currently shown in the records of the secretary of state are:

National Registered Agents, Inc.
1999 Bryant Street
Suite 900
Dallas, TX 75201.

### Change to Registered Agent and Registered Office

4. The entity is a for-profit corporation, which has authorized the changes indicated below through its board of directors or by an officer of the company so authorized by its board of directors, as provided by the Texas Business Organizations Code.

   a. The NEW registered agent is an organization by the name of:

   LWS Holdings, LLC

   b. The business address of the registered agent and registered office address is CHANGED to:

   2035 Farrington Street
   Dallas, TX 75207.

5. The street address of the registered office and the street address of the office of the registered agent are the same.

### Statement of Approval

6. The changes specified in this statement has been authorized by the entity in the manner required by the BOC or in the manner required by the law governing the filing entity, as applicable.

## Effectiveness of Filing

7. This document becomes effective when the document is filed by the secretary of state.

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Dated: <u>April 2, 2019</u>

Network Republic, Inc.

By: _____
    Philip Stoelman, President