Corporations Section  
P.O.Box 13697  
Austin, Texas 78711-3697



Jose A. Esparza  
Deputy Secretary of State

# Office of the Secretary of State

### Certificate of Fact

The undersigned, as Deputy Secretary of State of Texas, does hereby certify that the document, Certificate of Formation for Network Republic Inc. (file number 801137416), a Domestic For-Profit Corporation, was filed in this office on June 22, 2009.

It is further certified that the entity status in Texas is in existence.

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on October 25, 2021.



Jose A. Esparza  
Deputy Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555   Fax: (512) 463-5709   Dial: 7-1-1 for Relay Services  
Prepared by: SOS-WEB    TID: 10264       Document: 1088789610003