| | |
|---|---|
| **From:** | Philip Stoelman <philip@networkrepublic.com> |
| **Sent:** | Monday, October 25, 2021 9:56 AM |
| **To:** | Seitz, Mike |
| **Subject:** | [EXTERNAL] FW: Dexon PO (# AW169594) |

**[Warning]** This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.

**Kind Regards,**

**Philip Stoelman**
D: +1.214.292.4854
M: +1.214.714.2209

**From:** Joe Fang <jfang@dexon.com>
**Sent:** Wednesday, February 13, 2019 9:59 AM
**To:** Philip Stoelman <philip@networkrepublic.com>
**Cc:** adam@dexon.com
**Subject:** Dexon PO (# AW169594)

# Purchase Order

Network Republic, Inc
2035 Farington Street
Dallas, TX 75207-5207



DEXON Computer, Inc.
9201 East Bloomington Freeway
Suite BB
Minneapolis, MN 55420
tel: (952) 888-8922
fax:(952) 888-9136

**PO No.:** AW169594
   **Date:** 02/13/19

**Ship Via: Fedex Ground, 5 day service**
   **Terms:** NOR

Listed below is my order (please confirm receipt of the P.O.):

| Part# | Description | Comments | Qty | Unit Price | Total |
|---|---|---|---|---|---|
| C9300-24UX-E | Cisco Catalyst 9300 Network Essentials - switch - managed - 24 x 100/1000/2500/5000/10000 (UPOE) - rack-mountable - UPOE (560 W) | New | 6 | $4,150.00 | $24,900.00 |

1

| TOTAL: | | | | | $24,900.00 |
|---|---|---|---|---|---|

**Rack Mount Kits and Power cords must be supplied by the vendor (when appropriate)**

**Please remit invoices to accountspayable@dexon.com**

*Supercedes PO AW169445. Dexon's Fedex 303 731 059. Thanks Philip!*

Please ship the order to the following address:

**Attn: Joe Fang; PO# AW169594
DEXON Computer, Inc.
9201 East Bloomington Fwy
Suite BB
Minneapolis, MN 55420-3437**

Please call with any questions (952)564-3222

Sincerely,
Joe Fang
jfang@dexon.com