| | |
|---|---|
| **From:** | Philip Stoelman <philip@networkrepublic.com> |
| **Sent:** | Monday, October 25, 2021 9:57 AM |
| **To:** | Seitz, Mike |
| **Subject:** | [EXTERNAL] FW: Dexon PO (# AW159193) eta 030218 |

**[Warning]** This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.

**Kind Regards,**

**Philip Stoelman**
D: +1.214.292.4854
M: +1.214.714.2209

**From:** Joe Fang <jfang@dexon.com>
**Sent:** Wednesday, February 28, 2018 3:02 PM
**To:** Andy Faris <afaris@networkrepublic.com>
**Cc:** adam@dexon.com; Accountspayable@dexon.com
**Subject:** Dexon PO (# AW159193) eta 030218

# Purchase Order

Network Republic, Inc
2323 Bryan Street
Suite 210
Dallas, TX 75201-5201

**DEXON COMPUTER**

DEXON Computer, Inc.
9201 East Bloomington Freeway
Suite BB
Minneapolis, MN 55420
tel: (952) 888-8922
fax:(952) 888-9136

**PO No.:** AW159193
**Date:** 02/28/18

**Ship Via: Best Way, Best Way**
**Terms:** NOR

Listed below is my order (please confirm receipt of the P.O.):

| Part# | Description | Comments | Qty | Unit Price | Total |
|---|---|---|---|---|---|
| SL-4330-SEC-K9 | Security License for Cisco ISR 4330 Series | | 4 | $200.00 | $800.00 |

1

Exhibit 4, p. 1

| SL-4330-UC-K9 | Unified Communication License for Cisco ISR 4330 Series | | 4 | $185.00 | $740.00 |
|---|---|---|---|---|---|
| **TOTAL:** | | | | | **$1,540.00** |

**Rack Mount Kits and Power cords must be supplied by the vendor (when appropriate)**

**Please remit invoices to accountspayable@dexon.com**

ETA 030218.  Please send licenses to Adam@dexon.com.  Thanks Andy!  Please send invoices to Accountspayable@dexon.com

Please ship the order to the following address:

**Attn: Joe Fang; PO# AW159193**
**DEXON Computer, Inc.**
**9201 East Bloomington Fwy**
**Suite BB**
**Minneapolis, MN 55420-3437**

Please call with any questions (952)564-3222

Sincerely,
Joe Fang
jfang@dexon.com