| | |
|---|---|
| Amanda R. Washton (SB# 227541)<br>  a.washton@conklelaw.com<br>CONKLE, KREMER & ENGEL<br>Professional Law Corporation<br>3130 Wilshire Boulevard, Suite 500<br>Santa Monica, California 90403-2351<br>Phone: (310) 998-9100 • Fax: (310) 998-9109 | David H. Reichenberg (*pro hac vice*)<br>**COZEN O'CONNOR**<br>3 WTC, 175 Greenwich Street, 56th Floor<br>New York, New York 10006<br>T:  (212) 883-4900<br>F:  (646) 461-2091<br>dreichenberg@cozen.com |
| Michael M. Lafeber (*pro hac vice*)<br>  mlafeber@taftlaw.com<br>O. Joseph Balthazor Jr. (*pro hac vice*)<br>  jbalthazor@taftlaw.com<br>**TAFT STETTINIUS & HOLLISTER LLP**<br>2200 IDS Center<br>80 S. 8th St.<br>Minneapolis, MN 55402<br>Tel: 612.977.8400<br>Fax: 612.977.8650 | Mark A. Jacobson (*pro hac vice*)<br>**COZEN O'CONNOR**<br>33 South 6th Street<br>Suite 3800<br>Minneapolis, MN 55402<br>T:  (612) 260-9000<br>F:  (612) 260-8026<br>mjacobson@cozen.com<br><br>Attorneys for Defendant, Counterclaim Plaintiff and Third Party Plaintiff Dexon Computer, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation,<br><br>            Plaintiffs and Counterclaim Defendants,<br><br>     v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>            Defendant, Counterclaim Plaintiff and Third Party Plaintiff.<br><br>v.<br><br>ATLANTIX GLOBAL SYSTEMS INTERNATIONAL, LLC, BIZCOM ELECTRONICS, INC., DIGI DEVICES ONLINE, ENTERPRISE BUSINESS TECHNOLOGIES, INC., FIBER CABLE CONNECTIONS, MJSI, MULTIMODE | Case No. 3:20-cv-4926-CRB<br><br>**RULE 41 NOTICE OF VOLUNTARY PARTIAL DISMISSAL WITHOUT PREJUDICE OF THIRD PARTY DEFENDANT STRATEGIC TELECOM SUPPLY AND SOLUTIONS**<br><br>Hon. Charles R. Breyer<br>Presiding Judge |

| | |
|---|---|
| 1 | TECHNOLOGIES, LLC, NETWORK REPUBLIC, OPTIMUM DATA, INC., PARAGON, PURE FUTURE TECHNOLOGY, INC., SEASTAR IT TRADING LLC, SERVER TECH SUPPLY, SOFTNETWORKS, INC., STRADA NETWORKS, LLC, STRATEGIC TELECOM SUPPLY & SOLUTIONS, TEKSAVERS, UNLIMITED NETWORK SOLUTIONS, and WISECOM TECHNOLOGIES, |

Third Party Defendants

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Defendant, Counterclaim Plaintiff and Third Party Plaintiff Dexon Computer, Inc., through its undersigned counsel, hereby voluntary dismisses without prejudice its claims against Third Party Defendant Strategic Telecom Supply & Solutions ("Third Party Defendant Strategic Telecom") in the above action. Third Party Defendant Strategic Telecom has not yet appeared in the above action. Defendant Strategic Telecom has filed no answer or motion for summary judgment in this case.

Dated: November 1, 2021

Amanda R. Washton, member of
CONKLE, KREMER & ENGEL
Professional Law Corporation

By: */s/Amanda R. Washton*
Amanda R. Washton
Attorneys for Defendant, Counterclaim Plaintiff and Third Party Plaintiff
Dexon Computer, Inc.