| | |
|---|---|
| Amanda R. Washton (SB# 227541)<br>*a.washton@conklelaw.com*<br>**CONKLE, KREMER & ENGEL**<br>Professional Law Corporation<br>3130 Wilshire Boulevard, Suite 500<br>Santa Monica, California 90403-2351<br>Phone: (310) 998-9100 • Fax: (310) 998-9109 | David H. Reichenberg (*pro hac vice*)<br>*dreichenberg@cozen.com*<br>**COZEN O'CONNOR**<br>3 WTC, 175 Greenwich Street, 56th Floor<br>New York, New York 10006<br>T:  (212) 883-4900<br>F:  (646) 461-2091 |
| Michael M. Lafeber (*pro hac vice*)<br>*mlafeber@taftlaw.com*<br>O. Joseph Balthazor Jr. (*pro hac vice*)<br>*jbalthazor@taftlaw.com*<br>**TAFT STETTINIUS & HOLLISTER LLP**<br>2200 IDS Center<br>80 S. 8th St.<br>Minneapolis, MN 55402<br>Tel: 612.977.8400<br>Fax: 612.977.8650 | Mark A. Jacobson (*pro hac vice*)<br>*mjacobson@cozen.com*<br>**COZEN O'CONNOR**<br>33 South 6th Street<br>Suite 3800<br>Minneapolis, MN 55402<br>T:  (612) 260-9000<br>F:  (612) 260-8026 |

Attorneys for Defendant, Counterclaim Plaintiff and Third-Party Plaintiff Dexon Computer, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>          Defendant.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>          Counterclaim Plaintiff and Defendant,<br><br>     v. | Case No. 3:20-CV-4926-CRB<br><br>**RULE 41 NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY DEFENDANT NETWORK REPUBLIC**<br><br>Hon. Charles R. Breyer<br>Presiding Judge<br><br>Trial Date:          None |

| | |
|---|---|
| 1<br>2 | CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation, |
| 3<br>4 |         Counterclaim Defendants and Plaintiffs. |
| 5<br>6 | DEXON COMPUTER, INC., a Minnesota corporation, |
| 7 |         Third-Party Plaintiff, |
| 8 |    v. |
| 9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17 | ATLANTIX GLOBAL SYSTEMS INTERNATIONAL, LLC, BIZCOM ELECTRONICS, INC., DIGI DEVICES ONLINE, ENTERPRISE BUSINESS TECHNOLOGIES, INC., FIBER CABLE CONNECTIONS, MJSI, MULTIMODE TECHNOLOGIES, LLC, NETWORK REPUBLIC, OPTIMUM DATA, INC., PARAGON, PURE FUTURE TECHNOLOGY, INC., SEASTAR IT TRADING LLC, SERVER TECH SUPPLY, SOFTNETWORKS, INC., STRADA NETWORKS, LLC, STRATEGIC TELECOM SUPPLY & SOLUTIONS, TEKSAVERS, UNLIMITED NETWORK SOLUTIONS, and WISECOM TECHNOLOGIES, |
| 18 |         Third-Party Defendants, |

19
20
21
22
23
24
25
26
27
28

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Defendant, Counterclaim Plaintiff and Third Party Plaintiff Dexon Computer, Inc., through its undersigned counsel, hereby voluntary dismisses without prejudice its claims against Third-Party Defendant Network Republic in the above action. Third Party Defendant Network Republic has filed no answer or motion for summary judgment in this case.

Dated:  November 11, 2021

Amanda R. Washton, member of
CONKLE, KREMER & ENGEL
Professional Law Corporation


By: */s/ Amanda R. Washton*
Amanda R. Washton
Attorneys for Defendant, Counterclaim Plaintiff and Third-Party Plaintiff Dexon Computer, Inc.