IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEXON COMPUTER, INC.,<br><br>　　　　Defendant. | Case No. 20-cv-04926-CRB<br><br>**ORDER VACATING HEARING** |

　　The motion hearing in this case presently set for Thursday, December 9, 2021, is hereby VACATED.

　　**IT IS SO ORDERED.**

　　Dated: December 8, 2021

　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　United States District Judge