1   Seth A. Gold (SBN 163220)
    Seth.Gold@btlaw.com
2   Roya Rahmanpour (SBN 285076)
    Roya.Rahmanpour@btlaw.com
3   **BARNES & THORNBURG LLP**
    2029 Century Park East, Suite 300
4   Los Angeles, CA 90067
    Telephone:    (310) 284-3892
5   Facsimile:     (310) 284-3894

6   Attorneys for Third-Party Defendant
    OPTIMUM DATA, INC.

7

8

9

10

11                          UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13                              SAN FRANCISCO DIVISION

14

15  CISCO SYSTEMS, INC., a Delaware          Case No. 3:20-cv-4926 CRB
    corporation and CISCO TECHNOLOGY,
16  INC., a California corporation,          Hon. Charles R. Breyer

17                  Plaintiffs,              **THIRD-PARTY DEFENDANT OPTIMUM
                                             DATA, INC.'S CERTIFICATION OF
18  v.                                       INTERESTED ENTITIES OR PERSONS
                                             [FRCP 7.1 AND CIVIL L.R. 3-15]**
19  DEXON COMPUTER, INC., a Minnesota
    corporation,
20
                    Defendant.
21

22  DEXON COMPUTER, INC., a Minnesota
    corporation,
23
                    Counterclaim Plaintiff and
24                  Defendant,
    v.
25  CISCO SYSTEMS, INC., a Delaware
    corporation and CISCO TECHNOLOGY,
26  INC., a California corporation,

27                  Counterclaim Defendants and
                    Plaintiffs
28

THIRD-PARTY DEFENDANT OPTIMUM DATA,
INC.'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

CASE NO.: 3:20-CV-4926-CRB

| | |
|---|---|
| 1 | DEXON COMPUTER, INC., a Minnesota |
| 2 | corporation, |
| 3 | Third-Party Plaintiff, |
| 4 | v. |
| 5 | ATLANTIX GLOBAL SYSTEMS INTERNATIONAL, LLC, BIZCOM |
| 6 | ELECTRONICS, INC., DIGI DEVICES ONLINE, ENTERPRISE BUSINESS |
| 7 | TECHNOLOGIES, INC., FIBER CABLE CONNECTIONS, MJSI, MULTIMODE |
| 8 | TECHNOLOGIES, LLC, NETWORK REPUBLIC, OPTIMUM DATA, INC., |
| 9 | PARAGON, PURE FUTURE TECHNOLOGY, INC., SEASTAR IT TRADING LLC, SERVER |
| 10 | TECH SUPPLY, SOFTNETWORKS, INC., STRADA NETWORKS, LLC, STRATEGIC |
| 11 | TELECOM SUPPLY & SOLUTIONS, TEKSAVERS, UNLIMITED NETWORK |
| 12 | SOLUTIONS, WISECOM TECHNOLOGIES, |
| 13 | Third-Party Defendants. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

THIRD-PARTY DEFENDANT OPTIMUM DATA,
INC.'S CERTIFICATION OF INTERESTED          - 2 -          CASE NO.: 3:20-CV-4926-CRB
ENTITIES OR PERSONS

1          Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Third-Party Defendant

2   Optimum Data, Inc. ("Optimum"), states that it has no parent corporation, and no other publicly

3   held corporation owns 10% or more of its stock.

4          Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, other than the

5   named parties, there is no such interest to report.

6

7   Dated:        December 13, 2021         BARNES & THORNBURG LLP

8

9                           By:*/s/ Roya Rahmanpour*

10                               Seth A. Gold
                                  Roya Rahmanpour

11                             Attorneys for Third-Party Defendant
                             OPTIMUM DATA, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

THIRD-PARTY DEFENDANT OPTIMUM DATA,
INC.'S CERTIFICATION OF INTERESTED      - 3 -      CASE NO.: 3:20-CV-4926-CRB
ENTITIES OR PERSONS