| | |
|---|---|
| RICHARD J. NELSON (State Bar No. 141658)<br>E-Mail: *rnelson@sideman.com*<br>LOUIS P. FEUCHTBAUM (State Bar No. 219826)<br>E-Mail: *lfeuchtbaum@sideman.com*<br>ARTUR A. MINASYAN (State Bar No. 322248)<br>E-Mail: *aminasyan@sideman.com*<br>SIDEMAN & BANCROFT LLP<br>One Embarcadero Center, Twenty-Second Floor<br>San Francisco, California 94111-3711<br>Telephone:   (415) 392-1960<br>Facsimile:    (415) 392-0827 | AARON M. PANNER (Admitted *pro hac vice*)<br>E-Mail: *apanner@kellogghansen.com*<br>KYLIE C. KIM (Admitted *pro hac vice*)<br>E-Mail: *kkim@kellogghansen.com*<br>CHRISTOPHER M. SARMA (Admitted *pro hac vice*)<br>E-Mail: *csarma@kellogghansen.com*<br>ALEX A. PARKINSON (Admitted *pro hac vice*)<br>E-Mail: *aparkinson@kellogghansen.com*<br>RYAN M. FOLIO (Admitted *pro hac vice*)<br>E-Mail: *rfolio@kellogghansen.com*<br>KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.<br>1615 M Street, NW, Suite 400<br>Washington, D.C. 20036<br>(202) 326-7900 |

Attorneys for Plaintiffs and Counterclaim Defendants
CISCO SYSTEMS, INC. and
CISCO TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>　　　　　Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No. 3:20-cv-04926 CRB<br><br>**STIPULATION FOR ONE WEEK EXTENSION FOR RESPONSE TO DEXON COMPUTER, INC.'S AMENDED COUNTERCLAIMS** : ORDER<br><br>Honorable Charles R. Breyer |

2835-290\4974404v1                                  1                  Case No. 3:20-cv-04926 WHO
STIPULATION EXTENDING TIME FOR RESPONSE

**STIPULATION**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 6-1(a) of the Northern District of California Civil Local Rules, Plaintiffs and Counterclaim Defendants Cisco Systems, Inc. and Cisco Technology, Inc. (collectively "Cisco"), on the one hand, and Defendant, Counterclaim Plaintiff and Third Party Plaintiff Dexon Computer, Inc. ("Dexon") on the other, jointly seek a one week extension of Cisco's time to file a response to Dexon's second amended counterclaims [ECF 92].

Cisco requests this extension because an administrative error by counsel caused it to incorrectly calendar January 31, 2022 as the date that its response was due. Cisco has not previously sought an extension for its response to the second amended counterclaims. This modification will not affect any scheduled dates in this matter. The parties hereto agree that this request is reasonable and stipulate to entry of an Order as follows:

Cisco's response to Dexon's second amended counterclaims will be due on January 31, 2022.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January 24, 2022          SIDEMAN & BANCROFT LLP

By:   */s/ Louis P. Feuchtbaum*
Louis P. Feuchtbaum
Attorneys for Cisco Systems, Inc. and Cisco Technology, Inc.

DATED: January 24, 2022          TAFT STETTINIUS & HOLLISTER, LLP

By:   /s/ *Michael M. Lafeber*
Michael M. Lafeber,
Attorneys for Dexon Computer, Inc.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have obtained consent to file this document from every signatory above.

DATED: January 24, 2022                    SIDEMAN & BANCROFT LLP

By:     */s/ Louis P. Feuchtbaum*
Louis P. Feuchtbaum
Attorneys for Cisco Systems, Inc. and Cisco Technology, Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 24, 2022    _____
Charles R. Breyer
United States District Judge