**MCDERMOTT WILL & EMERY LLP**
Jodi Benassi (SBN 309048)
jbenassi@mwe.com
415 Mission Street, Suite 5600
San Francisco, CA  94105-2616
Telephone:      628 218 3800
Facsimile:       628 877 0107

Ellie Hourizadeh (SBN 204627)
ehourizadeh@mwe.com
McDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, CA  90067
Telephone:      310 277-4110
Facsimile:       310 277-4730

Attorneys for Third-Party Defendant
ATLANTIX GLOBAL SYSTEMS
INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation,<br><br>         Plaintiffs,<br><br>    v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>         Defendant. | CASE NO. 3:20-CV-4926-CRB<br>Hon. Charles R. Breyer, Presiding Judge<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |
| DEXON COMPUTER, INC., a Minnesota corporation,<br><br>         Counterclaim Plaintiff and Defendant,<br><br>    v.<br><br>CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation,<br><br>         Counterclaim Defendants and Plaintiffs. | |

| | |
|---|---|
| DEXON COMPUTER, INC., a Minnesota corporation, | |
| Third-Party Plaintiff, | |
| v. | |
| ATLANTIX GLOBAL SYSTEMS INTERNATIONAL, LLC, BIZCOM ELECTRONICS, INC., DIGI DEVICES ONLINE, ENTERPRISE BUSINESS TECHNOLOGIES, INC., FIBER CABLE CONNECTIONS, MJSI, MULTIMODE TECHNOLOGIES, LLC, NETWORK REPUBLIC, OPTIMUM DATA, INC., PARAGON, PURE FUTURE TECHNOLOGY, INC., SEASTAR IT TRADING LLC, SERVER TECH SUPPLY, SOFTNETWORKS, INC., STRADA NETWORKS, LLC, STRATEGIC TELECOM SUPPLY & SOLUTIONS, TEKSAVERS, UNLIMITED NETWORK SOLUTIONS, and WISECOM TECHNOLOGIES, | |
| Third-Party Defendants. | |

**TO THE CLERK AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Ellie Hourizadeh of McDermott Will & Emery LLP hereby enters an appearance as counsel for Third Party Defendant Atlantix Global Systems, LLC, erroneously sued as Atlantix Global Systems International, LLC ("Atlantix") in the above referenced action. Please serve said counsel with all pleadings and notices in this action as follows:

> Ellie Hourizadeh
> ehourizadeh@mwe.com
> McDERMOTT WILL & EMERY LLP
> 2049 Century Park East, Suite 3200
> Los Angeles, CA  90067
> Telephone:   310 277-4110
> Facsimile:    310 277-4730

Dated: February 7, 2022     **MCDERMOTT WILL & EMERY LLP**

By: _/s/ Ellie Hourizadeh_
ELLIE HOURIZADEH
Attorneys for ATLANTIX GLOBAL SYSTEMS, LLC

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DM_US 186024997-1.105945.0072DM_US 186024997-1.105945.0072

- 2 -

NOTICE OF APPEARANCE OF COUNSEL
(No. 3:20-CV-4926-CRB)