IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DEXON COMPUTER, INC., et al.,<br><br>    Defendants. | Case No. 20-cv-04926-CRB<br><br>**ORDER GRANTING LEAVE TO FILE A MOTION FOR RECONSIDERATION** |

    Defendant Dexon Computer asks for leave to move for reconsideration of this Court's order dismissing its third amended counterclaims and denying leave to file a fourth amended counterclaims. Order (dkt. 130). Dexon argues that the Court manifestly failed to address certain dispositive arguments or fully consider all of its allegations. See Civil Local Rule 7-9(b)(3). Although the local rules set a high standard for granting such motions, out of an abundance of caution, the Court GRANTS the motion. Cisco may file an opposition of the same length within ten days of this order.

    **IT IS SO ORDERED.**

Dated: July 5, 2022



CHARLES R. BREYER
United States District Judge