IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>DEXON COMPUTER, INC., et al.,<br>　　　　　Defendants. | Case No. 20-cv-04926-CRB<br><br>**AMENDED ORDER NEITHER GRANTING NOR DENYING DEXON'S MOTION FOR LEAVE** |

On July 1, 2022, Defendant Dexon filed a motion for leave to file a motion for reconsideration. Motion for Leave (dkt. 130). On July 5, "out of an abundance of caution," the Court granted the motion and ordered that Plaintiff Cisco could respond with an opposition of the same length by July 15. See Order Granting Leave to File (dkt. 132). On July 7, Dexon filed an ex parte application for clarification as to whether it could file a separate substantive motion for reconsideration, as appears to be contemplated by Local Rule 7-9. Dkt. 133.

The Court now hereby amends its prior order as follows: at this time, the Court NEITHER GRANTS NOR DENIES Dexon's motion for reconsideration. Rather, the opposition the Court already ordered from Cisco (which is still due July 15) should be understood as an opposition to Dexon's motion for leave to file a motion for reconsideration. Such filings are explicitly contemplated by Local Rule 7-9(d). The Court does not require a reply by Dexon on this matter.

**IT IS SO ORDERED.**

Dated: July 8, 2022



CHARLES R. BREYER
United States District Judge