IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DEXON COMPUTER, INC., et al.,<br><br>    Defendants. | Case No. 20-cv-04926-CRB<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |

On July 1, 2022, Defendant Dexon moved for leave to file a motion for reconsideration. Mot. (dkt. 130). On July 5, the Court ordered Plaintiff Cisco to respond. See Order (dkt. 132). On July 8, the Court clarified that it had not yet granted nor denied Dexon's motion for leave. See Amended Order (dkt. 134).

Having reviewed the papers, the Court now DENIES Dexon's motion for leave to file a motion for reconsideration. Under Civil Local Rule 7-9(b)(3), the moving party must demonstrate a "manifest failure . . . to consider material facts or dispositive legal arguments which were presented to the Court." Dexon has not met this high bar. The Court already considered all material facts and dispositive arguments that Dexon presented. See Cnty. of Santa Clara v. Trump, 267 F. Supp. 3d 1201, 1207–08 (N.D. Cal. 2017) (reconsideration is appropriate when the Court "committed clear error" or made a decision that "was manifestly unjust").

**IT IS SO ORDERED.**

Dated: July 26, 2022

CHARLES R. BREYER
United States District Judge