Amanda R. Washton (SB# 227541)
 a.washton@conklelaw.com
**CONKLE, KREMER & ENGEL**
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100
Fax: (310) 998-9109

David H. Reichenberg (pro hac vice)
 DReichenberg@manatt.com
**MANATT, PHELPS & PHILLIPS, LLP**
7 Times Square
New York, NY 10036
Direct: (212) 790-4626
Office: (212) 790-4500
Fax: (212) 790-4545

Michael M. Lafeber (*pro hac vice*)
 mlafeber@taftlaw.com
O. Joseph Balthazor Jr. (*pro hac vice*)
 jbalthazor@taftlaw.com
**TAFT STETTINIUS & HOLLISTER LLP**
2200 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Phone: 612.977.8400
Fax: 612.977.8650

Attorneys for Defendant, Counterclaim Plaintiff and Third-Party Plaintiff Dexon Computer, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>　　　　Defendant.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>　　　　Counterclaim Plaintiff and Defendant,<br><br>　　v. | Case No. 3:20-CV-4926-CRB<br><br>**RULE 41 STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF THIRD PARTY DEFENDANT ATLANTIX GLOBAL SYSTEMS, LLC** : ORDER<br><br>Hon. Charles R. Breyer<br>Presiding Judge<br><br>Trial Date:　　　　None |

| | |
|---|---|
| 1 | CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation, |
| 2 | |
| 3 | Counterclaim Defendants and Plaintiffs. |
| 4 | |
| 5 | DEXON COMPUTER, INC., a Minnesota corporation, |
| 6 | |
| 7 | Third-Party Plaintiff, |
| 8 | v. |
| 9 | ATLANTIX GLOBAL SYSTEMS INTERNATIONAL, LLC, BIZCOM ELECTRONICS, INC., DIGI DEVICES ONLINE, ENTERPRISE BUSINESS TECHNOLOGIES, INC., FIBER CABLE CONNECTIONS, MJSI, MULTIMODE TECHNOLOGIES, LLC, NETWORK REPUBLIC, OPTIMUM DATA, INC., PARAGON, PURE FUTURE TECHNOLOGY, INC., SEASTAR IT TRADING LLC, SERVER TECH SUPPLY, SOFTNETWORKS, INC., STRADA NETWORKS, LLC, STRATEGIC TELECOM SUPPLY & SOLUTIONS, TEKSAVERS, UNLIMITED NETWORK SOLUTIONS, and WISECOM TECHNOLOGIES, |
| 17 | Third-Party Defendants, |

IT IS HEREBY STIPULATED AND AGREED, by and between Counterclaim Defendants Cisco Systems Inc. and Cisco Technology, Inc., Defendant, Counterclaim Plaintiff and Third Party Plaintiff Dexon Computer Inc., and Third-Party Defendant Atlantix Global Systems, LLC, erroneously sued as Atlantix Global Systems International, LLC, through their respective undersigned counsel, that all claims asserted by Dexon against Atlantix Global Systems, LLC shall be dismissed without prejudice and without costs or disbursements awarded to any party and that an order of dismissal without prejudice for Atlantix Global Systems, LLC be entered by the Court pursuant to this Stipulation.

[SIGNATURE PAGE TO FOLLOW]

Dated: October 4, 2022                           Respectfully submitted,

By:   /s/ Amanda R. Washton
     Amanda Washton
     a.washton@conklelaw.com
     **CONKLE, KREMER & ENGEL, PLC**
     3130 Wilshire Boulevard, Suite 500
     Santa Monica, CA 90403
     Tel: (310) 998-9100

     David H. Reichenber (*pro hac vice*)
     dreichenberg@manatt.com
     **MANATT, PHELPS & PHILLIPS, LLP**
     7 Times Square
     New York, NY 10036
     Tel: 212 790-4500

     Michael M. Lafeber (*pro hac vice*)
     mlafeber@taftlaw.com
     O. Joseph Balthazor Jr. (*pro hac vice*)
     jbalthazor@taftlaw.com
     **TAFT STETTINIUS & HOLLISTER LLP**
     2200 IDS Center
     80 S. 8th St.
     Minneapolis, MN 55402
     Tel: 612.977.8400

     ***Attorneys for Defendant Counterclaim Plaintiff and Third Party Plaintiff*** **Dexon Computer, Inc.**

Dated: October 4, 2022

     */s/ Ellie Hourizadeh*
     Jodi Benassi
     jbenassi@mwe.com
     **McDERMOTT WILL & EMERY LLP**
     415 Mission Street, Suite 5600
     San Francisco, CA 94105-2616
     Tel: 628 218-3800

     Ellie Hourizadeh (SBN 204627)
     ehourizadeh@mwe.com
     **McDERMOTT WILL & EMERY LLP**
     2049 Century Park East, Suite 3200
     Los Angeles, CA 90067
     Tel: 310 277-4110

     ***Attorneys for Third-Party Defendant*** **Atlantix Global Systems, LLC**

Dated: October 4, 2022

      */s/ Louis P. Feuchtbaum*
Richard J. Nelson (SBN 141658)
rnelson@sideman.com
Louis P. Feuchtbaum (SBN 219826)
lfeuchtbaum@sideman.com
Alexander J. Bukac (SBN 305491)
abukac@sideman.com
**SIDEMAN & BANCROFT LLP**
One Embarcadero Center
Twenty-Second Floor
San Francisco, CA 94111-3711
Tel: 415 392-1960

Aaron M. Panner (*pro hac vice*)
apanner@kellogghansen.com
Kylie C. Kim (*pro hac vice*)
kkim@kellogghansen.com
Alex A. Parkinson (*pro hac vice*)
aparkinson@kellogghansen.com
Ryan M. Folio (*pro hac vice*)
rfolio@kellogghansen.com
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M. Street, NW, Suite 400
Washington, D.C. 20036
Tel: 202 326-7900

***Attorneys for Plaintiffs and Counterclaim Defendants*** Cisco Systems, Inc. and Cisco Technology, Inc.

## <u>ATTESTATION</u>

     Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest under penalty of perjury that I have obtained consent to file this document from every signatory above.

Dated: October 10, 2022       CONKLE, KREMER & ENGEL, PLC

          By:   */s/ Amanda R. Washton*
                Amanda R. Washton
                Attorneys for Dexon Computer, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>　　　　　Defendant. | Case No. 3:20-CV-4926-CRB<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE OF THIRD PARTY DEFENDANT ATLANTIX GLOBAL SYSTEMS, LLC<br><br>Hon. Charles R. Breyer<br>Presiding Judge<br><br>Trial Date:　　　None |
| DEXON COMPUTER, INC., a Minnesota corporation,<br><br>　　　　　Counterclaim Plaintiff and Defendant,<br><br>　　v.<br><br>CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation,<br><br>　　　　　Counterclaim Defendants and Plaintiffs. | |
| DEXON COMPUTER, INC., a Minnesota corporation,<br><br>　　　　　Third-Party Plaintiff, | |

| | |
|---|---|
| 1 | v. |
| 2 | ATLANTIX GLOBAL SYSTEMS INTERNATIONAL, LLC, BIZCOM ELECTRONICS, INC., DIGI DEVICES ONLINE, ENTERPRISE BUSINESS TECHNOLOGIES, INC., FIBER CABLE CONNECTIONS, MJSI, MULTIMODE TECHNOLOGIES, LLC, NETWORK REPUBLIC, OPTIMUM DATA, INC., PARAGON, PURE FUTURE TECHNOLOGY, INC., SEASTAR IT TRADING LLC, SERVER TECH SUPPLY, SOFTNETWORKS, INC., STRADA NETWORKS, LLC, STRATEGIC TELECOM SUPPLY & SOLUTIONS, TEKSAVERS, UNLIMITED NETWORK SOLUTIONS, and WISECOM TECHNOLOGIES, |

Third-Party Defendants,

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Based upon the Stipulation of Dismissal Without Prejudice of Third Party Defendant Atlantix Global Systems, LLC filed herein,

**IT IS HEREBY ORDERED** that in the above-captioned matter Third Party Defendant Atlantix Global Systems, LLC may be, and hereby is dismissed without prejudice,

**SO ORDERED**.

Dated this 11th day of October, 2022.

BY THE COURT:

_____
Honorable Charles R. Breyer