1  RICHARD J. NELSON (State Bar No. 141658)
   E-Mail:      *rnelson@sideman.com*
2  LOUIS P. FEUCHTBAUM (State Bar No. 219826)
   E-Mail:      *lfeuchtbaum@sideman.com*
3  ALEXANDER J. BUKAC (State Bar No. 305491)
   E-Mail:      *abukac@sideman.com*
4  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Twenty-Second Floor
5  San Francisco, California 94111-3711
   Telephone:   (415) 392-1960
6  Facsimile:   (415) 392-0827

7  Attorneys for Plaintiffs
   CISCO SYSTEMS, INC. and
8  CISCO TECHNOLOGY, INC.

9

10                **UNITED STATES DISTRICT COURT**

11               **NORTHERN DISTRICT OF CALIFORNIA**

12                  **SAN FRANCISCO DIVISION**

13

14  CISCO SYSTEMS, INC., a Delaware          Case No. 3:20-cv-04926 CRB
    corporation, and CISCO TECHNOLOGY,
15  INC., a California corporation,          **ADMINISTRATIVE MOTION FOR AN
                                             ORDER SETTING A RULE 16
16                Plaintiffs,                CONFERENCE**

17       v.                                  Honorable Charles R. Breyer

18  DEXON COMPUTER, INC., a Minnesota
19  corporation,

20                Defendant.

21  _____

22  AND RELATED CROSS-ACTIONS

23

24       1.      Pursuant to Local Rule 7-11, Plaintiffs CISCO SYSTEMS, INC. and CISCO

25  TECHNOLOGY, INC. ("Cisco") hereby request an order that will set a Fed. R. Civ. P. ("Rule")

26  16 Initial Case Management Conference, pursuant to Local Rule 16-2, within 30 days.  The Court

27  previously ordered the parties to participate in a Settlement Conference, which was held by the

28  Honorable Sallie Kim on October 18, 2022.  At the conclusion of that full-day conference, the

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

1  parties were unable to reach mutually agreeable terms.

2      2.    This case has now been pending for more than 28 months.  As the conferences

3  required by Rule 16 and Rule 26(f) have not yet occurred, and it has not been possible to

4  commence discovery by agreement between the parties, formal inquiry into relevant matters has

5  not been possible outside the limited jurisdictional discovery that was conducted at the outset of

6  litigation.  This case has been in a long period of stasis, which appears unlikely to change without

7  formal discovery.  Cisco therefore requests that the Court set an Initial Case Management

8  Conference within 30 days.

9      3.    It is unclear whether Dexon would stipulate to the requested order.  On October 21,

10  2022, the undersigned counsel sent Dexon an email notifying it that Cisco would be filing this

11  motion.  *See* Declaration of Louis P. Feuchtbaum In Support of Administrative Motion, ¶ 1.  Cisco

12  twice asked that Dexon indicate whether it intended to oppose it.  *Id.*, ¶¶ 1-2.  Dexon did not

13  respond.  *Id.*, ¶ 2.

14  DATED:  October 24, 2022          SIDEMAN & BANCROFT LLP

15

16              By:        */s/ Louis P. Feuchtbaum*

17                         Louis P. Feuchtbaum

18                         Attorneys for Plaintiffs

19                         CISCO SYSTEMS, INC. and
                       CISCO TECHNOLOGY, INC.

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

ADMINISTRATIVE MOTION FOR AN ORDER SETTING A RULE 16 CONFERENCE