UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>　　　　　Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No. 3:20-cv-04926 CRB<br><br>Honorable Charles R. Breyer |

[~~PROPOSED~~] ORDER

FOR GOOD CAUSE SHOWN, Plaintiffs Cisco Systems, Inc., Cisco Technology, Inc., Defendant Dexon Computer, Inc., and all Third Party Defendants appearing in this action are directed to file a report, pursuant to Fed. R. Civ. P. ("Rule") 26(f), no later than January 6, 2023.

All parties are directed to appear at a Rule 16 Initial Case Management Conference, pursuant to Local Rule 16-2, which will be held on January 13, 2023 at 8:30 a.m.

　　　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court

*APPROVED*
*Judge Charles R. Breyer*

2835-290\5210210v1　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:20-cv-04926 CRB