Amanda R. Washton (SB# 227541)
*a.washton@conklelaw.com*
**CONKLE, KREMER & ENGEL, PLC**
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100
***Attorneys for Defendant, Counter-Claim Plaintiff and Third-Party Plaintiff* Dexon Computer, Inc**.

David H. Reichenberg (pro hac vice)
*DReichenberg@manatt.com*
**MANATT, PHELPS & PHILLIPS, LLP**
7 Times Square
New York, NY 10036
Phone: (212) 790-4500
***Attorneys for Defendant, Counter-Claim Plaintiff and Third-Party Plaintiff* Dexon Computer, Inc**.

Michael M. Lafeber (*pro hac vice*)
*mlafeber@taftlaw.com*
O. Joseph Balthazor Jr. (*pro hac vice*)
*jbalthazor@taftlaw.com*
**TAFT STETTINIUS & HOLLISTER LLP**
2200 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402
Phone: 612.977.8400
***Attorneys for Defendant, Counter-Claim Plaintiff and Third-Party Plaintiff* Dexon Computer, Inc**.

Christina N. Goodrich (SBN 261722)
*Christina.goodrich@klgates.com*
**K&L GATES LLP**
10100 Santa Monica Boulevard. 8th Floor
Los Angeles, CA 90067
Phone: 310 552-5000
***Attorneys for Third Party Defendant* Paragon**

Richard J. Nelson (SBN 141658)
*rnelson@sideman.com*
Louis P. Feuchtbaum (SBN 219826)
*lfeuchtbaum@sideman.com*
Alexander J. Bukac (SBN 305491)
*abukac@sideman.com*
**SIDEMAN & BANCROFT LLP**
One Embarcadero Center. 22nd Floor
San Francisco, CA 94111-3711
Phone: 415 392-1960
***Attorneys for Plaintiffs and Counterclaim Defendants* Cisco Systems, Inc. and Cisco Technology, Inc.**

Christopher S. Finnerty (*pro hac vice*)
*Chris.finnerty@klgates.com*
**K&L GATES LLP**
State Street Financial Center, One Lincoln St.
Boston, MA 02111
Phone: 617 261-3123
***Attorneys for Third-Party Defendant* Paragon**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation,

Plaintiffs,

v.

DEXON COMPUTER, INC., a Minnesota corporation,

Defendant.

Case No. 3:20-CV-4926-CRB

**STIPULATION AND JOINT APPLICATION FOR LEAVE TO FILE DEFENDANT AND THIRD PARTY PLAINTIFF DEXON COMPUTER, INC.'S ~~[PROPOSED]~~ AMENDED THIRD PARTY COMPLAINT**

Hon. Charles R. Breyer, Presiding Judge

Trial Date: None

0640.002\9946

Case No. 3:20-CV-4926-CRB

STIPULATION AND JOINT APPLICATION FOR LEAVE TO FILE DEFENDANT AND THIRD PARTY PLAINTIFF DEXON COMPUTER, INC.'S ~~[PROPOSED]~~ AMENDED THIRD PARTY COMPLAINT

DEXON COMPUTER, INC., a Minnesota corporation,

Counterclaim Plaintiff and Defendant,

v.

CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation,

Counterclaim Defendants and Plaintiffs.

DEXON COMPUTER, INC., a Minnesota corporation,

Third-Party Plaintiff,

v.

ATLANTIX GLOBAL SYSTEMS INTERNATIONAL, LLC, BIZCOM ELECTRONICS, INC., DIGI DEVICES ONLINE, ENTERPRISE BUSINESS TECHNOLOGIES, INC., FIBER CABLE CONNECTIONS, MJSI, MULTIMODE TECHNOLOGIES, LLC, NETWORK REPUBLIC, OPTIMUM DATA, INC., PARAGON, PURE FUTURE TECHNOLOGY, INC., SEASTAR IT TRADING LLC, SERVER TECH SUPPLY, SOFTNETWORKS, INC., STRADA NETWORKS, LLC, STRATEGIC TELECOM SUPPLY & SOLUTIONS, TEKSAVERS, UNLIMITED NETWORK SOLUTIONS, and WISECOM TECHNOLOGIES,

Third-Party Defendants,

0640.002\9946 -2- Case No. 3:20-CV-4926-CRB

STIPULATION AND JOINT APPLICATION FOR LEAVE TO FILE DEFENDANT AND THIRD PARTY PLAINTIFF DEXON COMPUTER, INC.'S [~~PROPOSED~~] AMENDED THIRD PARTY COMPLAINT

75443122v3

**STIPULATION & JOINT APPLICATION**

Pursuant to 15(a)(2) of the Federal Rules of Civil Procedure Defendant, Counterclaim Plaintiff and Third Party Plaintiff Dexon Computer, Inc. ("Dexon"), Plaintiffs and Counterclaim Defendants Cisco Systems, Inc. and Cisco Technology, Inc. ("Cisco"), and Third-Party Defendant Paragon stipulate to the filing of Dexon's Amended Third Party Complaint. The parties hereto agree that this request is reasonable and stipulate to entry of an Order as follows:

1. Dexon's Third Party Complaint asserts indemnity and contribution claims against multiple entities believed to have supplied Dexon with product alleged by Cisco to be counterfeit.

2. On or about August 9, 2022, Cisco identified additional allegedly counterfeit product alleged to have been sold by Dexon. Based on its subsequent investigation, Dexon believes such products were supplied to it by proposed Third Party Defendants Tech Network Supply LLC; Team Tech Global LLC; iTech Devices; and Link-US, LLC.

3. Dexon timely tendered Cisco's claims against it herein to the proposed new Third Party Defendants. Such proposed Third Party Defendants have either failed to acknowledge a duty to defend and indemnify Dexon or failed to respond to Dexon's tender.

4. Formal discovery has not yet commenced in this matter. A Case Management Conference is currently scheduled for January 13, 2022.

5. A true and correct redline version of Dexon's PROPOSED Amended Third Party Complaint asserting contribution and indemnity claims against the newly identified suppliers of allegedly counterfeit Cisco products is attached hereto.

6. Dexon asserts that the proposed amendments are not made in bad faith, are not futile, that this request is reasonable, and not intended for unnecessary delay. Further, including the newly identified suppliers of allegedly counterfeit Cisco products in the previously asserted contribution and indemnity claims promotes judicial economy and would cause no substantial or undue prejudice or delay.

The parties hereto agree, and stipulate to entry of an Order that allows Dexon to file the amended Third Party Complaint.

0640.002\9946                                -3-                                Case No. 3:20-CV-4926-CRB
STIPULATION AND JOINT APPLICATION FOR LEAVE TO FILE DEFENDANT AND THIRD PARTY PLAINTIFF DEXON COMPUTER, INC.'S [PROPOSED] AMENDED THIRD PARTY COMPLAINT

75443122v3

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 29, 2022

Respectfully submitted,

/s/ *Amanda Washton*
Amanda Washton
*a.washton@conklelaw.com*
**CONKLE, KREMER & ENGEL, PLC**
3130 Wilshire Boulevard
Suite 500
Santa Monica, CA 90403
Phone: (310) 998-9100

David H. Reichenber (*pro hac vice*)
*dreichenberg@manatt.com*
**MANATT, PHELPS & PHILLIPS, LLP**
7 Times Square
New York, NY 10036
Phone: 212 790-4500
Fax: 212 790-4545

Michael M. Lafeber (*pro hac vice*)
*mlafeber@taftlaw.com*
O. Joseph Balthazor Jr. (*pro hac vice*)
*jbalthazor@taftlaw.com*
**TAFT STETTINIUS & HOLLISTER LLP**
2200 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Phone: 612.977.8400
Fax: 612.977.8650

***Attorneys for Defendant***
**Dexon Computer, Inc.**

Dated: November 29, 2022

/s/ *Christina N. Goodrich*
Christina N. Goodrich
*Christina.goodrich@klgates.com*
**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Tel: 310 552-5000
Fax: 310 552-5001

Christopher S. Finnerty (*pro hac vice*)
*Chris.finnerty@klgates.com*
**K&L GATES LLP**
State Street Financial Center, One Lincoln St.
Boston, MA 02111
Phone: 617 261-3123

***Attorneys for Third-Party Defendant*** **Paragon**

0640.002\9946 -4- Case No. 3:20-CV-4926-CRB
STIPULATION AND JOINT APPLICATION FOR LEAVE TO FILE DEFENDANT AND THIRD PARTY PLAINTIFF DEXON COMPUTER, INC.'S [PROPOSED] AMENDED THIRD PARTY COMPLAINT
75443122v3

Dated: November 29, 2022

*/s/ Louis P. Feuchtbaum*
Richard J. Nelson
*rnelson@sideman.com*
Louis P. Feuchtbaum
*lfeuchtbaum@sideman.com*
Alexander J. Bukac
*abukac@sideman.com*
**SIDEMAN & BANCROFT LLP**
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111-3711
Phone: 415 392-1960

Aaron M. Panner (*pro hac vice*)
*apanner@kellogghansen.com*
Kylie C. Kim (*pro hac vice*)
*kkim@kellogghansen.com*
Alex A. Parkinson (*pro hac vice*)
*aparkinson@kellogghansen.com*
Ryan M. Folio (*pro hac vice*)
*rfolio@kellogghansen.com*
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M. Street, NW, Suite 400
Washington, D.C. 20036
Phone: 202 326-7900

***Attorneys for Plaintiffs and Counterclaim Defendants***
**Cisco Systems, Inc. and Cisco Technology, Inc.**

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have obtained consent to file this document from every signatory above.

Dated: November 29, 2022

CONKLE, KREMER & ENGEL, PLC

By: */s/ Amanda R. Washton*
Amanda R. Washton
Attorneys for Dexon Computer, Inc.

**~~[PROPOSED]~~ ORDER**

The parties' Stipulation and Joint Application is GRANTED. Dexon is hereby granted leave to file its PROPOSED Amended Third Party Complaint no later than one (1) week from the date of this Order.

DATED: December 2, 2022

Hon. Charles R. Breyer
United States District Judge

0640.002\9946 -6- Case No. 3:20-CV-4926-CRB

STIPULATION AND JOINT APPLICATION FOR LEAVE TO FILE DEFENDANT AND THIRD PARTY PLAINTIFF DEXON COMPUTER, INC.'S [PROPOSED] AMENDED THIRD PARTY COMPLAINT

75443122v3

Amanda R. Washton (SB# 227541)
*a.washton@conklelaw.com*
**CONKLE, KREMER & ENGEL**
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100
Fax: (310) 998-9109

Michael M. Lafeber (*pro hac vice*)
*mlafeber@taftlaw.com*
O. Joseph Balthazor Jr. (*pro hac vice*)
*jbalthazor@taftlaw.com*
**TAFT STETTINIUS & HOLLISTER LLP**
2200 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Phone: 612.977.8400
Fax: 612.977.8650

David H. Reichenberg (pro hac vice pending)
*dreichenberg@cozen.com*
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 56th Floor
New York, New York 10006
Phone: (212) 883-4900
Fax: (646) 461-2091

~~Mark A. Jacobson (*pro hac vice pending*)~~
~~*mjacobson@cozen.com*~~
~~**COZEN O'CONNOR**~~
~~33 South 6th Street~~
~~Suite 3800~~
~~Minneapolis, MN 55402~~
~~Phone: (612) 260-9000~~
~~Fax: (612) 260-8026~~

Attorneys for Defendant, Counterclaim Plaintiff and Third-Party Plaintiff Dexon Computer, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation,

Plaintiffs,

v.

DEXON COMPUTER, INC., a Minnesota corporation,

Defendant.

DEXON COMPUTER, INC., a Minnesota corporation,

Counterclaim Plaintiff and Defendant,

v.

Case No. 3:20-CV-4926-CRB

**DEFENDANT AND THIRD PARTY PLAINTIFF DEXON COMPUTER, INC.'S [PROPOSED] AMENDED THIRD-PARTY CLAIMS**

Hon. Charles R. Breyer
Presiding Judge

Trial Date: None

CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation,

Counterclaim Defendants and Plaintiffs.

DEXON COMPUTER, INC., a Minnesota corporation,

Third-Party Plaintiff,

v.

BIZCOM ELECTRONICS, INC., DIGI DEVICES ONLINE, ENTERPRISE BUSINESS TECHNOLOGIES, INC., FIBER CABLE CONNECTIONS, MJSI, MULTIMODE TECHNOLOGIES, LLC, OPTIMUM DATA, INC., PARAGON, PURE FUTURE TECHNOLOGY, INC., SEASTAR IT TRADING LLC, SERVER TECH SUPPLY, SOFTNETWORKS, INC., STRADA NETWORKS, LLC, TEKSAVERS, UNLIMITED NETWORK SOLUTIONS, WISECOM TECHNOLOGIES, TECH NETWORK SUPPLY LLC, TEAM TECH GLOBAL LLC, ITECH DEVICES, and LINK-US, LLC

Third-Party Defendants,

0640.002\9947 -2- Case No. 3:20-CV-4926-CRB

DEFENDANT AND THIRD PARTY PLAINTIFF DEXON COMPUTER, INC.'S [PROPOSED] AMENDED THIRD-PARTY CLAIMS

75408452v1

**THIRD PARTY CLAIMS**

1. Defendant and Third Party Plaintiff Dexon Computer, Inc. asserts the following claims against Third Party Defendants ~~Atlantix Global Systems International, LLC,~~ Bizcom Electronics, Inc., Digi Devices Online, Enterprise Business Technologies, Inc., Fiber Cable Connections, MJSI, Multimode Technologies, LLC, Optimum Data, Inc., Paragon, Pure Future Technology, Inc., Seastar IT Trading LLC, Server Tech Supply, Softnetworks, Inc., Strada Networks, LLC, Unlimited Network Solutions, ~~and~~ Wisecom Technologies, Tech Network Supply LLC, Team Tech Global LLC, iTech Devices, and Link-US, LLC, and alleges as follows:

**THE PARTIES**

2. Third Party Plaintiff Dexon Computer, Inc. ("Dexon") is a Minnesota corporation with its principal place of business at 9201 E. Bloomington Freeway, Suite BB, Bloomington, Minnesota 55420.

~~3. On information and belief, Third Party Defendant Atlantix Global Systems International, LLC is a Georgia limited liability corporation with its principal place of business in Georgia.~~

~~4.~~3. On information and belief, Third Party Defendant Bizcom Electronics, Inc., is a California corporation with its principal place of business in California.

~~5.~~4. On information and belief, Third Party Defendant Digi Devices Online is a foreign corporation with its principal U.S. place of business in Texas.

~~6.~~5. On information and belief, Third Party Defendant Enterprise Business Technologies, Inc. is a New York corporation with its principal place of business in New York.

~~7.~~6. On information and belief, Third Party Defendant Fiber Cable Connections is a Washington corporation with its principal place of business in Washington.

~~8.~~7. On information and belief, Third Party Defendant MJSI is a California corporation with its principal place of business in California.

~~9.~~8. On information and belief, Third Party Defendant Multimode Technologies, LLC is a Minnesota limited liability company with its principal place of business in Minnesota.

~~10.~~9. On information and belief, Third Party Defendant Optimum Data, Inc. is a Nebraska corporation with its principal place of business in Nebraska.

~~11.~~10. On information and belief, Third Party Defendant Paragon is a Massachusetts corporation with its principal place of business in Massachusetts.

~~12.~~11. On information and belief, Third Party Defendant Pure Future Technology, Inc. is a California corporation with its principal place of business in California.

~~13.~~12. On information and belief, Third Party Defendant Seastar IT Trading LLC is a Washington limited liability company with its principal place of business in Washington.

~~14.~~13. On information and belief, Third Party Defendant Server Tech Supply is a Virginia corporation with its principal place of business in Pennsylvania.

~~15.~~14. On information and belief, Third Party Defendant Softnetworks, Inc. is a New Jersey limited liability company with its principal place of business in New Jersey.

~~16.~~15. On information and belief, Third Party Defendant Strada Networks, LLC is a foreign limited liability company with its principal place of business in British Columbia, Canada.

~~17.~~16. On information and belief, Third Party Defendant Teksavers is a Texas corporation with its principal place of business in Texas

~~18.~~17. On information and belief, Third Party Defendant Unlimited Network Solutions is a corporation with its principal place of business in California.

18. On information and belief, Wisecom Technologies is a corporation with its principal place of business in Maryland.

19. On information and belief Tech Network Supply LLC is an Iowa limited liability company with its principal place of business at 606 8th Street, Ames, Iowa 50010.

20. On information and belief Team Tech Global LLC is a New Jersey limited liability company with its principal place of business at 1701 NW 93rd Avenue, Suite 203, Doral, Florida 33172.

21. On information and belief iTech Devices, Inc. is a California corporation with its principal place of business at 45333 Fremont Blvd # 5, Fremont, California 94538.

~~19.~~22. On information and belief Link-US, LLC is a North Carolina limited liability company with its principal place of business at 280 Premier Drive, Suite 111, Holly Springs, North Carolina 27540.

**Supply of Alleged Counterfeit and Infringing Product**

~~20.~~23. The Third Party Defendants are all reputable dealers and merchants with respect to ~~the~~ Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc.'s ("Cisco") products alleged by Cisco in the above captioned matter to be counterfeit and thereby- infringing ~~herein~~ ("allegedly infringing Cisco product").

~~21.~~24. Dexon obtained such allegedly infringing Cisco product from the Third Party Defendants. While Dexon denies Cisco's allegations and believes the subject products to be genuine, Dexon relied in good faith on the Third Party Defendants in procuring or obtaining such products.

25. Without limitation, the Third Party Defendants warranted that such products sold to Dexon would be "delivered free of the rightful claim of any third person by way of infringement or the like." *See* U.C.C. §2-312(3).

~~22.~~26. Dexon timely tendered Cisco's claims against it herein to the Third Party Defendants and the Third Party Defendants have either failed to respond or denied any duty to defend or indemnify Dexon herein.

**FIRST THIRD PARTY CLAIM**
**(Indemnification - All Third Party Defendants)**

~~23.~~27. Dexon repeats and realleges each of the allegations set forth in the preceding paragraphs as if fully set forth herein.

~~24.~~28. Dexon was named in this litigation as a direct result of product procured from and/or supplied by the Third Party Defendants.

~~25.~~29. Third Party Defendants should be ordered to indemnify Dexon whether based on express agreement, implied agreement or common law.

**SECOND THIRD PARTY CLAIM**
**(Contribution - All Third Party Defendants)**

~~26.~~30. Dexon repeats and realleges each of the allegations set forth in the preceding paragraphs as if fully set forth herein.

~~27.~~31. Dexon was named in this litigation as a direct result of product procured from and supplied by the Third Party Defendants.

~~28.~~32. Dexon is entitled to contribution from Third Party Defendants, whether based on express agreement, implied agreement or common law, to pay or defray any judgment entered against Dexon herein.

**PRAYER FOR RELIEF**

**WHEREFORE**, Defendant, Counterclaim Plaintiff and Third Party Plaintiff Dexon Computer, Inc. prays for judgment and relief against Plaintiffs and Counterclaim Defendants Cisco Systems, Inc. and Cisco Technology, Inc. ("Cisco") and Third Party Defendants ~~Atlantix Global Systems International, LLC,~~ Bizcom Electronics, Inc., Digi Devices Online, Enterprise Business Technologies, Inc., Fiber Cable Connections, MJSI, Multimode Technologies, LLC, Optimum Data, Inc., Paragon, Pure Future Technology, Inc., Seastar IT Trading LLC, Server Tech Supply, Softnetworks, Inc., Strada Networks, LLC, Unlimited Network Solutions, ~~and~~ Wisecom Technologies, Tech Network Supply LLC, Team Tech Global LLC, iTech Devices, and Link-US, LLC as follows:

~~a. Dismissing Plaintiffs' Cisco Systems, Inc. and Cisco Technology, Inc. claims with prejudice, together with costs and disbursements;~~

~~b. Awarding Dexon actual damages, subject to proof at trial but in an amount in excess of $75,000.;~~

~~c. For equitable remedial efforts by Counterclaim Defendants sufficient to rehabilitate Dexon's damaged reputation;~~

~~d. Declaring that: i) original purchasers of Cisco products obtained the products and any associated embedded software via a "sale"; ii) there is no valid or enforceable EULA governing the embedded software in Cisco products sold by Dexon on the secondary market; and iii) Dexon's customers' are free to use and transfer such products pursuant to the first sale doctrine codified at 17 U.S.C. §109.~~

~~e. For orders restraining or enjoining Cisco from engaging in similar conduct in the future;~~

~~f. Awarding Dexon its costs and expenses of litigation, including reasonable attorneys' fees;~~

~~g.~~a. An award in Dexon's favor against Third Party Defendants sufficient to compensate Dexon for all economic loss, damages, attorney's fees and costs resulting from the claims herein; and

~~h.~~b. Such other and further relief as this Court deems just and equitable.

Dated: April 6, 2022

*/s/ Amanda R. Washton*
Amanda Washton
*a.washton@conklelaw.com*
**CONKLE, KREMER & ENGEL, PLC**
3130 Wilshire Boulevard, Suite 500
Santa Monica, CA 90403

Michael M. Lafeber
*mlafeber@taftlaw.com*
O. Joseph Balthazor Jr.
*jbalthazor@taftlaw.com*
**TAFT STETTINIUS & HOLLISTER LLP**
2200 IDS Center
80 S. 8th St.
Minneapolis, MN 55402

David H. Reichenberg (*pro hac vice pending*)
*DReichenberg@cozen.com*
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 56th Floor
New York, New York 10006

~~Mark A. Jacobson (*pro hac vice pending*)~~
~~*mjacobson@cozen.com*~~
~~**COZEN O'CONNOR**~~
~~33 South 6th Street, Suite 3800~~
~~Minneapolis, MN 55402~~

Attorneys for Defendant, Counterclaim Plaintiff and Third-Party Plaintiff Dexon Computer, Inc.

0640.002\9947 -8- Case No. 3:20-CV-4926-CRB
DEFENDANT AND THIRD PARTY PLAINTIFF DEXON COMPUTER, INC.'S [PROPOSED] AMENDED THIRD-PARTY CLAIMS

75408452v1

**DEMAND FOR JURY TRIAL**

Dexon Computer, Inc. demands a trial by jury on all issues so triable.

Dated: April 6, 2022

*/s/ Amanda R. Washton*

Amanda R. Washton
*a.washton@conklelaw.com*
**CONKLE, KREMER & ENGEL, PLC**
3130 Wilshire Boulevard, Suite 500
Santa Monica, CA 90403

Michael M. Lafeber
*mlafeber@taftlaw.com*
O. Joseph Balthazor Jr.
*jbalthazor@taftlaw.com*
**TAFT STETTINIUS & HOLLISTER LLP**
2200 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

David H. Reichenberg (*pro hac vice pending*)
*DReichenberg@cozen.com*
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 56th Floor
New York, New York 10006

~~Mark A. Jacobson (*pro hac vice pending*)~~
~~*mjacobson@cozen.com*~~
~~**COZEN O'CONNOR**~~
~~33 South 6th Street, Suite 3800~~
~~Minneapolis, MN 55402~~

Attorneys for Defendant, Counterclaim Plaintiff and Third-Party Plaintiff Dexon Computer, Inc.

0640.002\9947 -9- Case No. 3:20-CV-4926-CRB
DEFENDANT AND THIRD PARTY PLAINTIFF DEXON COMPUTER, INC.'S [PROPOSED] AMENDED THIRD-PARTY CLAIMS

75408452v1