Amanda R. Washton (SB# 227541)
 a.washton@conklelaw.com
**CONKLE, KREMER & ENGEL**
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100
Fax: (310) 998-9109

Michael M. Lafeber (*pro hac vice*)
 mlafeber@taftlaw.com
O. Joseph Balthazor Jr. (*pro hac vice*)
 jbalthazor@taftlaw.com
**TAFT STETTINIUS &
  HOLLISTER LLP**
2200 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Phone: 612.977.8400
Fax: 612.977.8650

David H. Reichenberg (pro hac vice)
 DReichenberg@manatt.com
**MANATT, PHELPS & PHILLIPS, LLP**
7 Times Square
New York, NY 10036
Direct: (212) 790-4626
Office: (212) 790-4500
Fax: (212) 790-4545

Attorneys for Defendant, Counterclaim Plaintiff and Third-Party Plaintiff Dexon Computer, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>  Defendant.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>  Counterclaim Plaintiff and Defendant,<br>  v. | Case No. 3:20-CV-4926-CRB<br><br>**DEFENDANT AND THIRD PARTY PLAINTIFF DEXON COMPUTER, INC.'S AMENDED THIRD-PARTY CLAIMS**<br><br>Hon. Charles R. Breyer<br>Presiding Judge<br><br>Trial Date:          None |

| | |
|---|---|
| 1 | CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation, |
| 2 | |
| 3 | Counterclaim Defendants and Plaintiffs. |
| 4 | |
| 5 | DEXON COMPUTER, INC., a Minnesota corporation, |
| 6 | |
| 7 | Third-Party Plaintiff, |
| 8 | v. |
| 9 | ATLANTIX GLOBAL SYSTEMS INTERNATIONAL, LLC, BIZCOM ELECTRONICS, INC., DIGI DEVICES ONLINE, ENTERPRISE BUSINESS TECHNOLOGIES, INC., FIBER CABLE CONNECTIONS, MJSI, MULTIMODE TECHNOLOGIES, LLC, NETWORK REPUBLIC, OPTIMUM DATA, INC., PARAGON, PURE FUTURE TECHNOLOGY, INC., SEASTAR IT TRADING LLC, SERVER TECH SUPPLY, SOFTNETWORKS, INC., STRADA NETWORKS, LLC, STRATEGIC TELECOM SUPPLY & SOLUTIONS, TEKSAVERS, UNLIMITED NETWORK SOLUTIONS, and WISECOM TECHNOLOGIES, <u>TECH NETWORK SUPPLY LLC, TEAM TECH GLOBAL LLC, ITECH DEVICES, and LINK-US, LLC</u>, |
| 18 | Third-Party Defendants, |

**THIRD PARTY CLAIMS**

1. Defendant and Third Party Plaintiff Dexon Computer, Inc. asserts the following claims against Third Party Defendants Bizcom Electronics, Inc., Digi Devices Online, Enterprise Business Technologies, Inc., Fiber Cable Connections, MJSI, Multimode Technologies, LLC, Optimum Data, Inc., Paragon, Pure Future Technology, Inc., Seastar IT Trading LLC, Server Tech Supply, Softnetworks, Inc., Strada Networks, LLC, Unlimited Network Solutions, Wisecom Technologies, Tech Network Supply LLC, Team Tech Global LLC, iTech Devices, and Link-US, LLC, and alleges as follows:

**THE PARTIES**

2. Third Party Plaintiff Dexon Computer, Inc. ("Dexon") is a Minnesota corporation with its principal place of business at 9201 E. Bloomington Freeway, Suite BB, Bloomington, Minnesota 55420.

3. On information and belief, Third Party Defendant Bizcom Electronics, Inc., is a California corporation with its principal place of business in California.

4. On information and belief, Third Party Defendant Digi Devices Online is a foreign corporation with its principal U.S. place of business in Texas.

5. On information and belief, Third Party Defendant Enterprise Business Technologies, Inc. is a New York corporation with its principal place of business in New York.

6. On information and belief, Third Party Defendant Fiber Cable Connections is a Washington corporation with its principal place of business in Washington.

7. On information and belief, Third Party Defendant MJSI is a California corporation with its principal place of business in California.

8. On information and belief, Third Party Defendant Multimode Technologies, LLC is a Minnesota limited liability company with its principal place of business in Minnesota.

9. On information and belief, Third Party Defendant Optimum Data, Inc. is a Nebraska corporation with its principal place of business in Nebraska.

10. On information and belief, Third Party Defendant Paragon is a Massachusetts corporation with its principal place of business in Massachusetts.

11. On information and belief, Third Party Defendant Pure Future Technology, Inc. is a California corporation with its principal place of business in California.

12. On information and belief, Third Party Defendant Seastar IT Trading LLC is a Washington limited liability company with its principal place of business in Washington.

13. On information and belief, Third Party Defendant Server Tech Supply is a Virginia corporation with its principal place of business in Pennsylvania.

14. On information and belief, Third Party Defendant Softnetworks, Inc. is a New Jersey limited liability company with its principal place of business in New Jersey.

15. On information and belief, Third Party Defendant Strada Networks, LLC is a foreign limited liability company with its principal place of business in British Columbia, Canada.

16. On information and belief, Third Party Defendant Teksavers is a Texas corporation with its principal place of business in Texas

17. On information and belief, Third Party Defendant Unlimited Network Solutions is a corporation with its principal place of business in California.

18. On information and belief, Wisecom Technologies is a corporation with its principal place of business in Maryland.

19. On information and belief Tech Network Supply LLC is an Iowa limited liability company with its principal place of business at 606 8th Street, Ames, Iowa 50010.

20. On information and belief Team Tech Global LLC is a New Jersey limited liability company with its principal place of business at 1701 NW 93rd Avenue, Suite 203, Doral, Florida 33172.

21. On information and belief iTech Devices, Inc. is a California corporation with its principal place of business at 45333 Fremont Blvd # 5, Fremont, California 94538.

22. On information and belief Link-US, LLC is a North Carolina limited liability company with its principal place of business at 280 Premier Drive, Suite 111, Holly Springs, North Carolina 27540.

### Supply of Alleged Counterfeit and Infringing Product

23. The Third Party Defendants are all reputable dealers and merchants with respect to Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc.'s ("Cisco") products alleged by Cisco in the above captioned matter to be counterfeit and thereby infringing ("allegedly infringing Cisco product").

24. Dexon obtained such allegedly infringing Cisco product from the Third Party Defendants. While Dexon denies Cisco's allegations and believes the subject products to be genuine, Dexon relied in good faith on the Third Party Defendants in procuring or obtaining such products.

25. Without limitation, the Third Party Defendants warranted that such products sold to Dexon would be "delivered free of the rightful claim of any third person by way of infringement or the like." *See* U.C.C. §2-312(3).

26. Dexon timely tendered Cisco's claims against it herein to the Third Party Defendants and the Third Party Defendants have either failed to respond or denied any duty to defend or indemnify Dexon herein.

**FIRST THIRD PARTY CLAIM**
**(Indemnification - All Third Party Defendants)**

27. Dexon repeats and realleges each of the allegations set forth in the preceding paragraphs as if fully set forth herein.

28. Dexon was named in this litigation as a direct result of product procured from and/or supplied by the Third Party Defendants.

29. Third Party Defendants should be ordered to indemnify Dexon whether based on express agreement, implied agreement or common law.

**SECOND THIRD PARTY CLAIM**
**(Contribution - All Third Party Defendants)**

30. Dexon repeats and realleges each of the allegations set forth in the preceding paragraphs as if fully set forth herein.

31. Dexon was named in this litigation as a direct result of product procured from and supplied by the Third Party Defendants.

32. Dexon is entitled to contribution from Third Party Defendants, whether based on express agreement, implied agreement or common law, to pay or defray any judgment entered against Dexon herein.

**PRAYER FOR RELIEF**

**WHEREFORE**, Defendant, Counterclaim Plaintiff and Third Party Plaintiff Dexon Computer, Inc. prays for judgment and relief against Plaintiffs and Counterclaim Defendants Cisco Systems, Inc. and Cisco Technology, Inc. ("Cisco") and Third Party Defendants Bizcom Electronics, Inc., Digi Devices Online, Enterprise Business Technologies, Inc., Fiber Cable Connections, MJSI, Multimode Technologies, LLC, Optimum Data, Inc., Paragon, Pure Future Technology, Inc., Seastar IT Trading LLC, Server Tech Supply, Softnetworks, Inc., Strada Networks, LLC, Unlimited Network Solutions, Wisecom Technologies, Tech Network Supply LLC, Team Tech Global LLC, iTech Devices, and Link-US, LLC as follows:

a. An award in Dexon's favor against Third Party Defendants sufficient to compensate Dexon for all economic loss, damages, attorney's fees and costs resulting from the claims herein; and

b. Such other and further relief as this Court deems just and equitable.

Dated: December 8, 2022

/s/ Amanda R. Washton
Amanda Washton
  a.washton@conklelaw.com
**CONKLE, KREMER & ENGEL, PLC**
3130 Wilshire Boulevard, Suite 500
Santa Monica, CA 90403

Michael M. Lafeber *(pro hac vice)*
  mlafeber@taftlaw.com
O. Joseph Balthazor Jr. *(pro hac vice)*
  jbalthazor@taftlaw.com
**TAFT STETTINIUS & HOLLISTER LLP**
2200 IDS Center
80 S. 8th St.
Minneapolis, MN 55402

David H. Reichenberg (*pro hac vice*)
  DReichenberg@cozen.com
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 56th Floor
New York, New York 10006

Attorneys for Defendant, Counterclaim Plaintiff and Third-Party Plaintiff Dexon Computer, Inc.

## DEMAND FOR JURY TRIAL

Dexon Computer, Inc. demands a trial by jury on all issues so triable.

Dated: December 8, 2022

/s/ *Amanda R. Washton*
Amanda Washton
  a.washton@conklelaw.com
**CONKLE, KREMER & ENGEL, PLC**
3130 Wilshire Boulevard, Suite 500
Santa Monica, CA 90403

Michael M. Lafeber *(pro hac vice)*
  mlafeber@taftlaw.com
O. Joseph Balthazor Jr. *(pro hac vice)*
  jbalthazor@taftlaw.com
**TAFT STETTINIUS & HOLLISTER LLP**
2200 IDS Center
80 S. 8th St.
Minneapolis, MN 55402

David H. Reichenberg (*pro hac vice*)
  DReichenberg@cozen.com
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 56th Floor
New York, New York 10006

Attorneys for Defendant, Counterclaim Plaintiff and Third-Party Plaintiff Dexon Computer, Inc.