AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
для the
Northern District of California

| | |
|---|---|
| Cisco Systems, Inc., a Delaware corporation, et al.<br>*Plaintiff*<br>v.<br>Dexon Computer, Inc., a Minnesota corporation<br>*Defendant, Third-party plaintiff*<br>v.<br>Atlantix Global Systems International, LLC, et al.<br>*Third-party defendant* | Civil Action No. 3:20-CV-4926-CRB |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*

A lawsuit has been filed against defendant  Dexon Computer, Inc.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Cisco Systems, Inc., et al.  .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Amanda R. Washton (SB# 227542)    (310) 998-9100
Conkle, Kremer & Engel, PLC
3130 Wilshire Blvd., Suite 500
Santa Monica, CA 90403-2351

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Louis P. Feuchtbaum (SB# 219826)    (415) 392-1960
Sideman & Bancroft LLP
One Embarcadero Center, 22nd Floor, San Francisco, CA 94111-3711

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:  12/9/22

CLERK OF COURT

*Felicia Brown*
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 3:20-CV-4926-CRB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*

                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT TO SUMMONS ON A THIRD-PARTY COMPLAINT**
Civil Action No. 3:20-CV-4926-CRB

**THIRD-PARTY DEFENDANTS**

Atlantix Global Systems International, LLC
ATTN: Jay T. Staples
1 Sun Court
Norcross, GA 30092-2851

Bizcom Electronics, Inc.
ATTN: Bryan Bloomfield
17925 Sky Park Circle, Ste H&J
Irvine, CA 92614

Digi Devices Online
17622 Rose Summit Ln
Richmond, TX 77407

Enterprise Business Technologies, Inc.
ATTN: Paul Miller
209 Everclay
Rochester, NY 14616

Fiber Cable Connections
ATTN: Ty Stanger
16212 Bothell Everett Hwy., Ste. F 300
Mill Creek, WA 98012

MJSI
ATTN: Han Jen
17050 Evergreen Place
City of Industry, CA 91745

Multimode Technologies, LLC
ATTN: Steven Sobieck
713 Minnehaha Ave. E., Ste. 315
St. Paul, MN 55106

Network Republic
ATTN: Philip Stoelman
2035 Farrington St.
Dallas, TX 75207

Optimum Data Inc.
ATTN: Joseph Turco
5066 South 111th Street
Omaha, NE 68137

Paragon
C/O Paul Gentili
58 Mendon Street
Bellingham, MA 02019

Pure Future Technology, Inc.
ATTN: Masood Minhas
333 W. Latimer Avenue
Campbell, CA 95008

Seastar IT Trading LLC
ATTN: Jian Chen
440 Maple Ave. SW, Suite A301
Renton, WA 98057

Server Tech Supply
C/O United States Corporation Agents, Inc.
1729 West Tilghman Street Rear
Allentown, PA 18109

Softnetworks, Inc.
ATTN: Jason Jiang
20 Troy Road, Suite 4
Whippany, NJ 07981

Strada Networks, LLC
915 W. Imperial Hwy., Suite 150
Brea, CA 92821

**ATTACHMENT TO SUMMONS ON A THIRD-PARTY COMPLAINT**

Strategic Telecom Supply & Solutions
C/O Registered Agent Michael C. Hall
P.O. Box 35655
Richmond, VA 23235

Teksavers
ATTN: Juan Staalenburg
246 Investment Loop
Hutto, TX 78634

Unlimited Network Solutions
ATTN: Andy Vu
16760 Meridian Lane
Fontana, CA 92336

Wisecom Technologies
ATN: Zohaib Nasir
4500 Forbes Blvd. #200-W14
Lanham, MD 20706

**Newly Named Third-Party Defendants**:

Tech Network Supply LLC
606 8th Street
Ames, Iowa 50010

Team Tech Global LLC
1701 NW 93rd Avenue, Suite 203
Doral, Florida 33172

iTech Devices, Inc.
45333 Fremont Blvd., #5
Fremont, California 94538

Link-US, LLC
280 Premier Drive, Suite 111
Holly Springs, North Carolina 27540

**ATTACHMENT TO SUMMONS ON A THIRD-PARTY COMPLAINT**