JUSTIN OWENS, State Bar No. 254733
 jowens@stradlinglaw.com
AHMAD TAKOUCHE, State Bar No. 322911
 atakouche@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for Specially Appearing Third-Party Defendant
LINK-US, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>    Defendant. | Case No. 3:20-cv-04926-CRB<br>Assigned to Judge Charles R. Breyer<br><br>**JOINT STIPULATION TO EXTEND TIME FOR SPECIALLY APPEARING THIRD-PARTY DEFENDANT LINK-US, LLC TO ANSWER OR RESPOND TO DEXON COMPUTER, INC.'S THIRD-PARTY COMPLAINT PURSUANT TO CIVIL L.R. 6-1(a)** |
| DEXON COMPUTER, INC., a Minnesota corporation,<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation,<br><br>    Counterclaim Defendants. | |
| DEXON COMPUTER, INC., a Minnesota corporation,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>ATLANTIX GLOBAL SYSTEMS INTERNATIONAL, LLC, et al.,<br><br>    Third-Party Defendants. | |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 6-1(a) of the Northern District of California Civil Local Rules, Defendant, and Third-Party Plaintiff DEXON COMPUTER, INC., specially-appearing Third-Party Defendant LINK-US, LLC ("Link"), and Plaintiffs and CISCO SYSTEMS, INC. and CISCO TECHNOLOGY, INC. ("Cisco"), by and through their respective counsel, hereby stipulate as follows:

1. WHEREAS, on July 22, 2020, Cisco filed its original Complaint in the above-captioned case against Dexon.

2. WHEREAS, on December 8, 2022, Dexon filed an Amended Third Party Complaint naming Link as a third-party defendant;

3. WHEREAS, Link was served with the Amended Third Party Complaint on December 16, 2022;

4. WHEREAS, the current deadline for Link to respond to the Amended Third Party Complaint would be January 6, 2023;

5. WHEREAS, without waiving any rights it may have to challenge the Amended Third Party Complaint, including for lack of personal jurisdiction and/or improper venue, Link by and through its counsel has requested a 35-day extension of time to respond to the Amended Third Party Complaint, which Dexon and Cisco have consented to.

6. WHEREAS, the 35-day extension of time to respond to the Amended Third Party Complaint will not alter the date of any event or any deadline already fixed by the Court.

NOW, THEREFORE, Dexon, Link, and Cisco stipulate as follows:

Pursuant to Civil Local Rule 6-1(a), the deadline for Link to answer, move, or otherwise respond to the Amended Third Party Complaint is extended to and including February 10, 2023.

**IT IS SO STIPULATED.**

Dated:  December 21, 2022                    CONKLE, KREMER & ENGEL, PLC

                                             By:  /s/ Amanda R. Washton
                                                  Amanda R. Washton
                                             Attorneys for Defendant, Counterclaim Plaintiff and
                                             Third-Party Plaintiff DEXON COMPUTER, INC.

1
2  Dated: December 22, 2022      STRADLING YOCCA CARLSON & RAUTH, P.C.
3
4                                By:   /s/ Justin Owens
                                       Justin Owens
5                                Attorneys for Specially-Appearing Third-Party
                                 Defendant LINK-US, LLC
6
7  Dated: December 22, 2022      SIDEMAN & BANCROFT LLP
8
9                                By:   /s/ Richard J. Nelson
                                       Richard J. Nelson
10                               Attorneys for Plaintiffs and Counterclaim Defendants
                                 CISCO SYSTEMS, INC. and CISCO
11                               TECHNOLOGY, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-

JOINT STIPULATION TO EXTEND TIME TO ANSWER OR RESPOND TO THIRD-PARTY COMPLAINT
4868-0146-4901v2/105687-0002                                  Case No. 3:20-cv-04926-CRB

**ATTESTATION**

In accordance with Civ. L.R. 5.1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: December 22, 2022     STRADLING YOCCA CARLSON & RAUTH, P.C.

By:  /s/ Justin Owens
     Justin Owens
Attorneys for Specially Appearing Third-Party Defendant LINK-US, LLC

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-4-

JOINT STIPULATION TO EXTEND TIME TO ANSWER OR RESPOND TO THIRD-PARTY COMPLAINT
4868-0146-4901v2/105687-0002                                Case No. 3:20-cv-04926-CRB