DEBORAH H. PETITO, SBN 118147
   Deborah.Petito@OffitKurman.com
TONY PEZZANO (to be admitted pro hac vice)
   Tony.Pezzano@OffitKurman.com
MO SYED (to be admitted pro hac vice)
   Mo.Syed@OffitKurman.com
TOM KRAMER (to be admitted pro hac vice)
   Tom.Kramer@OffitKurman.com
**OFFIT KURMAN, P.C.**
445 South Figueroa Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 629-5700
Facsimile: (213) 624-9441

Attorneys for Third-Party Defendant Wisecom Technologies

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>        Counterclaim Plaintiff and Defendant, | CASE NO. 3:20-CV-4926-CRB<br><br>**JOINT STIPULATION TO EXTEND TIME FOR SPECIALLY APPEARING THIRD-PARTY DEFENDANT WISECOM TECHNOLOGIES TO RESPOND TO THIRD PARTY COMPLAINT**<br><br>Assigned for All Purposes to:<br>Hon. Charles R. Breyer, Presiding Judge<br><br>Trial Date:      None |
| DEXON COMPUTER, INC., a Minnesota corporation,<br><br>        Counterclaim Plaintiff and Defendant,<br><br>v.<br><br>CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California Corporation,<br><br>        Counterclaim Defendants and Plaintiffs. | |

**JOINT STIPULATION EXTENDING THIRD PARTY DEFENDANT WISECOM TECHNOLOGIES' DATE TO RESPOND TO THIRD PARTY COMPLAINT**

| | |
|---|---|
| 1 | DEXON COMPUTER, INC., a Minnesota corporation, |
| 2 | |
| 3 | Third-Party Plaintiff, |
| 4 | v. |
| 5 | ATLANTIX GLOBAL SYSTEMS INTERNATIONAL, LLC, BIZCOM ELECTRONICS, INC., DIGI DEVICES ONLINE, ENTERPRISE BUSINESS TECHNOLOGIES, INC., FIBER CABLE CONNECTIONS, MJSI, MULTIMODE TECHNOLOGIES, LLC, NETWORK REPUBLIC, OPTIMUM DATA, INCL, PARAGON, PURE FUTURE TECHNOLOGY, INC., SEASTAR IT TRADING LLC, SERVER TECH SUPPLY, SOFTNETWORKS, INC., STRADA NETWORKS, LLC, STRATEGIC TELECOM SUPPLY & SOLUTIONS, TEKSAVERS, UNLIMITED NETWORK SOLUTIONS, and WISECOM TECHNOLOGIES, TECH NETWORK SUPPLY LLC, TEAM TECH GLOBAL LLC, ITECH DEVICES, and LINK-US, LLC, |
| 15 | Third-Party Defendants. |

## JOINT STIPULATION

WHEREAS, Third Party Defendant Wisecom Technologies was served with the Third Party Complaint on December 16, 2022;

WHEREAS, Offit Kurman was recently retained to represent Wisecom Technologies and recently affiliated with Clark & Trevithick in Los Angeles and now has a Los Angeles office;

WHEREAS, the attorneys representing Wisecom Technologies with Offit Kurman are not admitted to practice in California and will need to be admitted pro hac vice and will have Deborah Petito of the Los Angeles office of Offit Kurman act as local counsel;

WHEREAS, the current responsive pleading is due on January 6, 2023, and due to the recent retention and the holidays, counsel for Wisecom Technologies needs an additional thirty (30) days to answer and/or respond to the Third Party Complaint;

WHEREAS, on Wednesday, December 21, 2022, Deborah Petito contacted Amanda R. Washton, counsel for Defendant Dexon Computer, Inc. and requested a thirty-day extension to respond to the Third Party Complaint on behalf of Wisecom Technologies;

WHEREAS, counsel for Defendant Dexon Computer, Inc. agreed to extend the deadline of Wisecom Technologies, Inc. to respond to the Third Party Complaint by thirty days from January 6, 2023 to and including February 6, 2023;

NOW THEREFORE, Defendant Dexon Computer, Inc. and Third-Party Defendant Wisecom Technologies, by and through their respective counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that the deadline for Third Party Defendant Wisecom Technologies to respond to the Third-Party Complaint is Monday, February 6, 2023.

**OFFIT KURMAN, P.C.**

DATED: December 29, 2022      By:  */s/ Deborah H. Petito*
                                   Deborah H. Petito
                                   Attorneys for Defendant, Wisecom Technologies

**CONKLE, KERMER & ENGEL**

DATED: December 29, 2022      By:  */s/ Amanda R. Washton*
                                   Amanda R. Washton
                                   Attorneys for Defendant, Counterclaim Plaintiff
                                   and Third-Party Plaintiff Dexon Computer, Inc.

**ATTESTATION**

In accordance with Civ. L.R. 5.1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other Signatory, which shall serve in lieu of their signature on the document.

DATED: December 29, 2022                    **OFFIT KURMAN, P.C.**

By:   */s/ Deborah H. Petito*
       Deborah H. Petito
       Attorneys for Defendant, Wisecom Technologies