Karen I. Boyd (SBN #189808)
boyd@turnerboyd.com
**TURNER BOYD LLP**
702 Marshall Street, Suite 640
Redwood City, California 94063
Telephone: (650) 521-5930

Craig R. Smith (to be admitted *pro hac vice*)
**LANDO & ANASTASI LLP**
60 State Street – 23rd Floor
Boston, Massachusetts 02109
Telephone: (617) 395-7000

*Attorneys for Third-Party Defendant Teksavers*

Amanda R. Washton (SB#227541)
a.washton@conklelaw.com
**CONKLE, KREMER & ENGEL**
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Telephone: (310) 998-9100

Michael M. Lafeber (*pro hac vice*)
mlafeber@taftlaw.com
**TAFT STETTINIUS & HOLLISTER LLP**
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 977-8400

David H. Reichenberg (*pro hac vice*)
DReichenberg@manatt.com
**MANATT, PHELPS & PHILLIPS, LLP**
7 Times Square
New York, New York 10036
Telephone: (212) 790-4500

*Attorneys for Third-Party Plaintiff Dexon Computer, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>    Plaintiffs,<br>v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation<br><br>    Defendant.<br><br>DEXON COMPUTER, INC., a Minnesota corporation<br><br>    Counterclaim Plaintiff and Defendant, | Case No. 3:20-cv-04926 CRB<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO THIRD-PARTY COMPLAINT** |

v.

CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation,

  Counterclaim Defendants and Plaintiffs.

---

DEXON COMPUTER, INC., a Minnesota corporation,

  Third-Party Plaintiff,

v.

BIZCOM ELECTRONICS, INC., DIGI DEVICES ONLINE, ENTERPRISE BUSINESS TECHNOLOGIES, INC., FIBER CABLE CONNECTIONS, MJSI, MULTIMODE TECHNOLOGIES, LLC, NETWORK REPUBLIC, OPTIMUM DATA, INC., PARAGON, PURE FUTURE TECHNOLOGY, INC., SEASTAR IT TRADING LLC, SERVER TECH SUPPLY, SOFTNETWORKS, INC., STRADA NETWORKS, LLC, STRATEGIC TELECOM SUPPLY & SOLUTIONS, TEKSAVERS, UNLIMITED NETWORK SOLUTIONS, WISECOM TECHNOLOGIES, TECH NETWORK SUPPLY LLC, TEAM TECH GLOBAL LLC, ITECH DEVICES, and LINK-US, LLC

  Third-Party Defendants.

## **STIPULATION**

Third-Party Plaintiff Dexon Computer, Inc. ("Dexon") and Third-Party Defendant Teksavers hereby stipulate under Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 6-1(a) to extend the time for Teksavers to file it responsive pleading concerning Dexon's Amended Third-Party Complaint (Dkt. No. 150). Teksavers and Dexon agree this request is reasonable and stipulate

to an order as follows:

1. WHEREAS, on December 8, 2022, Dexon filed an Amended Third-Party Complaint (Dkt. No. 150) against Teksavers, among others;

2. WHEREAS, Dexon served Teksavers with the Amended Third-Party Complaint on December 16, 2022;

3. WHEREAS, under Federal Rule of Civil Procedure 12(a)(1)(A)(i), the time for Teksavers to respond to the Amended Third-Party Complaint would be January 6, 2022;

4. WHEREAS, under Civil Local Rule 6-1(a), "[p]arties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint . . . provided the change will not alter the date of any event or any deadline already fixed by Court order";

5. WHEREAS, the 30-day extension of time to respond to the Amended Third-Party Complaint will not alter the date of any event or any deadline already fixed by the Court; and

6. WHEREAS, without waiving any rights it may have to challenge the Amended Third Party Complaint, Teksavers by and through its counsel has requested a 30-day extension of time to respond to the Amended Third-Party Complaint, to which Dexon has consented.

THEREFORE, Teksavers and Dexon hereby stipulate and agree that Teksaver's deadline to file a responsive pleading to the Third-Party Claim is extended until February 6, 2023.

**IT IS SO STIPULATED.**

Dated: January 5, 2023          By:   */s/ Karen I. Boyd*
                                      Karen I. Boyd (SBN #189808)
                                      boyd@turnerboyd.com
                                      **TURNER BOYD LLP**
                                      702 Marshall Street, Suite 640
                                      Redwood City, CA 94063
                                      Tel: (650) 521-5930
                                      Fax: (650) 521-5931

|   |   |
|---|---|
| | Craig R. Smith (*pro hac vice* to be filed)<br>csmith@lalaw.com<br>**LANDO & ANASTASI, LLP**<br>60 State Street, 23rd Floor<br>Boston, MA 02109<br>Tel: (617) 395-7000<br>Fax: (617) 395-7070<br><br>*Attorneys for Third-Party Defendant Teksavers* |
| Dated: January 5, 2023 | By:   /s/ Michael M. Lafeber<br>Michael M. Lafeber (*pro hac vice*)<br>mlafeber@taftlaw.com<br>**TAFT STETTINIUS & HOLLISTER LLP**<br>2200 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Telephone: (612) 977-8400<br><br>Amanda R. Washton (SB#227541)<br>a.washton@conklelaw.com<br>**CONKLE, KREMER & ENGEL**<br>Professional Law Corporation<br>3130 Wilshire Boulevard, Suite 500<br>Santa Monica, California 90403-2351<br>Telephone: (310) 998-9100<br><br>David H. Reichenberg (*pro hac vice*)<br>DReichenberg@manatt.com<br>**MANATT, PHELPS & PHILLIPS, LLP**<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 790-4500<br><br>*Attorneys for Third-Party Plaintiff Dexon Computer, Inc.* |

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that all signatories to this document concur in its filing.

　　　　　　　　　　　　　　　　　　　　　　　　   /s/ Karen I. Boyd
　　　　　　　　　　　　　　　　　　　　　　　　Karen I. Boyd