Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

*Attorneys for Third-Party Defendant Paragon*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation; and CISCO TECHNOLOGY, INC., a California corporation,<br><br>          Plaintiffs,<br><br>    v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>          Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No. 3:20-cv-4926 CRB<br><br>**NOTICE OF APPEARANCE OF ZACHARY T. TIMM ON BEHALF OF THIRD-PARTY DEFENDANT PARAGON** |

CASE No. 3:20-cv-04926-CRB

**NOTICE OF APPEARANCE OF COUNSEL**

**TO THE CLERK OF THIS COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Zachary T. Timm of K&L Gates hereby enters an appearance as counsel for Third-Party Defendant Paragon in the above-referenced matter. Mr. Timm is admitted to practice in this Court, and in the state of California. Mr. Timm's contact information is as follows:

> Zachary T. Timm (SBN 316564)
> K&L Gates LLP
> 10100 Santa Monica Blvd., 8th Floor
> Los Angeles, California 90067
> Telephone: (310) 552-5554
> Fax: (310) 552-5001
> Email: zach.timm@klgates.com

Please include Mr. Timm on all future mailings and notices with respect to this case.

|  |  |
|---|---|
|  | K&L GATES LLP |
| Dated: January 6, 2023 | By: /s/ Zachary T. Timm |
|  | Christina N. Goodrich |
|  | Zachary T. Timm |
|  | *Attorneys for Third-Party Defendant Paragon* |

1

CASE No. 3:20-cv-04926-CRB

NOTICE OF APPEARANCE OF COUNSEL