RICHARD J. NELSON (SBN 141658)
E-Mail:          rnelson@sideman.com
LOUIS P. FEUCHTBAUM (SBN 219826)
E-Mail:          lfeuchtbaum@sideman.com
ZACHARY J. ALINDER (SBN 209009)
E-Mail:          zalinder@sideman.com
LYNDSEY C. HEATON (SBN 262883)
E-Mail:          lheaton@sideman.com
ALEXANDER J. BUKAC (SBN 305491)
E-Mail:          abukac@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:     (415) 392-1960
Facsimile:      (415) 392-0827

Attorneys for Plaintiffs
CISCO SYSTEMS, INC. and
CISCO TECHNOLOGY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No. 3:20-cv-04926 CRB<br><br>**DECLARATION OF F. CHARLES WILLIAMS IN SUPPORT OF PLAINTIFFS CISCO SYSTEMS, INC.'S AND CISCO TECHNOLOGY, INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:         May 26, 2023<br>Time:        10:00 a.m.<br>Judge:       Hon. Charles R. Breyer<br>Location:   Courtroom 6, 17th Floor<br>                   450 Golden Gate Ave.<br>                   San Francisco, CA |

I, F. Charles Williams, declare as follows:

1. I am a Director with the Brand Protection group at Cisco Systems, Inc. I have been employed by Cisco since 1999, and with the Brand Protection group since 2004. My job responsibilities include managing Cisco's brand protection team in the Americas, including managing counterfeit investigations. This declaration is based on my personal knowledge and/or

1. information contained in the normal business records of Cisco Systems, Inc. and Cisco Technology, Inc. (together, "Cisco") to which I have access as part of my duties as Brand Protection Director.  If I were to be called as a witness in this matter, I could and would testify competently to the matters discussed herein.

2. Cisco was founded in 1984 and is the worldwide leader in networking equipment for information systems.

3. Since its founding, Cisco has used trademarks continuously and exclusively in connection with networking hardware and has invested heavily in the CISCO brand, which includes the CISCO word mark and the CISCO logo shown below (together, the "CISCO Marks").

![CISCO logo]

4. Cisco owns the following trademark registrations for its word and design marks in relation to networking hardware:

| Mark | Registration No. | Registration Date | Renewal Date |
|---|---|---|---|
| CISCO | 1,542,339 | June 6, 1989 | July 6, 2019 |
| CISCO | 2,498,746 | October 16, 2001 | September 7, 2022 |
| CISCO | 3,709,076 | November 10, 2009 | December 27, 2019 |
| CISCO (logo) | 3,759,451 | March 9, 2010 | July 25, 2020 |
| CISCO | 3,978,294 | June 14, 2011 | October 27, 2021 |
| (design) | 3,763,903 | March 23, 2010 | June 5, 2020 |

5. Attached as **Exhibit A** are true and correct copies of registration certificates for the CISCO Marks.

6. Cisco has spent millions of dollars marketing networking hardware products in connection with the CISCO Marks.

7. Due to Cisco's longtime use of and investment into the CISCO Marks and the quality of Cisco's products, the CISCO brand has built up a tremendous amount of consumer goodwill.

8. Like many manufacturers of technical equipment, Cisco sells optional enhanced service contracts, known as "SMARTNet" contracts, in addition to its hardware and software products.

9. Cisco limits the products that can be put under a SMARTNet contract to (1) Cisco products that are sold through authorized distribution, or (2) Cisco products obtained from a non-Cisco source that are inspected by Cisco to ensure they are genuine.  If a customer purchases a "Cisco" product from a secondary market reseller and has the products inspected by Cisco (and pays a fee for the software license, if required), the products qualify for SMARTNet entitlement. On the other hand, if a customer purchases a Cisco product outside of authorized distribution and obtains SMARTNet coverage without inspection of the product, the SMARTNet contract for that product would be subject to termination according to SMARTNet's terms.  This requirement ensures that only genuine Cisco products are placed under SMARTNet coverage. Further, Cisco SMARTNet can only be purchased from Cisco authorized resellers and not by secondary market brokers.  Thus, those brokers, must work through rogue Cisco Partners in order to purchase SMARTNet for its customers.  As a result Cisco has no way of knowing when an unauthorized reseller or broker is behind a SMARTNet sale, unless a customer discloses it.

10. Dexon is not a Cisco authorized reseller, and, therefore, is not authorized to resell Cisco products or services or to use the CISCO Marks in connection with the sale of Cisco products.

11. When Cisco engineers identify a product as "counterfeit," it is based on a determination that the product was not manufactured by Cisco.  Many counterfeits are "pure counterfeit," in that their attributes (such as MAC address, motherboard serial number, power supply serial number, or other component attributes) do not match Cisco's manufacturing records.

"Pure counterfeits" were not manufactured by Cisco, and may have been put together as a complete counterfeit in a counterfeit manufacturing operation. Another variety of counterfeits are what is described as "counterfeit upgrades," which are products that were initially manufactured by Cisco but then were changed by the counterfeiter, usually by adding pirated software or additional components, or changing the product's serial number and labels, and then sold to the customer as a new, genuine enhanced Cisco product, when in reality it was modified into something that Cisco did not manufacture. If a product was manufactured by Cisco but was sold outside Cisco's authorized sales channel without any changes, Cisco engineers state their determination that the product is genuine.

12. Counterfeit "Cisco"-branded products which fail or degrade create the false impression that Cisco products are unreliable, especially when such counterfeit products are used in critical applications by hospitals, the military, and other organizations with sensitive infrastructure, thereby improperly and irreparably tarnishing Cisco's reputation. As a result, Cisco suffers substantial and irreparable harm to its brand, image, business, and goodwill with the public.

13. Cisco has confirmed, through extensive analysis of various products obtained from Dexon's customers, that many of the products that Dexon sold and claimed were genuine Cisco products were actually counterfeit "Cisco"-branded products. Examples of sales by Dexon of counterfeit Cisco products are set forth in the First Amended Complaint, ¶¶ 26-63 (Doc. 32).

14. The counterfeit "Cisco"-branded products that Dexon distributes, offers for sale, and sells: (1) are confusingly similar to Cisco's own authentic products; (2) bear counterfeit and confusingly similar imitations of the CISCO Marks; (3) are not manufactured by Cisco or any party associated, affiliated, or connected with Cisco or licensed, authorized, sponsored, endorsed, or approved by Cisco in any way; or (4) often consist of products that have been manipulated or altered, including by modifying software to bypass compliance and authentication tests. Cisco's analyses of the products identified "pure counterfeits" as well as counterfeits that were altered by the counterfeiter from how Cisco manufactured the product.

15. In many cases of products that were sold by Dexon and which Cisco engineers

determined were counterfeit, the label on the product packaging listed a number for an anti-counterfeit label that did not correspond with the product ID or serial number in Cisco's manufacturing databases, but instead was invalid.  In other cases, a product's unique Media Access Control (MAC) address, or mother board serial number that is installed in the product, which should have been linked with the corresponding MAC address and serial number in Cisco's databases, instead linked to other products or were entirely invalid.

16.     Dexon's sale of counterfeit products deceives consumers into believing that they are receiving genuine Cisco products when, in fact, they receive counterfeit products which have not been subject to the rigorous quality control that genuine Cisco products undergo.

I declare under penalty of perjury that the foregoing is true and correct.  Executed April 18, 2023 at Raleigh, North Carolina.

　　　　　　　　　　　　　　　　　　　　　　　 /s/ *F. Charles Williams*
　　　　　　　　　　　　　　　　　　　　　　　　　F. Charles Williams

Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest under penalty of perjury that I have obtained consent to file this document and apply the electronic signature from the signatory above.

DATED:  April 18, 2023　　　　　　　By:　　 /s/ *Richard J. Nelson*

# Exhibit A

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**  Reg. No. 1,542,339
Registered June 6, 1989

## TRADEMARK
PRINCIPAL REGISTER

### CISCO

CISCO SYSTEMS, INC. (CALIFORNIA CORPORATION)
1360 WILLOW ROAD
MENLO PARK, CA 94025

FOR: COMPUTER HARDWARE FOR INTERCONNECTING LOCAL AREA NETWORKS, NAMELY GATEWAYS AND PARTS THEREFOR, IN CLASS 9 (U.S. CL. 26).

FIRST USE 12-27-1984; IN COMMERCE 12-27-1984.

SER. NO. 734,349, FILED 6-13-1988.

ESTHER A. BORSUK, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,498,746
Registered Oct. 16, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## CISCO

CISCO TECHNOLOGY, INC. (CALIFORNIA CORPORATION)
170 WEST TASMAN DRIVE
SAN JOSE, CA 95134

FOR: COMPUTER HARDWARE AND SOFTWARE FOR DISTRIBUTION, MANIPULATION AND RETRIEVAL OF VIDEO, DATA AND SOUND OVER COMPUTER NETWORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-27-1984; IN COMMERCE 12-27-1984.

OWNER OF U.S. REG. NOS. 1,999,660, 2,232,700, AND OTHERS.

SN 75-658,574, FILED 3-11-1999.

FLORENTINA BLANDU, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# CISCO

**Reg. No. 3,709,076** CISCO TECHNOLOGY, INC. (CALIFORNIA CORPORATION)
Registered Nov. 10, 2009 170 WEST TASMAN DRIVE
SAN JOSE, CA 95134

**Int. Cls.: 9, 16, 36, 38, 41, 42, and 45**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

FOR: COMPUTER HARDWARE AND SOFTWARE FOR INTERCONNECTING, MANAGING, SECURING AND OPERATING LOCAL AND WIDE AREA NETWORKS AND TELEPHONY SYSTEMS; TELEPHONES; ELECTRONIC COMMUNICATION DEVICES, NAMELY, MOBILE TELEPHONES; WIRELESS COMMUNICATIONS DEVICES, NAMELY, WIRELESS HARDWARE AND SOFTWARE FOR THE TRANSMISSION OF VOICE, DATA, AUDIO, AND VIDEO; CALL PROCESSING SOFTWARE FOR THE TRANSMISSION OF DATA, VIDEO, AND VOICE TRAFFIC; DOWNLOADABLE ELECTRONIC INSTRUCTIONAL MATERIALS, NAMELY, MANUALS, GUIDES, TEST MATERIALS, AND MAGAZINES IN THE FIELDS OF NETWORK COMMUNICATIONS, AND MANAGING, OPERATING AND USING LOCAL, WIDE AND GLOBAL NETWORKS, AND CABLE TELEVISION SYSTEMS; STEREOS; VIDEO MONITORS; COMPUTER SOFTWARE FOR USE IN SOCIAL NETWORKING; REMOTE CONTROLS FOR STEREOS, TELEVISIONS, COMPUTERS, AND ELECTRONIC GAMES; ELECTRONIC DEVICES FOR RECORDING, ORGANIZING, TRANSMITTING, AND/OR REVIEWING VOICE, AUDIO, VIDEO, AND/OR DATA FILES; SPECTRUM ANALYZERS USED TO DIAGNOSE AND REPAIR CELLULAR, WIRELESS AND RF COMMUNICATIONS NETWORKS; SEMICONDUCTOR INTEGRATED CIRCUITS, CHIPS AND CHIPSETS, AND SOFTWARE, FOR USE IN WIRELESS COMMUNICATION APPLICATIONS; CD PLAYERS; CONSUMER ELECTRONICS, NAMELY, HARDWARE AND SOFTWARE FOR THE TRANSMISSION OF VOICE, DATA, AUDIO, AND/OR VIDEO; COMPUTER NETWORK ROUTERS; GATEWAY ROUTERS IN THE NATURE OF COMPUTER CONTROL HARDWARE; TELECOMMUNICATIONS SWITCHES; NETWORK ACCESS RANGE EXPANDERS; INTERNET VIDEO CAMERAS; PRINT SERVERS; COMMUNICATION TERMINALS COMPRISING COMPUTER HARDWARE AND/OR SOFTWARE FOR PROVIDING VIDEO, AUDIO, DATA, VIDEO GAME, AND TELEPHONE COMMUNICATIONS AND/OR TRANSMISSIONS; NETWORK STORAGE DEVICES, COMPRISED OF COMPUTER HARDWARE AND/OR SOFTWARE; INTERFACES FOR INTERCONNECTING COMPUTERS, PROJECTORS, STEREO SYSTEMS AND GAME CONSOLES; DEVICES FOR ORGANIZING, TRANSMITTING, AND REVIEWING AUDIO FILES; COMPUTER HARDWARE; NETWORK INTERFACE CARDS; NETWORK CABLES; COMPUTER NETWORK ADAPTERS; COMPUTER SERVERS; COMMUNICATIONS SERVERS; COMPUTER HARDWARE CONTAINING NETWORK SECURITY FUNCTIONALITY, INCLUDING FIREWALLS, DATA ENCRYPTION, AND/OR INTEROPERABILITY WITH NETWORK SECURITY PROTOCOLS; COMPUTER SOFTWARE AND HARDWARE FOR SENDING, STORING, MANAGING, INTEGRATING AND ACCESSING TEXT AND VOICE MESSAGES VIA TELEPHONE, ELECTRONIC MAIL, PAGERS, PERSONAL DIGITAL ASSISTANTS, AND INTERNAL AND GLOBAL COMPUTER NETWORKS; DIGITAL VIDEO RECORDERS; SET-TOP BOXES; CABLE TELEVISION CONVERTERS; RECEIVERS FOR RECEIVING CABLE TELEVISION; COMPUTER HARDWARE AND SOFTWARE FOR USE IN CABLE TELEVISION SYSTEMS, CONTENT DISTRIBUTION



David J. Kappos
Director of the United States Patent and Trademark Office

**Reg. No. 3,709,076** SYSTEMS, AND COMMUNICATION SYSTEMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-27-1984; IN COMMERCE 12-27-1984.

FOR: BOOKS AND MANUALS IN THE FIELDS OF INTERCONNECTING, MANAGING AND OPERATING OF LOCAL AND WIDE AREA NETWORKS; COMPUTER MANUALS FOR COMPUTER NETWORKING; PRINTED INSTRUCTIONAL MATERIALS, NAMELY, BOOKS, MANUALS, GUIDES, TEST MATERIALS AND MAGAZINES IN THE FIELDS OF NETWORK COMMUNICATIONS, MANAGING, OPERATING AND USING LOCAL, WIDE AND GLOBAL NETWORKS, AND CABLE TELEVISION SYSTEMS; PACKAGING, NAMELY, CARDBOARD PACKING, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-25-1997; IN COMMERCE 4-25-1997.

FOR: FINANCING SERVICES, NAMELY, PROVIDING FINANCING TO OTHERS FOR THE LEASE OR PURCHASE OF COMPUTER HARDWARE AND COMPUTER SOFTWARE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-13-1997; IN COMMERCE 2-13-1997.

FOR: PROVIDING INFORMATION VIA LOCAL AND GLOBAL COMPUTER NETWORKS IN THE FIELDS OF TELECOMMUNICATIONS AND TELEPHONY; BROADCASTING PROGRAMS VIA COMPUTER NETWORKS; PROVIDING TELEPHONE CONFERENCING SERVICES; PROVIDING FACILITIES AND EQUIPMENT FOR VIDEO CONFERENCING; ELECTRONIC VOICE MESSAGING, NAMELY, THE RECORDING AND SUBSEQUENT TRANSMISSION OF VOICE MESSAGES; PROVIDING TELECOMMUNICATIONS SERVICES, NAMELY, WEB CONFERENCING SERVICES; INTERNET TELEPHONY SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 8-0-1996; IN COMMERCE 8-0-1996.

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING CONFERENCES, TRAINING COURSES, TESTING, WORKSHOPS, AND DISTRIBUTING COURSE MATERIALS IN CONNECTION THEREWITH, ALL IN THE FIELDS OF COMPUTER NETWORKING, BROADBAND NETWORKS, COMPUTER SYSTEMS, TELECOMMUNICATION SYSTEMS, IP TELEPHONY, CABLE TELEVISION SYSTEMS, SECURITY AND STORAGE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-0-1992; IN COMMERCE 4-0-1992.

FOR: ON-LINE SERVICES, NAMELY, PROVIDING INFORMATION VIA COMPUTER NETWORKS IN THE FIELD OF COMPUTER AND NETWORK SECURITY; CUSTOMER SUPPORT SERVICES IN CONNECTION WITH COMPUTER HARDWARE AND SOFTWARE FOR USE IN INTERCONNECTING, MANAGING AND OPERATING LOCAL AND WIDE AREA NETWORKS, NAMELY, COMPUTER NETWORK DESIGN, COMPUTER CONSULTATION SERVICES, UPDATING OF COMPUTER SOFTWARE FOR OTHERS, COMPUTER SYSTEMS ANALYSIS, AND ENGINEERING SERVICES; PROVIDING TECHNICAL CONSULTATION IN CONNECTION WITH COMPUTER HARDWARE, COMPUTER SOFTWARE, COMPUTER NETWORKING EQUIPMENT, TELEPHONY SYSTEMS, TELECOMMUNICATIONS EQUIPMENT, IP TELEPHONY, TELECOMMUNICATION SYSTEMS, COMPUTER NETWORK DESIGN, STORAGE DESIGN, SECURITY OF NETWORKS, AND VOICE AND WIRELESS COMMUNICATIONS; APPLICATION SERVICE PROVIDER (ASP), NAMELY, HOSTING THE SOFTWARE APPLICATIONS OF OTHERS; COMPUTER CONSULTING SERVICES; COMPUTER NETWORK DESIGN FOR OTHERS; ON LINE SERVICES, NAMELY, PROVIDING INFORMATION VIA COMPUTER NETWORKS IN THE FIELDS OF COMPUTER NETWORKS, COMPUTER SYSTEMS, CABLE TELEVISION SYSTEMS, TECHNICAL CONSULTATION AND RESEARCH AND SYSTEMS DESIGN; APPLICATION SERVICE

**Reg. No. 3,709,076** PROVIDER (ASP) FEATURING SOFTWARE IN THE FIELDS OF AUDIO CONFERENCING, ELECTRONIC MESSAGING, DOCUMENT COLLABORATION, VIDEO CONFERENCING, AND VOICE AND CALL PROCESSING; PROVIDING INFORMATION VIA COMPUTER NETWORKS IN THE FIELDS OF COMPUTER SECURITY AND COMPUTER NETWORK SECURITY, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8-0-1996; IN COMMERCE 8-0-1996.

FOR: ON LINE SERVICES, NAMELY, MONITORING OF COMPUTER SYSTEMS AND COMPUTER NETWORKS FOR SECURITY PURPOSES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 0-0-2006; IN COMMERCE 0-0-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,314,702, 2,494,777, AND 2,574,340.

SN 77-067,964, FILED 12-19-2006.

JOHN WILKE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# ·¦¦·¦¦·¦¦
# CISCO

**Reg. No. 3,759,451** CISCO TECHNOLOGY, INC. (CALIFORNIA CORPORATION)
Registered Mar. 9, 2010 170 WEST TASMAN DRIVE
SAN JOSE, CA 95134

**Int. Cls.: 9, 16, 36, 38, 41, 42, and 45**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

FOR: COMPUTER HARDWARE AND SOFTWARE FOR INTERCONNECTING, MANAGING, SECURING AND OPERATING LOCAL AND WIDE AREA NETWORKS AND TELEPHONY SYSTEMS; TELEPHONES, TELEPHONE HEADSETS; WIRELESS COMMUNICATIONS DEVICES, NAMELY, WIRELESS HARDWARE AND SOFTWARE FOR THE TRANSMISSION OF VOICE, DATA, AUDIO, AND VIDEO; CALL PROCESSING SOFTWARE FOR THE TRANSMISSION OF DATA, VIDEO, AND VOICE TRAFFIC; DOWNLOADABLE ELECTRONIC INSTRUCTIONAL MATERIALS, NAMELY, MANUALS, GUIDES, TEST MATERIALS, AND MAGAZINES IN THE FIELDS OF NETWORK COMMUNICATIONS, AND MANAGING, OPERATING AND USING LOCAL, WIDE AND GLOBAL NETWORKS, AND CABLE TELEVISION SYSTEMS; PERSONAL STEREOS; STEREO RECEIVERS; STEREO TUNERS; STEREO AMPLIFIERS; COMPUTER SOFTWARE FOR USE IN SOCIAL NETWORKING, NAMELY, FOR USE IN PROVIDING ONLINE COMMUNICATIONS AMONG USERS AND FOR CREATING CUSTOMIZED ON-LINE WEB PAGES FEATURING USER-DEFINED INFORMATION, PERSONAL PROFILES, AND INFORMATION; REMOTE CONTROLS FOR STEREOS, TELEVISIONS, COMPUTERS, AND ELECTRONIC GAMES; ELECTRONIC DEVICES FOR RECORDING, ORGANIZING, TRANSMITTING, AND/OR REVIEWING VOICE, AUDIO, VIDEO, AND/OR DATA FILES; CD PLAYERS; CONSUMER ELECTRONICS, NAMELY, HARDWARE AND SOFTWARE FOR THE TRANSMISSION OF VOICE, DATA, AUDIO, AND/OR VIDEO; COMPUTER NETWORK ROUTERS; GATEWAY ROUTERS IN THE NATURE OF COMPUTER CONTROL HARDWARE; TELECOMMUNICATIONS SWITCHES; NETWORK ACCESS RANGE EXPANDERS; INTERNET VIDEO CAMERAS; PRINT SERVERS; COMMUNICATION TERMINALS COMPRISING COMPUTER HARDWARE AND/OR SOFTWARE FOR PROVIDING VIDEO, AUDIO, DATA, VIDEO GAME, AND TELEPHONE COMMUNICATIONS AND/OR TRANSMISSIONS; NETWORK STORAGE DEVICES, COMPRISED OF COMPUTER HARDWARE AND/OR SOFTWARE; INTERFACES FOR INTERCONNECTING COMPUTERS, PROJECTORS, STEREO SYSTEMS AND GAME CONSOLES; COMPUTER HARDWARE; COMPUTER NETWORK INTERFACE CARDS; NETWORK CABLES; COMPUTER NETWORK ADAPTERS; COMPUTER SERVERS; COMMUNICATIONS SERVERS; COMPUTER HARDWARE CONTAINING NETWORK SECURITY FUNCTIONALITY, INCLUDING FIREWALLS; DATA ENCRYPTION, AND/OR INTEROPERABILITY WITH NETWORK SECURITY PROTOCOLS; COMPUTER SOFTWARE AND HARDWARE FOR SENDING, STORING, MANAGING, INTEGRATING AND ACCESSING TEXT AND VOICE MESSAGES VIA TELEPHONE, ELECTRONIC MAIL, PAGERS, PERSONAL DIGITAL ASSISTANTS, AND INTERNAL AND GLOBAL COMPUTER NETWORKS; DIGITAL VIDEO RECORDERS; SET-TOP BOXES; CABLE TELEVISION CONVERTERS; RECEIVERS FOR RECEIVING CABLE TELEVISION; HARDWARE AND SOFTWARE FOR THE OPERATION OF CABLE TELEVISION SYSTEMS, CONTENT DISTRIBUTION SYSTEMS, AND COMMUNICATION SYSTEMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).



David J. Kappos
Director of the United States Patent and Trademark Office

**Reg. No. 3,759,451** FIRST USE 12-0-2006; IN COMMERCE 12-0-2006.

FOR: BOOKS AND MANUALS IN THE FIELDS OF INTERCONNECTING, MANAGING AND OPERATING OF LOCAL AND WIDE AREA NETWORKS; COMPUTER MANUALS FOR COMPUTER NETWORKING; PRINTED INSTRUCTIONAL MATERIALS, NAMELY, BOOKS, MANUALS, GUIDES IN THE FIELDS OF NETWORK COMMUNICATIONS, MANAGING, OPERATING AND USING LOCAL, WIDE AND GLOBAL NETWORKS, AND CABLE TELEVISION SYSTEMS; TEST MATERIALS, NAMELY, BOOKLETS AND MAGAZINES IN THE FIELDS OF NETWORK COMMUNICATIONS, MANAGING, OPERATING AND USING LOCAL, WIDE AND GLOBAL NETWORKS, AND CABLE TELEVISION SYSTEMS; TECHNICAL MANUALS IN THE FIELDS OF THE INTERCONNECTING, MANAGING AND OPERATING COMPUTER NETWORKS; PACKAGING, NAMELY, CARDBOARD PACKING, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-0-2006; IN COMMERCE 11-0-2006.

FOR: FINANCING SERVICES FOR THE LEASE OR PURCHASE OF COMPUTER HARDWARE AND COMPUTER SOFTWARE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-13-2006; IN COMMERCE 11-13-2006.

FOR: PROVIDING INFORMATION VIA LOCAL AND GLOBAL COMPUTER NETWORKS IN THE FIELDS OF TELECOMMUNICATIONS AND TELEPHONY; BROADCASTING PROGRAMS VIA COMPUTER NETWORKS; PROVIDING TELEPHONE CONFERENCING SERVICES; ELECTRONIC VOICE MESSAGING, NAMELY, THE RECORDING AND SUBSEQUENT TRANSMISSION OF VOICE MESSAGES; PROVIDING TELECOMMUNICATIONS SERVICES, NAMELY, WEB CONFERENCING SERVICES; INTERNET TELEPHONY SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 11-16-2006; IN COMMERCE 11-16-2006.

FOR: EDUCATIONAL SERVICES, NAMELY, CONFERENCES, TRAINING COURSES, TESTING, WORKSHOPS, AND DISTRIBUTING COURSE MATERIALS IN CONNECTION THEREWITH, ALL IN THE FIELDS OF COMPUTER NETWORKING, BROADBAND NETWORKS, COMPUTER SYSTEMS, TELECOMMUNICATION SYSTEMS, IP TELEPHONY, CABLE TELEVISION SYSTEMS, NETWORK SECURITY, AND/OR NETWORK STORAGE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-16-2006; IN COMMERCE 10-16-2006.

FOR: COMPUTER NETWORK DESIGN FOR OTHERS, COMPUTER CONSULTATION SERVICES, UPDATING OF COMPUTER SOFTWARE FOR OTHERS, COMPUTER SYSTEMS ANALYSIS, AND ENGINEERING SERVICES; PROVIDING TECHNICAL CONSULTATION IN CONNECTION WITH COMPUTER HARDWARE, COMPUTER SOFTWARE, COMPUTER NETWORKING EQUIPMENT, TELEPHONY SYSTEMS, TELECOMMUNICATIONS EQUIPMENT, IP TELEPHONY, AND TELECOMMUNICATION SYSTEMS, COMPUTER NETWORK DESIGN, STORAGE DESIGN, SECURITY OF NETWORKS, AND VOICE AND WIRELESS COMMUNICATIONS; APPLICATION SERVICE PROVIDER (ASP), NAMELY, HOSTING THE SOFTWARE APPLICATIONS OF OTHERS; ON LINE SERVICES, NAMELY, PROVIDING INFORMATION VIA COMPUTER NETWORKS IN THE FIELDS OF COMPUTER NETWORKING, COMPUTER NETWORKS, COMPUTER SYSTEMS, COMPUTER AND NETWORK SECURITY, CABLE TELEVISION SYSTEMS, TECHNICAL CONSULTATION AND RESEARCH IN THE FIELD OF COMPUTER NETWORKS, AND NETWORK SYSTEMS DESIGN; APPLICATION SERVICE PROVIDER (ASP) FEATURING SOFTWARE IN THE FIELDS OF AUDIO CONFERENCING, ELECTRONIC MESSAGING, DOCUMENT COLLABORATION, VIDEO CONFERENCING, AND VOICE AND CALL PROCESSING , IN CLASS 42 (U.S. CLS. 100 AND 101).

**Reg. No. 3,759,451**  FIRST USE 10-16-2006; IN COMMERCE 10-16-2006.

FOR: MONITORING OF COMPUTER SYSTEMS AND COMPUTER NETWORKS FOR SECURITY PURPOSES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 10-12-2006; IN COMMERCE 10-12-2006.

OWNER OF U.S. REG. NOS. 2,552,361 AND 2,959,329.

SN 78-954,940, FILED 8-17-2006.

CHRISTOPHER BUONGIORNO, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office

# CISCO

**Reg. No. 3,978,294**  CISCO TECHNOLOGY, INC. (CALIFORNIA CORPORATION)
170 WEST TASMAN DRIVE
**Registered June 14, 2011**  SAN JOSE, CA 95134

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: MESSAGING AND NETWORK SECURITY APPLIANCES COMPRISING COMPUTER HARDWARE AND SOFTWARE FOR DETECTING, BLOCKING AND REMOVING COMPUTER VIRUSES AND THREATS, ENCRYPTING AND AUTHENTICATING DATA, PREVENTING DATA-LOSS, RECOVERING DATA, SECURING NETWORKS, AND DETECTING, FILTERING, ANALYZING, MANAGING AND BLOCKING ELECTRONIC COMMUNICATIONS; ENERGY MANAGEMENT HARDWARE AND SOFTWARE; COMPUTER SOFTWARE AND NETWORKING EQUIPMENT, NAMELY, NETWORK HARDWARE AND SOFTWARE FOR SECURING, MONITORING AND MANAGING ENERGY USAGE BY NETWORK DEVICES; COMPUTER HARDWARE AND SOFTWARE FOR COLLECTING AND ANALYZING DATA FROM THE BUILDING, IT, ENERGY SUPPLY, AND ENERGY DEMAND SYSTEMS; HEADSETS , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-12-2007; IN COMMERCE 7-12-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,709,076, 3,759,451 AND OTHERS.

SER. NO. 85-201,009, FILED 12-17-2010.

JAMES GRIFFIN, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,763,903**
Registered Mar. 23, 2010

**Int. Cls.: 9, 16, 36, 38, 41, 42, and 45**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**



David J. Kappos
Director of the United States Patent and Trademark Office

CISCO TECHNOLOGY, INC. (CALIFORNIA CORPORATION)
170 WEST TASMAN DRIVE
SAN JOSE, CA 95134

FOR: COMPUTER HARDWARE AND SOFTWARE FOR INTERCONNECTING, MANAGING, SECURING AND OPERATING LOCAL AND WIDE AREA NETWORKS AND TELEPHONY SYSTEMS; TELEPHONES, TELEPHONE HEADSETS; WIRELESS COMMUNICATIONS DEVICES, NAMELY, WIRELESS HARDWARE AND SOFTWARE FOR THE TRANSMISSION OF VOICE, DATA, AUDIO, AND VIDEO; CALL PROCESSING SOFTWARE FOR THE TRANSMISSION OF DATA, VIDEO, AND VOICE TRAFFIC; DOWNLOADABLE ELECTRONIC INSTRUCTIONAL MATERIALS, NAMELY, MANUALS, GUIDES, TEST MATERIALS, AND MAGAZINES IN THE FIELDS OF NETWORK COMMUNICATIONS, AND MANAGING, OPERATING AND USING LOCAL, WIDE AND GLOBAL NETWORKS, AND CABLE TELEVISION SYSTEMS; PERSONAL STEREOS; STEREO RECEIVERS; STEREO TUNERS; STEREO AMPLIFIERS; COMPUTER SOFTWARE FOR USE IN SOCIAL NETWORKING, NAMELY, FOR USE IN PROVIDING ONLINE COMMUNICATIONS AMONG USERS AND FOR CREATING CUSTOMIZED ON-LINE WEB PAGES FEATURING USER-DEFINED INFORMATION, PERSONAL PROFILES, AND INFORMATION; REMOTE CONTROLS FOR STEREOS, TELEVISIONS, COMPUTERS, AND ELECTRONIC GAMES; ELECTRONIC DEVICES FOR RECORDING, ORGANIZING, TRANSMITTING, AND/OR REVIEWING VOICE, AUDIO, VIDEO, AND/OR DATA FILES; CD PLAYERS; CONSUMER ELECTRONICS, NAMELY, HARDWARE AND SOFTWARE FOR THE TRANSMISSION OF VOICE, DATA, AUDIO, AND/OR VIDEO; COMPUTER NETWORK ROUTERS; GATEWAY ROUTERS IN THE NATURE OF COMPUTER CONTROL HARDWARE; TELECOMMUNICATIONS SWITCHES; NETWORK ACCESS RANGE EXPANDERS; INTERNET VIDEO CAMERAS; PRINT SERVERS; COMMUNICATION TERMINALS COMPRISING COMPUTER HARDWARE AND/OR SOFTWARE FOR PROVIDING VIDEO, AUDIO, DATA, VIDEO GAME, AND TELEPHONE COMMUNICATIONS AND/OR TRANSMISSIONS; NETWORK STORAGE DEVICES, COMPRISED OF COMPUTER HARDWARE AND/OR SOFTWARE; INTERFACES FOR INTERCONNECTING COMPUTERS, PROJECTORS, STEREO SYSTEMS AND GAME CONSOLES; COMPUTER HARDWARE; COMPUTER NETWORK INTERFACE CARDS; NETWORK CABLES; COMPUTER NETWORK ADAPTERS; COMPUTER SERVERS; COMMUNICATIONS SERVERS; COMPUTER HARDWARE CONTAINING NETWORK SECURITY FUNCTIONALITY, INCLUDING FIREWALLS, DATA ENCRYPTION, AND/OR INTEROPERABILITY WITH NETWORK SECURITY PROTOCOLS; COMPUTER SOFTWARE AND HARDWARE FOR SENDING, STORING, MANAGING, INTEGRATING AND ACCESSING TEXT AND VOICE MESSAGES VIA TELEPHONE, ELECTRONIC MAIL, PAGERS, PERSONAL DIGITAL ASSISTANTS, AND INTERNAL AND GLOBAL COMPUTER NETWORKS; DIGITAL VIDEO RECORDERS; SET-TOP BOXES; CABLE TELEVISION CONVERTERS; RECEIVERS FOR RECEIVING CABLE TELEVISION; HARDWARE AND SOFTWARE FOR THE OPERATION OF CABLE TELEVISION SYSTEMS, CONTENT DISTRIBUTION SYSTEMS, AND COMMUNICATION SYSTEMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**Reg. No. 3,763,903** FIRST USE 12-0-2006; IN COMMERCE 12-0-2006.

FOR: BOOKS AND MANUALS IN THE FIELDS OF INTERCONNECTING, MANAGING AND OPERATING OF LOCAL AND WIDE AREA NETWORKS; COMPUTER MANUALS FOR COMPUTER NETWORKING; PRINTED INSTRUCTIONAL MATERIALS, NAMELY, BOOKS, MANUALS, GUIDES, TEST MATERIALS, NAMELY, BOOKLETS, AND MAGAZINES IN THE FIELDS OF NETWORK COMMUNICATIONS, MANAGING, OPERATING AND USING LOCAL, WIDE AND GLOBAL NETWORKS, AND CABLE TELEVISION SYSTEMS; TECHNICAL MANUALS IN THE FIELDS OF INTERCONNECTING, MANAGING AND OPERATING COMPUTER NETWORKS; PACKAGING, NAMELY, CARDBOARD PACKING, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-0-2006; IN COMMERCE 11-0-2006.

FOR: FINANCING SERVICES FOR THE LEASE OR PURCHASE OF COMPUTER HARDWARE AND COMPUTER SOFTWARE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-13-2006; IN COMMERCE 11-13-2006.

FOR: PROVIDING INFORMATION VIA LOCAL AND GLOBAL COMPUTER NETWORKS IN THE FIELDS OF TELECOMMUNICATIONS AND TELEPHONY; BROADCASTING PROGRAMS VIA COMPUTER NETWORKS; PROVIDING TELEPHONE CONFERENCING SERVICES; ELECTRONIC VOICE MESSAGING, NAMELY, THE RECORDING AND SUBSEQUENT TRANSMISSION OF VOICE MESSAGES; PROVIDING TELECOMMUNICATIONS SERVICES, NAMELY, WEB CONFERENCING SERVICES; INTERNET TELEPHONY SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 10-16-2006; IN COMMERCE 10-16-2006.

FOR: EDUCATIONAL SERVICES, NAMELY, CONFERENCES, TRAINING COURSES, TESTING, WORKSHOPS, AND DISTRIBUTING COURSE MATERIALS IN CONNECTION THEREWITH, ALL IN THE FIELDS OF COMPUTER NETWORKING, BROADBAND NETWORKS, COMPUTER SYSTEMS, TELECOMMUNICATION SYSTEMS, IP TELEPHONY, CABLE TELEVISION SYSTEMS, NETWORK SECURITY, AND/OR NETWORK STORAGE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-16-2006; IN COMMERCE 10-16-2006.

FOR: COMPUTER NETWORK DESIGN FOR OTHERS, COMPUTER CONSULTATION SERVICES, UPDATING OF COMPUTER SOFTWARE FOR OTHERS, COMPUTER SYSTEMS ANALYSIS, AND ENGINEERING SERVICES; PROVIDING TECHNICAL CONSULTATION IN CONNECTION WITH COMPUTER HARDWARE, COMPUTER SOFTWARE, COMPUTER NETWORKING EQUIPMENT, TELEPHONY SYSTEMS, TELECOMMUNICATIONS EQUIPMENT, IP TELEPHONY, AND TELECOMMUNICATION SYSTEMS, COMPUTER NETWORK DESIGN, STORAGE DESIGN, SECURITY OF NETWORKS, AND VOICE AND WIRELESS COMMUNICATIONS; APPLICATION SERVICE PROVIDER (ASP), NAMELY, HOSTING THE SOFTWARE APPLICATIONS OF OTHERS; ON LINE SERVICES, NAMELY, PROVIDING INFORMATION VIA COMPUTER NETWORKS IN THE FIELDS OF COMPUTER NETWORKING, COMPUTER NETWORKS, COMPUTER SYSTEMS, COMPUTER AND NETWORK SECURITY, CABLE TELEVISION SYSTEMS, TECHNICAL CONSULTATION AND RESEARCH IN THE FIELD OF COMPUTER NETWORKS, AND NETWORK SYSTEMS DESIGN; APPLICATION SERVICE PROVIDER (ASP) FEATURING SOFTWARE IN THE FIELDS OF AUDIO CONFERENCING, ELECTRONIC MESSAGING, DOCUMENT COLLABORATION, VIDEO CONFERENCING, AND VOICE AND CALL PROCESSING, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10-16-2006; IN COMMERCE 10-16-2006.

**Reg. No. 3,763,903** FOR: MONITORING OF COMPUTER SYSTEMS AND COMPUTER NETWORKS FOR SECURITY PURPOSES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 10-12-2006; IN COMMERCE 10-12-2006.

OWNER OF U.S. REG. NOS. 1,999,660, 2,552,361, AND 2,959,329.

THE MARK CONSISTS OF VERTICAL BARS THAT CREATE THE APPEARANCE OF A BRIDGE.

SN 77-391,669, FILED 2-7-2008.

PAULA MAHONEY, EXAMINING ATTORNEY