John A. Conkle (SB# 117849)
  *j.conkle@conklelaw.com*
Amanda R. Washton (SB# 227541)
  *a.washton@conklelaw.com*
CONKLE, KREMER & ENGEL, PLC
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Michael M. Lafeber (*pro hac vice*)
  *mlafeber@taftlaw.com*
David McDaniel (*pro hac vice*)
  *dmcdaniel@taftlaw.com*
O. Joseph Balthazor Jr. (*pro hac vice*)
  jbalthazor@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Phone: (612) 977-8400 • Fax: (612) 977-8650

Attorneys for Defendant, Counterclaim Plaintiff
and Third-Party Plaintiff Dexon Computer, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation, and CISCO TECHNOLOGY, INC., a California corporation, | Case No. 3:20-cv-04926 CRB |
| Plaintiff, | **DECLARATION OF TIM ROUSH IN SUPPORT OF DEFENDANT DEXON COMPUTER, INC.'S OPPOSITION TO PLAINTIFFS' CISCO SYSTEMS, INC. AND CISCO TECHNOLOGY, INC.'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| DEXON COMPUTER, INC., a Minnesota corporation, | |
| Defendant. | Date:      June 30, 2023<br>Time:      10:00 a.m.<br>Crtrm.:    Zoom |
| AND RELATED CROSS-ACTIONS | Hon. Charles R. Breyer, Presiding Judge |

0640.002\9914                                                                 Case No. 3:20-cv-04926 CRB

DECLARATION OF TIM ROUSH IN SUPPORT OF DEFENDANT DEXON COMPUTER, INC.'S OPPOSITION
TO PLAINTIFFS' CISCO SYSTEMS, INC. AND CISCO TECHNOLOGY, INC.'S MOTION FOR PRELIMINARY
INJUNCTION

**DECLARATION OF TIM ROUSH**

I, Tim Roush, hereby declare as follows:

1.   I am an Account Manager at Dexon Computer, Inc. ("Dexon").

2.   Dexon is a Minnesota corporation that was founded in 1992.  I have worked there for almost 22 years.

3.   Dexon has been selling computer networking products for over thirty years. As a reseller, Dexon is in no way involved in the manufacturing of the products it sells.  Rather, it acts solely as a "middle-man" reseller.  In that role, it strives to provide the highest quality and value products to its customers. To that end, Dexon sources its products from literally thousands of different reputable suppliers. As a result of Dexon's dynamic supply chain – it routinely sells directly to Cisco's licensed and authorized sellers when they are unable to source product for their clients in a timely fashion.

4.   Contrary to Cisco's efforts to portray Dexon as a "bad faith" or "intentional" counterfeiter, Dexon has never intentionally or knowingly sold a counterfeit product.  It is well known in the industry that Cisco has a counterfeit problem due in part to its decision to manufacture its products overseas.  Estimates place the percentage of counterfeit product in the marketplace at 10% and higher.  Despite the fact Dexon is in no way responsible for Cisco's counterfeit problem and the undisputed presence of counterfeit Cisco products in the marketplace, Dexon takes proactive steps to detect and prevent the sale of counterfeit products.

5.   As just one example of Dexon's ant counterfeiting efforts, one of the few pieces of guidance Cisco makes available for assisting in detecting counterfeit products is a listing of its various "Security Labels" over the years (including the use of holograms).  A true and correct copy of such document is attached hereto as Exhibit A (It can also be found online at www.cisco.com/c/en/us/about/legal/brand-protection/identify-counterfeit-products.html.)   Dexon carefully inspects all relevant Cisco packaging to ensure it is consistent with Cisco's identified "Security Labels."

6.   By way of comparison, Dexon has never had any relevant counterfeit issues with any of the non-Cisco brands it sells.  For example, Dexon also sells Meraki networking products (Meraki

DECLARATION OF TIM ROUSH IN SUPPORT OF DEFENDANT DEXON COMPUTER, INC.'S OPPOSITION TO PLAINTIFFS' CISCO SYSTEMS, INC. AND CISCO TECHNOLOGY, INC.'S MOTION FOR PRELIMINARY INJUNCTION

was recently acquired by Cisco.)  It is my understanding Meraki products have historically been manufactured domestically.  Dexon has never had any counterfeit issues with Meraki products.

7.     Dexon was required to produce all of its procurement records, sales records and related customer communications for the past five (5) years in the Texas litigation.  Despite possessing such documents since October 2022, Cisco has been unable to come forward with a single piece of evidence indicating Dexon has ever intentionally or knowingly sold a counterfeit product.  At best, it relies on a 2017 "list serv" email sent from the United Network Equipment Dealers Association ("UNEDA") to all of its members.  UNEDA is an alliance of more than 300 of the top secondary market network equipment sellers. With little or no assistance from Cisco, UNEDA and its members work cooperatively to avoid being victimized by counterfeit products. The 2017 "list serv" email notified UNEDA members of a specific issue involving Cisco WS-2960X switches.  Specifically, an "add on" circuit.  The "list serv" email suggests that at least one or more of the product with the "add on" circuit may have been procured from an entity named "PRO Network LLC" with an address in New Jersey.

8.     Cisco's motion claims and implies that: i) Dexon purchased product from "PRO Network LLC" subsequent to the 2017 "list serv" email; ii) "PRO Network LLC" and its related entities were indicted in July 2022; and iii) therefore Dexon must be an intentional or bad faith counterfeiter.

9.     Dexon receives numerous "list serv" emails from UNEDA on a daily basis. Assuming a Dexon employees accessed and read the 2017 email, the email in no way suggests "PRO Network LLC" is in any way responsible for the identified issue.  To the extent the "add on" circuit issue evidenced counterfeit product, a plausible conclusion would be that "PRO Network LLC" had been victimized just like Cisco's authorized sellers and partners are victimized by the presence of counterfeit product in the stream of commerce.

10.    Despite the absence of any further notice or issues involving "PRO Network  LLC," Cisco points to Dexon's limited purchase from a "Pro Network LLC" located in Florida (not New Jersey) roughly two years later in May 2019 as evidence of Dexon's "intentional" or "knowing" counterfeit activity.  *Cisco has not even alleged that the product purchased in May 2019 from the*

DECLARATION OF TIM ROUSH IN SUPPORT OF DEFENDANT DEXON COMPUTER, INC.'S OPPOSITION TO PLAINTIFFS' CISCO SYSTEMS, INC. AND CISCO TECHNOLOGY, INC.'S MOTION FOR PRELIMINARY INJUNCTION

*Florida company was counterfeit*.  Cisco also points to an alleged subsequent purchase from a company called "smartnetworks" in April 2022.  First, the product ordered by Dexon from "smartnetworks" was not the Cisco WS-2960X switch at issue in the 2017 "list serv" email.  Rather, Dexon's order was for a completely different model switch.  Second, *Dexon cancelled the order and the product was never acquired.*  A true and correct copy of the May 2019 and April 2022 Dexon invoices are attached hereto as Exhibit B.

11.     Based on a Department of Justice press release relating to the July 2022 indictment of PRO Network LLC and its various entities, it appears Cisco was aware of counterfeit activity involving PRO Network LLC as early as 2014 and had sent several cease and desist letters relating to such activities.  Dexon is unaware of Cisco ever notifying the marketplace of: i) any risks associated with PRO Network LLC; or ii) PRO Network LLC's apparent various entities.  It appears Cisco took no action against PRO Network LLC in advance of the July 2022 indictment.

12.     Considering Cisco's own unwillingness or inability to take action against PRO Network LLC, it is patently unreasonable to expect Dexon to keep abreast off all suspect or potential counterfeit activity in the marketplace, including keeping track of all potentially related entities.  It is even more unreasonable to expect Dexon to avoid purchasing a completely different product, from a different named entity, having a different address, based on a single trade association "list serve" email from five (5) years earlier.

13.     Absent any assistance or information from Cisco, Dexon had in fact placed "PRO Network LLC" on its "DO NOT BUY LIST" prior to having any information or knowledge concerning the criminal investigation or the resulting July 2022 indictment.

14.     Cisco also misleadingly relies on Dexon sales representatives' isolated references to "clean" serial numbers. Cisco is misleadingly suggesting, without any explanation, that the references to "clean" serial numbers somehow means non-genuine or counterfeit serial numbers. This is false.  As Cisco has acknowledged, every SMARTNet contract sold by Dexon was acquired directly from a Cisco partner at Cisco's full reseller price.  Contrary to Cisco's attempts to suggest Dexon somehow "hid" such sales, invoices from Cisco's own partners reveal and disclose Dexon's identity.

15.     The reference to "clean" serial numbers merely means product for which no existing SMARTNet contract is currently attached, and the absence of other irregularities.  As originally explained in Dexon's counterclaims, when an end user purchases a SMARTNet contract "Cisco is supplied with the relevant product information, including the serial number. . and identity of the end user."  Accordingly, the SMARTNet contract is "linked" to a specific end user and product.

16.     Dexon's counterclaims further explained that Cisco routinely "sells multiple SMARTnet contracts on the same product covering the same time period" and also "alter[s] or change[s] serial numbers in order to approve and thereby receive payment for SMARTnet contracts relating to secondary market equipment.  However, Cisco will also refuse SMARTNet contracts if the subject serial number remains associated with an existing SMARTNet contract.

17.     Accordingly, the reference to "clean" serial numbers merely means a secondary market product not already associated with an existing or ongoing SMARTNet contract (For example, a genuine secondary market product for which the original end user did not obtain a SMARTNet contract.)

18.     Cisco has also implied or suggested that  Dexon's purchase of product on eBay warrants an injunction because it believes certain sellers' online titles are suspect. Cisco has failed to explain or disclose that its own partners sell Cisco product on eBay utilizing alternative titles/aliases. For example, Cisco partner BlueAlly sells product on eBay using the title "mcsd-at-home". Attached hereto as Exhibit C is a true and correct copy of an eBay product listing from seller "mcsd-at-home".

19.     Cisco also suggests an injunction is warranted because Dexon Sales Representatives occasionally utilize a personal email address.  Dexon employees do in fact occasionally utilize a non-Dexon or personal email address when working remotely.

20.     Dexon has had a longstanding contentious relationship with Cisco.  As detailed in Dexon's counterclaims, this has included Cisco making false or misleading allegations concerning Dexon's products in an effort to unfairly capture or steal Dexon's sales.  Cisco claims limited instances of Dexon employees advising customers not to voluntarily disclose Dexon's involvement warrants an injunction.   Dexon employees honestly advising its customers they should not

voluntarily disclose Dexon's involvement in order to obtain fair and unbiased treatment from Cisco does not warrant an injunction.

21.     To the extent Cisco seeks an injunction preventing the sale of "counterfeit" product, Dexon has never knowingly or intentionally sold a counterfeit product.  In the event Cisco is ultimately able to prove any products sold by Dexon were counterfeit, Dexon would merely be an innocent victim of the fact such counterfeit products are in the stream of commerce through no fault of Dexon.  Cisco's own partners are likewise victimized by counterfeit products.

22.     Dexon would be unable to avoid the risk of unknowingly and unintentionally violating an  injunction prohibiting the sale of counterfeit product in light of Cisco's pervasive and known counterfeit problem.

I declare under penalty of perjury under the laws of the United States of America and the State of California that to the best of my knowledge the foregoing statements are true and correct, and that this declaration was executed on May 12, 2023.


_/s/ Tim Roush_____
Tim Roush

DECLARATION OF TIM ROUSH IN SUPPORT OF DEFENDANT DEXON COMPUTER, INC.'S OPPOSITION TO PLAINTIFFS' CISCO SYSTEMS, INC. AND CISCO TECHNOLOGY, INC.'S MOTION FOR PRELIMINARY INJUNCTION

# EXHIBIT A



Products and Services     Solutions     Support     Learn

Explore Cisco     Search

About Cisco  /  Cisco Legal  /  Brand Protection  /

# Identify Counterfeit and Pirated Products



## Brand protection

Protect your infrastructure from threats and ensure top performance by using only genuine Cisco products.

Why Care?    Security Labels    Reporting

 Contact Cisco ⌄

## Why should I care?


### Buy genuine
Quality and authenticity should be your top consideration when buying products.


### Sourcing unauthorized products
Products sourced from outside Cisco authorized channels may pass through many hands before they reach you.


### Types of unauthorized products
Unauthorized products may include secondhand, third-party, or even stolen products.


### Counterfeit products
Counterfeit products can contain components that have been tampered with, including illegal software. Counterfeit products may not perform to standards.


### Counterfeit risks
Counterfeit products can cause serious risks to network quality, performance, safety, and reliability.

# Cisco security labels

The following labels address Cisco product security using a multilayer approach, and support the identification of suspicious products.

Dates on security labels from new products purchased from Cisco authorized channels should correlate to the transaction date.









## Carton security label

Carton security labels, often found overlapping the edge of the carton's white label.

## Chassis security labels

Chassis labels are found on selective chassis products.

## PCBA security label

Holographic and other security features are found on most line cards and modules' printed circuit board assemblies.

## Module security label

Holographic security indicators are on most optical transceivers and highspeed cable assemblies.

# Carton security label



## Mid-2020 to present



1. Look for a genuine hologram. Watch the video to see authentic features when tilted:
   - Stylized Cisco bridge logo visible between moon and arrow will shift color
   - Background color changes between moon and star images
   - Hour markers on the clock face vary in colors

2. Color shifting area varies from purple to green by changing the viewing angles

3. Reflective circular foil area reveals a bridge image when tilted

## Mid-2018 to mid-2020

1. This version label differs from the prior version in part by:
   - A blue Cisco logo
   - Four random symbols to the left of the logo

2. Tilt the genuine label to see the embossed "CISCO" appearing in the orange area

3. Look for micro text "CISCO" present in the border of the wave sign





## Mid-2016 to mid-2018

1. This version label has a blue and red Cisco logo

2. Tilt the genuine label to see the embossed "CISCO" appearing in the orange area

3. Look for micro text "CISCO" present in the border of the wave sign

## Mid-2008 to mid-2016



1. This label version uses a black "Cisco" logo in the center of the label

2. Authentic label has a raised intaglio surface across the top of the same class used in currency

3. Genuine label has a Cisco logo and ISO 9001 mark made with silver foil with a reflective feature seen when tilted



## Mid-2006 to mid-2008

1. This label version has the trademark logo "Cisco Systems" in the center

2. Authentic label has a raised intaglio surface across the top of the same class used in currency

3. Genuine label has a Cisco logo and ISO 9001 mark made with silver foil with a reflective feature seen when tilted

# Chassis security labels



## Certificate of Authenticity (COA) label is an identity label

### Mid-2021 to present



1. Look for a genuine hologram. Watch the video to see authentic features when tilted
   - Stylized Cisco bridge logo visible between moon and arrow will shift color
   - Background color changes between moon and star images
   - Hour markers on the clock face vary in colors

2. Authentic label has a raised intaglio surface across the bottom of the label

3. Label serial number (example E019289431) is also printed in small font in the background



## Chassis seal label is a tamper-evident label

### Mid-2021 to present

1. Verify that this label has not been tampered or broken upon receiving new-in-box. When the label is broken, it is likely that the chassis has been opened

2. To see genuine holographic features, watch the video

3. Rotating an authentic label reveals a check mark and padlock symbols

4. Best viewing of the side dots with its corresponding numeric numbers is achieved with a single light source by tilting the label left to right and up and down



# PCBA security label

## Mid-2018 to present




1. To see genuine holographic features, watch the video

2. Rotating an authentic label reveals a checkmark and padlock symbols

3. Best viewing of the side dots with its corresponding numeric numbers is achieved with a single light source by tilting the label left to right and up and down



## 2009 to mid-2018

1. To see genuine holographic features, watch the video

2. Best viewing of the side dots is achieved with a single light source by tilting the label left to right and up and down

## 2006 to 2009



1. To see genuine holographic features, watch the video

2. Best viewing of the side dots is achieved with a single light source by tilting the label left to right and up and down

3. A bright pointed star is on the authentic holographic cube

## Module security label

 ### Mid-2021 to present

- Look for genuine hologram. Watch the video

- Tilt the genuine holographic label to see a padlock, check mark, and text "BP" at three different depth levels 

 ### Mid-2017 to mid-2021

- Look for genuine hologram. Watch the video

- Tilt the genuine holographic label to see a padlock, check mark, and text "BP" at three different depth levels 

 ### Mid-2010 to mid-2017

- To see genuine color shift feature, click on the video

- Tilt an authentic label to see color shifting bar changing between gold and green 

Report counterfeit products

Share information on suspected counterfeit products

Cisco will use the information you provide solely and exclusively to investigate and take action against businesses selling counterfeit products.

Report counterfeit

The characteristics described on this page do not guarantee authenticity or legitimacy of procurement. While this page provides information that may help identify suspicious products, Cisco will need to analyze the product(s) to make an authenticity determination. Please contact Brand Protection if you have concerns that a product may be counterfeit.

The characteristics described on this page also do not validate whether a product has a valid software license. Cisco's EULA requires that, for the end user to have a valid license, the end user must have either (1) purchased the product through an Approved Source or (2) had the software on the Cisco product relicensed under the Cisco Software Transfer and Re-Licensing Policy unless an exception applies as described in the above-mentioned policy.

About Cisco    Contact Us    Careers    Meet our Partners

  

Feedback    Help    Terms & Conditions    Privacy Statement    Cookies    Trademarks    Supply Chain Transparency    Sitemap

©2023 Cisco Systems, Inc.

Exhibit B

| Dexon PO | | \*DOA17188 |
|---|---|---|
| **Date:** | **P.O. Number** | |
| 5/22/2019 | CT171886 | |



**9201 East Bloomington Freeway Suite BB**
**Minneapolis, MN 55420**
**Tel: (952) 888-8922**
**Fax: (952) 888-9136**

| Vendor #: 3486   Fax: | | |
|---|---|---|
| Pro Network LLC | | |
| DO NOT BUY FROM THEM | | |
| 1701 NW 93rd Ave | | |
| Doral | FL | 33172- |
| **Attn:** | Tony | |
| **EMail:** | tony@pronetworkus.com | |

| Ship To: | | |
|---|---|---|
| DEXON Computer, Inc. | | |
| 9201 East Bloomington Fwy | | |
| Suite BB | | |
| Minneapolis | MN | 55420-3437 |
| **Attn:** | Clara Tousignant; PO# CT171886 | |

| Terms: | PAY PAL | Sales No: | 100738 | Buyer: | Clara, Bauer | Ship Via: | Fedex Ground, 5 day service |
|---|---|---|---|---|---|---|---|
| Memo: | | | | | | | |

### Rack Mount Kits and Power cords must be supplied by the vendor (when appropriate).

| Sale # | Part # | Description | Qty | CostEa | ExtCost | Comments |
|---|---|---|---|---|---|---|
| 100738 | WS-C2960X-48FPD-L | Cisco Catalyst 2960X-48FPD-L - Switch - managed - 48 x 10/100/1000 (PoE+ 740W) + 2 x 10 Gigabit SFP+ - desktop, rack-mountable - PoE+ | 16 | ███ | ███ | |

**Total:** ███

### Please remit invoices to accountspayable@dexon.com

For Office Use Only

| Date | Inv # | Frght $ | Equip $ | Ttl $ | Ck Date | Ck # | Open Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Inventory PO | |
|---|---|
| Date: | P.O. Number |
| 4/21/2022 | DI 192475 |

*PO192475* 



**9201 East Bloomington Freeway Suite BB**
**Minneapolis, MN 55420**
**Tel: (952) 888-8922**
**Fax: (952) 888-9136**

| Vendor #: | 3850 | Fax: |
|---|---|---|
| ebay - smartnetworks | | |
| | | |
| | | |
| | NJ | |
| Attn: | | |
| EMail: | accountspayable@dexon.com | |

| Ship To: | | |
|---|---|---|
| Dexon Computer Inc | | |
| 9201 E. Bloomington Freeway | | |
| Suite BB | | |
| Minneapolis | MN | 55420- |
| Attn: | Receiving, Department | |

Terms: American Express    Sales No: 99    Rep: Dexon, Inventory    Ship Via: UPS Ground Service, 5 Day Gro

Memo:

| Part | Qty | Description | Cost Ea | Extd Cost | UsedPart | Comment |
|---|---|---|---|---|---|---|
| WS-C3850-48F-S | -1 | WS-C3850-48F-S | ███ | ███ | ☑ | |

**Total:** ████████

**Please remit invoices to accountspayable@dexon.com**

For Office Use Only

| Date | Inv # | Frght $ | Equip $ | Ttl $ | Ck Date | Ck # | Open Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Wednesday, May 3, 2023 10:36 AM

Page 1 of 1

EXHIBIT C

People who viewed this item also viewed


MERAKI MS225-48FP ENTERPRISE LICENSE AND...
Sponsored
**$580.99**
$866.00
Free shipping


MERAKI MR ENTERPRISE LICENSE 3 YEAR...
**$238.99**
$300.00
Free shipping


MERAKI MR ENTERPRISE LICENSE 3 YEAR...
**$229.99**
Free shipping


CISCO MERAKI MS120-8FP ENTERPRISE...
**$97.99**
Free shipping


MERAKI Z1 ENTERPRISE LICENSE AND...
**$63.99**
$100.00
Free shipping



### MERAKI MS220-48 ENTERPRISE LICENSE AND SUPPORT 3 YEAR LIC-MS220-48-3YR

☆ ☆ ☆ ☆ ☆  Be the first to write a review

Condition:  New

Quantity:  [ 1 ]   More than 10 available

Price:  **US $372.99**
List price US $420.00 ⓘ
Save US $47.01 (11% off)

$33.66 for 12 months with PayPal Credit*

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Additional service available**

☐ 2-year protection plan from Allstate - $34.99

↩ Breathe easy. Returns accepted.

Pickup:  Free local pickup from Irvine, California, United States. See details

Shipping:  Free Standard Shipping. See details
Located in: Irvine, California, United States

Delivery:  Estimated between Tue, May 16 and Sat, May 20 ⓘ

Returns:  30 day returns. Buyer pays for return shipping. See details

Payments:  [PayPal] [G Pay] [VISA] [mastercard] [AMEX] [DISCOVER]

**PayPal CREDIT**
*$33.66 for 12 months. Minimum purchase required.
See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

$ Have one to sell?  [ Sell now ]

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
mcsd-at-home (4943 ⭐)
99.3% positive feedback

♡ Save seller
Contact seller
Visit store
See other items





**Shop related items**
214K items sold

SaveMyServer
In eBay Stores
Sponsored

[ Visit store ]

Exhibit C
Page 1 of 1