RICHARD J. NELSON (SBN 141658)
E-Mail:      *rnelson@sideman.com*
LOUIS P. FEUCHTBAUM (State Bar No. 219826)
E-Mail:      *lfeuchtbaum@sideman.com*
ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail:      *zalinder@sideman.com*
LYNDSEY C. HEATON (SBN 262883)
E-Mail:      *lheaton@sideman.com*
ALEXANDER J. BUKAC (State Bar No. 305491)
E-Mail:      *abukac@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Fl.
San Francisco, California 94111-3711
Telephone:      (415) 392-1960
Facsimile:      (415) 392-0827

Attorneys for Plaintiffs
Cisco Systems, Inc. and Cisco Technology, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation, and CISCO TECHNOLOGY, INC., a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DEXON COMPUTER, INC., a Minnesota corporation, <br><br> Defendant. <br><br> AND RELATED CROSS-ACTIONS | Case No. 3:20-cv-04926 CRB <br><br> **JOINT CASE MANAGEMENT STATEMENT** <br><br> The Honorable Charles R. Breyer <br><br> Complaint Filed: July 22, 2020 |

Plaintiffs CISCO SYSTEMS, INC. and CISCO TECHNOLOGY, INC. ("Plaintiffs" or "Cisco"), Defendant DEXON COMPUTER, INC. ("Defendant" or "Dexon"), and Third Party Defendants ITECH DEVICES, OPTIMUM DATA, PARAGON, and TEKSAVERS, by and

*LAW OFFICES*
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

1   through their respective counsel of record, met on June 27, 2023, to discuss this case and the

2   matters set forth in Fed. R. Civ. P 26(f), Civil L.R. 16-3, 16-8 and 16-9.

3        The parties, through their undersigned counsel, hereby submit the following Joint Rule

4   26(f) Report in accordance with the requirements of the foregoing rules, and the Standing Order

5   for All Judges of the Northern District of California: Contents of Joint Case Management

6   Statement, Rev. October 20, 2022.

7   **I.**       **<u>UPDATE RE: THIRD PARTY DEFENDANTS</u>**

8        Defendant Dexon has completed its service of process efforts on all current Third Party

9   Defendant suppliers of allegedly counterfeit Cisco products.  Dexon intends to file motions for

10   default judgment against Third Party Defendant suppliers who have failed to respond.  Dexon

11   intends to dismiss without prejudice any Third Party Defendants for which it was unable to

12   effectuate service of process.  Defendant intends to continue to add indemnity/contribution claims

13   against suppliers of any newly identified allegedly counterfeit Cisco products.

14   **II.**      **<u>UPDATE RE MOTIONS</u>**

15        Cisco filed a motion for a preliminary injunction seeking to enjoin Dexon from selling

16   counterfeit Cisco products (Doc. 202), and that motion is set to be heard on July 14, 2023.

17        Following the initial case management conference, the parties have exchanged written

18   discovery requests and have begun the production of documents.  The parties have worked in good

19   faith to successfully resolve multiple discovery issues without the Court's involvement.  The

20   parties required Magistrate Judge Illman's involvement to resolve one discovery dispute regarding

21   Cisco subpoenas issued to Dexon customers.  Cisco and Dexon will continue to work in good faith

22   to resolve discovery disputes, but acknowledge the potential need for further court involvement..

23   **III.**   **<u>UPDATE RE AMENDMENT OF PLEADINGS</u>**

24        Plaintiffs amended their complaint, following jurisdictional discovery, and the operative

25   complaint at this time is the First Amended Complaint (Doc. 32).  Plaintiffs have filed a motion

26   for leave to file a Second Amended Complaint (Doc. 199), and that motion is set for hearing on

27   July 14, 2023.

28

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

1    Dexon has amended its third party complaint to add its claimed suppliers of newly

2   identified allegedly counterfeit products.  Dexon intends to continue adding suppliers of any

3   newly identified allegedly counterfeit products.

4   **IV.    PROPOSED TWO (2) MONTH EXTENSION OF ALL DUE DATES / DEADLINES**

5    As a result of delays in document production due to multiple discovery disputes and the

6   parties' good faith efforts to resolve such disputes without the need for Court involvement, the

7   parties agree a two (2) month extension of all due dates and deadlines (excluding the current

8   hearing date for Cisco's Motion for Preliminary Injunction and Motion for Leave to Amend) is

9   necessary and reasonable in order to complete discovery in a timely fashion.  The parties have

10   requested no prior extensions or modifications of the Scheduling Order.  The parties will be

11   submitting a separate Joint Stipulation and PROPOSED Order seeking such two (2) month

12   extension.

13   Respectfully submitted,

14   DATED:  June 30, 2023                    SIDEMAN & BANCROFT LLP

15

16                              By:    _____*/s/ Richard J. Nelson*_____

17                                 Richard J. Nelson
                                    Attorneys for Plaintiffs
                                    Cisco Systems, Inc. and Cisco Technology, Inc.

18

19   DATED:  June 30, 2023                    K&L GATES LLP

20                              By:    _____*/s/ Zach Timm*_____

21                                 Zach Timm
                                    Attorneys for Third Party Defendant
22                                 Paragon

23

24   DATED:  June 30, 2023                    BARNES & THORNBURG LLP

25                              By:    _____*/s/ Roya Rahmanpour*_____

26                                 Roya Rahmanpour
                                    Attorneys for Third Party Defendant
27                                 Optimum Data, Inc.

28

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

1   DATED:  June 30, 2023                          BRENDA ANN PRACKUP
2                                                  ATTORNEY AT LAW

3                                          By:   _____/s/ Brenda A. Prackup_____
4                                                Brenda A. Prackup
                                                 Attorneys for Third Party Defendant
5                                                iTech Devices, Inc.

6
7   DATED:  June 30, 2023                          LANDO & ANASTASI

8                                          By:   _____/s/ Craig R. Smith_____
                                                 Craig R. Smith
9                                                Attorneys for Third Party Defendant
                                                 Teksavers
10

11

12                              **<u>ATTESTATION</u>**

13          Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of

14   perjury that I have obtained consent to file this document from every signatory above.

15   DATED:  June 30, 2023

16                                               _____/s/ Richard J. Nelson_____
                                                 Richard J. Nelson
17

18

19

20

21

22

23

24

25

26

27

28

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711