RICHARD J. NELSON (State Bar No. 141658)
E-Mail:     rnelson@sideman.com
LOUIS P. FEUCHTBAUM (State Bar No. 219826)
E-Mail:     lfeuchtbaum@sideman.com
ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail:     zalinder@sideman.com
LYNDSEY C. HEATON (State Bar No. 262883)
E-Mail:     lheaton@sideman.com
ALEXANDER J. BUKAC (State Bar No. 305491)
E-Mail:     abukac@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:     (415) 392-1960
Facsimile:     (415) 392-0827

Attorneys for Plaintiffs
CISCO SYSTEMS, INC. and
CISCO TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No. 3:20-cv-04926 CRB<br><br>**DECLARATION OF RICHARD J. NELSON IN SUPPORT OF PLAINTIFFS CISCO SYSTEMS, INC.'S AND CISCO TECHNOLOGY, INC.'S SUPPLEMENTAL BRIEF FOR MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:     Hon. Charles R. Breyer<br><br>**REDACTED VERSION OF DOCUMENT FILED PROVISIONALLY UNDER SEAL** |

I, RICHARD J. NELSON, hereby declare as follows:

1.     I am an attorney at law, licensed to practice in the State of California. I am a partner at the law firm of Sideman & Bancroft LLP, counsel of record for Plaintiffs Cisco

1  Systems, Inc. and Cisco Technology, Inc. (together, "Cisco" or "Plaintiffs") in the above-
2  captioned matter.  The following is based on information and belief after review of documents
3  Dexon produced in this matter and Cisco's internal documents, and, where indicated, of my own
4  personal knowledge, and if called as a witness in this matter, I could and would competently
5  testify thereto.

6      2.    As described in the declaration of Michael Heidecker filed concurrently herewith,
7  Cisco engineers have examined hundreds of products sold by Dexon that were determined to be
8  counterfeit.  As Dexon has placed "Highly Confidential-Attorneys Eyes Only" restrictions on
9  information related to its customers and sales data, Cisco engineers do not have access to the
10 information provided by Dexon that links Dexon and its end customers to certain products that
11 have been determined to be counterfeit.  Cisco requested that Dexon downward designate the
12 identities of certain customers so that end customer information could be provided to Mr.
13 Heidecker for purposes of this supplemental briefing and Dexon refused. Owing to that refusal, I,
14 as outside counsel familiar with Cisco's business records on these matters and the documents
15 produced by Dexon, hereby submit the information collected regarding counterfeit "Cisco"-
16 branded products sold after the date of the Initial Complaint in this matter.  The following
17 descriptions of Dexon's sales to particular customers is based on information and belief after
18 review of documents Dexon produced in this matter and marked as Highly Confidential-Attorneys
19 Eyes Only, and if called as a witness in this matter, I could and would competently testify thereto.
20 The determinations of counterfeit referenced hereunder were made by Cisco engineers, as
21 evidenced by the attached exhibits, and are the same types of determinations described in the
22 concurrently filed declaration of Michael Heidecker.

23     3.    On August 27, 2020, Dexon sold two Cisco-branded WS-C9300-24-T-E switches
24 to the Regional Justice Information System located in St. Louis, Missouri.  Cisco engineers
25 examined these switches and determined them to be counterfeit.  Attached hereto as Exhibit 1 is a
26 copy of the Executive Summary Report ("ESR") detailing the analysis performed on these
27 switches to determine their status as counterfeit.  The list price for those switches is $5,031.41
28 each.

4.      On November 5, 2020, Dexon sold a C9300-48P-A switch another unauthorized reseller. That product was eventually sold to the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The switch then failed and CBP initiated a service request with Cisco on January 6, 2021. Cisco engineers examined this switch and determined it to be counterfeit. Attached hereto as Exhibit 2 is a copy of the ESR detailing the analysis performed on this switch to determine its status as counterfeit. This list price for that switch is $10,063.21.

5.      On June 15, 2021, Dexon arranged for SMARTNet coverage for a switch it had previously sold to end customer ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Cisco provided advanced replacement of the switch, owing to the SMARTNet coverage, however, Cisco engineers subsequently reviewed console readout information from that device and determined that the switch was, in fact, counterfeit. The list price for the product that was replaced is $40,689. Attached hereto as Exhibit 3 is a copy of the ESR detailing the analysis performed on this switch to determine its status as counterfeit.

6.      On August 20, 2021, Dexon sold a Cisco-branded WS-C2960X-48FPD-L switch to end customer ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The list price of that product is $13,055. Cisco engineers examined this switch and determined it to be counterfeit. Attached hereto as Exhibit 4 is a copy of the ESR detailing the analysis performed on this switch (and others sold by Dexon to the customer) to determine its status as counterfeit.

7.      In October 2021, Dexon sold two Cisco-branded WS-C2960X-48LPS-L switches to end customer ▮▮▮▮▮▮▮▮ The list price of those switches is $9,136 each. Cisco engineers examined these switches and determined them to be counterfeit. Attached hereto as Exhibit 5 is a copy of the ESR detailing the analysis performed on these switches (and others sold by Dexon to the customer) to determine its status as counterfeit.

8.      On December 17, 2021, Dexon sold two Cisco-branded QSFP-40G-LR4 modules in a test buy that Cisco arranged. The list price of these products is $17,737 each; Dexon sold these products for only $595 each. Cisco engineers examined these products and determined them

1    to be counterfeit.  Attached hereto as Exhibit 6 is a copy of the ESR detailing the analysis performed on these products to determine their status as counterfeit.

3    9.    In August 2022, Dexon sold a Cisco-branded WS-C2960X-48LPS-L switch to end customer ▮▮▮▮▮.  The list price of that product is $9,136.  Cisco engineers examined this switch and determined it to be counterfeit.  Attached hereto as Exhibit 7 is a copy of the ESR detailing the analysis performed on this switch to determine its status as counterfeit.

7    10.    Further, Dexon produced spreadsheets in discovery that detail the total number of "Cisco"-branded products that it has sold, including the product model numbers and date of sale.  During the period of July 22, 2020, to October 13, 2022 (the last date of a sale in the information provided by Dexon), Dexon sold ▮▮▮ "Cisco"-branded products.  Of those products, ▮▮▮ are of the same product and model type as products Dexon sold in the past that turned out to be counterfeit.  Below is a chart showing the number of products sold by Dexon since the Initial Complaint in this matter which match the types of counterfeit products Dexon has been found to have sold in the past, broken down by model number, as those model numbers have been identified in the declaration of Michael Heidecker also submitted concurrently herewith:





11.     Further, Dexon produced documents and spreadsheets showing that one of its vendors for "Cisco"-branded products was Pro Network.  Pro Network's owner, Onur Aksoy, was criminally indicted in July 2022 by a federal grand jury for Pro Network's trafficking in a huge quantity of counterfeit "Cisco"-branded networking equipment.  Mr. Aksoy entered his guilty plea to the charges last month, and he is awaiting sentencing.  See true and correct copy of press release

1. issued by the Department of Justice, dated June 6, 2023, attached as Exhibit 8.

12. Cisco obtained a spreadsheet from Pro Network, showing the "Cisco"-branded products it sold, including 525 switches, routers, transceivers, and other "Cisco"-branded products to Dexon. 166 of these products were purchased by Dexon **after** Cisco filed the complaint in this matter. A true and correct copy of an excerpt of that spreadsheet reflecting Pro Network sales to Dexon is attached as Exhibit 9.

13. Cisco has uncovered ▮▮▮▮▮ "Cisco"-branded products sold by Dexon through subpoenas Cisco issued to Dexon customers since the initiation of this litigation.

14. Dexon takes active steps to keep counterfeit products from being sent to Cisco's TAC, by instructing its customers to send the counterfeits to Dexon instead of Cisco. Attached hereto as Exhibit 10 is a true and correct copy of an email chain between Dexon and its customer ▮▮▮▮▮

15. Dexon's effort to involve its customers in the deception against Cisco evidences Dexon's knowledge of its counterfeiting activities and demonstrates that the counterfeits that Cisco has identified are only a fraction of the counterfeits sold by Dexon. As one example, attached hereto as Exhibit 11 is a true and correct copy of an email chain between Dexon and its customer ▮▮▮▮▮

16. Similarly, attached hereto as Exhibit 12 is a true and correct copy of an email chain between Dexon and its customer ▮▮▮▮▮

1

2  I declare under penalty of perjury under the laws of the United States of America that the

3  foregoing is true and correct.

4  Executed July 21, 2023, in San Francisco, California.

5

6  */s/ Richard J. Nelson*
   Richard J. Nelson