# NELSON DECLARATION

# FILED UNDER SEAL EXHIBIT 1

# NELSON DECLARATION

# FILED UNDER SEAL EXHIBIT 2

# NELSON DECLARATION

# FILED UNDER SEAL
# EXHIBIT 3

# NELSON DECLARATION

# FILED UNDER SEAL EXHIBIT 4

# NELSON DECLARATION

# FILED UNDER SEAL EXHIBIT 5

# NELSON DECLARATION

# FILED UNDER SEAL EXHIBIT 6

# NELSON DECLARATION

# FILED UNDER SEAL
# EXHIBIT 7