# NELSON DECLARATION

# FILED UNDER SEAL EXHIBIT 10

# NELSON DECLARATION

# FILED UNDER SEAL EXHIBIT 11

# NELSON DECLARATION

# FILED UNDER SEAL EXHIBIT 12