John A. Conkle (SB# 117849)
  *j.conkle@conklelaw.com*
Amanda R. Washton (SB# 227541)
  *a.washton@conklelaw.com*
**CONKLE, KREMER & ENGEL**
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, CA 90403-2351
Phone: (310) 998-9100• Fax: (310) 998-9109

Michael M. Lafeber (*pro hac vice*)
  *mlafeber@taftlaw.com*
David McDaniel (*pro hac vice*)
  *dmcdaniel@taftlaw.com*
O. Joseph Balthazor Jr. (*pro hac vice*)
  *jbalthazor@taftlaw.com*
**TAFT STETTINIUS & HOLLISTER LLP**
2200 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Phone: (612) 977-8400 • Fax: (612) 977-8650

Attorneys for Defendant and Third-Party
Plaintiff Dexon Computer, Inc.

Richard J. Nelson (SB# 141658)
  *rnelson@sideman.com*
Louis P. Feuchtbaum (SB# 219826)
  *lfeuchtbaum@sideman.com*
Zachary J. Alinder (SB# 209009)
  *zalinder@sideman.com*
Lyndsey C. Heaton (SB# 262883)
  *lheaton@sideman.com*
Alexander J. Bukac (SB# 305491)
  *abukac@sideman.com*
**SIDEMAN & BANCROFT LLP**
One Embarcadero Center
Twenty-Second Floor
San Francisco, CA 94111-3711
Phone: (415) 392-1960

Attorneys for Plaintiffs Cisco Systems, Inc.
and Cisco Technology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DEXON COMPUTER, INC., a Minnesota corporation, <br><br> Defendant. | Case No. 3:20-CV-4926-CRB <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT; [~~PROPOSED~~] ORDER** <br><br> Hon. Charles R. Breyer <br> Presiding Judge |
| AND RELATED CROSS-ACTIONS | |

**STIPULATION**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 6-2 of the Northern District of California Civil Local Rules, Defendant and Third-Party Plaintiff Dexon Computer, Inc. ("Dexon") on the one hand, and on the other Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc. ("Cisco"), jointly seek a modification of the deadline to respond to Cisco's Second Amended Complaint ("SAC") and the related briefing schedule on Dexon's anticipated partial Motion to Dismiss.  The parties hereto agree that this request is reasonable and stipulate to entry of an Order as follows:

1.    Dexon's deadline to file its response to the SAC, including its anticipated partial Motion to Dismiss, will be **August 22, 2023**.

2.    Cisco's deadline to file its Opposition to any such partial Motion to Dismiss filed by Dexon will be **September 19, 2023**.

3.    Cisco and Dexon have met and conferred and agree that good cause exists for this Court to extend the response deadline and briefing schedule for both parties.

4.    The parties request this extension due in part to the factual and substantive issues to address in the anticipated partial Motion to Dismiss and the abbreviated response time for amended complaints under Rule 15.  The parties have not previously sought an extension for any deadlines relating to the SAC.

5.    The parties hereto agree that this request is reasonable, not intended for unnecessary delay, and stipulate to entry of an Order as follows:

a.    Dexon's deadline to respond to the SAC, including any potential Motion to Dismiss, is **August 22, 2023**, and

b.    Cisco's Opposition to Motion to Dismiss would be due on or before **September 19, 2023**;

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

1   DATED:  July 26, 2023                  SIDEMAN & BANCROFT LLP

2

3                                          By:    /s/ Louis P. Feuchtbaum

4                                                 Louis P. Feuchtbaum
                                                  Attorneys for Cisco Systems, Inc. and Cisco
5                                                 Technology, Inc.

6

7   Dated:  July 26, 2023                  TAFT STETTINIUS & HOLLISTER LLP

8

9                                          By:    /s/ Michael M. Lafeber

10                                                Michael M. Lafeber
                                                  Attorneys for Dexon Computer, Inc.
11

12                              **<u>ATTESTATION</u>**

13          Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest under penalty of perjury

14   that I have obtained consent to file this document from every signatory above.

15

16   Dated:  July 26, 2023                  CONKLE, KREMER & ENGEL

17

18                                          By:    /s/ Amanda R. Washton

19                                                 Amanda R. Washton
                                                   Attorneys for Dexon Computer, Inc.
20

21

22

23

24

25

26

27

28

0640.002\9898                           -3-                    Case No. 3:20-CV-4926-CRB

1

## [PROPOSED] ORDER

2           PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 DATED:    <u>July 27, 2023</u>

5

6                                     _____

7                              Hon. Charles R. Breyer
                             United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28