IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEXON COMPUTER, INC., et al.,<br><br>Defendants. | Case No. 20-cv-04926-CRB<br><br>**AMENDED ORDER RE: CISCO'S ADMINISTRATIVE MOTION TO SEAL ANOTHER PARTY'S MATERIAL** |

Cisco Systems, Inc. ("Cisco") filed an administrative motion to seal Dexon Computer. Inc.'s ("Dexon") confidential material in Cisco's motion for preliminary injunction, see Mot. to Seal (dkt. 201), to which Dexon filed a statement in response, see Resp. Mot. to Seal (dkt. 204).

Given the impending preliminary injunction hearing, the Court granted Cisco's motion in its entirety and permitted it to file the designated preliminary injunction materials under seal. Order Granting Mot. to Seal (dkt. 218). Now that the Court has had an opportunity to take a closer look, the Court has determined that some of Dexon's designated materials do not satisfy the compelling reasons standard.[1] This Amended Order clarifies which sealing requests meet that standard and which should be unsealed.

### A.     Motion for Preliminary Injunction (dkt. 202)

Dexon seeks sealing of 26 statements in Cisco's motion for preliminary injunction.[2]

---

[1] See this Court's previous sealing order (dkt. 283) for a discussion of why the compelling reasons standard applies to this material.
[2] Any statements for which (1) Dexon is the only designating party in Cisco's filing, and (2) Dexon does not seek sealing, shall be unsealed. This shall apply for all of the materials discussed in this Order.

The Court's rulings on these requests are as follows:

| Portions of Materials Requested to be Sealed | Designating Party | Reasons Proffered for Sealing | Ruling |
|---|---|---|---|
| Page 3, portions of lines 5–11 | Dexon | Confidential Client Communications | DENIED. Dexon did not meet its burden of showing competitive harm. |
| Page 3, portions of line 25 | Dexon | Confidential Client Communications | GRANTED. |
| Page 4, portions of lines 1–3 | Dexon | Confidential Client Communications | DENIED. Dexon did not meet its burden of showing competitive harm. |
| Page 5, portions of lines 21–24 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 6, lines 1–7 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 6, line 15 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 6, portions of lines 18–25 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 7, portions of lines 2–10 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |

| | | | |
|---|---|---|---|
| Page 7, portions of lines 15–25 | Dexon | Confidential Client Communications | DENIED. Dexon did not meet its burden of showing competitive harm. |
| Page 8, portions of lines 16–23 | Dexon | Confidential Client Communications | GRANTED only for the <u>number</u> of SMARTNet Contracts listed in line 19.<br><br>DENIED for the rest. Dexon did not meet its burden of showing competitive harm. |
| Page 8, portions of lines 24–28 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 9, lines 1–11 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 9, portions of lines 12–13 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 9, portions of lines 14–24 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 9, portions of lines 26–28 | Dexon | Confidential Client Communications | DENIED. Dexon did not meet its burden of showing competitive harm. |
| Page 10, portions of line 1 | Dexon | Confidential Client Communications | GRANTED only as consistent with the |

| | | | redactions proposed in Dkt. 209 at 2, lines 24–28. |
|---|---|---|---|
| Page 10, portions of line 3 | Dexon | Confidential Client Communications | GRANTED. |
| Page 10, portions of lines 5–8 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 10, portions of lines 9–19 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 12, portions of lines 4–7 | Dexon | Confidential Client Communications | DENIED.  Dexon did not meet its burden of showing competitive harm. |
| Page 14, portions of lines 5–9 | Dexon | Confidential Client Communications | DENIED.  Dexon did not meet its burden of showing competitive harm. |
| Page 14, portions of lines 14–17 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 14, portions of line 19 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 14, portions of lines 22–23 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 14, portions of lines | Dexon | Confidential Client | GRANTED only as |

| Portions of Materials Requested to be Sealed | Designating Party | Reasons Proffered for Sealing | Ruling |
|---|---|---|---|
| 25–28 | | Communications | consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 15, portions of line 1 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |

For the rulings that reference Dkt. 209, Cisco shall revise the corresponding designated material to redact only customer names (and identifying information), vendor names (and identifying information), and pricing details.

### B.    Nelson Declaration (dkt. 202-1)

Dexon seeks sealing of 34 statements in the Declaration of Richard J. Nelson in support of Cisco's motion for preliminary injunction.  The Court's rulings on these requests are as follows:

| Portions of Materials Requested to be Sealed | Designating Party | Reasons Proffered for Sealing | Ruling |
|---|---|---|---|
| Page 2, lines 17–22 | Dexon | Proprietary Business Record | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 2, lines 23–28 | Dexon | Proprietary Business Record | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 3, portions of lines 10–12 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 3, portions of line 14 | Dexon | Confidential Client Communications | GRANTED. |
| Page 3, portions of lines | Dexon | Confidential Client | GRANTED only as |

5

| | | | |
|---|---|---|---|
| 16–18 | | Communications | consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 3, portions of lines 19–23 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 3, portions of line 25 | Dexon | Confidential Client Communications | GRANTED. |
| Page 3, line 28 | Dexon | Confidential Client Communications | DENIED. Dexon did not meet its burden of showing competitive harm. |
| Page 4, lines 1–8 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 4, portions of lines 9–11 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 4, portions of lines 14–18 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 4, portions of lines 19–22 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 4, lines 23–28 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines |

| | | | 24–28. |
|---|---|---|---|
| Page 5, lines 1–2 | Dexon | Confidential Client Communications | DENIED. Dexon did not meet its burden of showing competitive harm. |
| Page 5, lines 4–5 | Dexon | Confidential Client Communications | DENIED. Dexon did not meet its burden of showing competitive harm. |
| Page 5, lines 12–18 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 5, lines 25–27 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 5, line 28 | Dexon | Proprietary Business Record | GRANTED. |
| Page 6, lines 1–6 | Dexon | Proprietary Business Record | GRANTED. |
| Page 6, lines 7–21 | Dexon | Proprietary Business Record | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 6, portions of lines 22–28 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 7, portions of lines 1–5 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 7, portions of lines | Dexon | Confidential Client | GRANTED only as |

7

| | | | |
|---|---|---|---|
| 6–12 | | Communications | consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 7, lines 13–22 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 7, lines 23–24 | Dexon | Designated as confidential (Dkt. 201–3). | DENIED.  Dexon did not file a statement in support of sealing. |
| Page 7, portions of lines 25–28 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 8, portions of line 1 | Dexon | Confidential Client Communications | GRANTED. |
| Page 8, portions of line 5 | Dexon | Confidential Client Communications | GRANTED. |
| Page 8, portions of lines 7–14 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 8, portions of lines 15–18 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 8, portions of lines 24–27 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Page 9, portions of line 2 | Dexon | Confidential Client Communications | GRANTED. |
| Page 9, portions of line 3 | Dexon | Confidential Client | GRANTED. |

| | | Communications | |
|---|---|---|---|
| Page 9, portions of lines 4–6 | Dexon | Confidential Client Communications | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |

For the rulings that reference Dkt. 209, Cisco shall revise the corresponding designated material to redact only customer names (and identifying information), vendor names (and identifying information), and pricing details.

### C. Exhibits to Nelson Declaration (dkt. 202-1)

Dexon seeks sealing of 29 Exhibits to the Declaration of Richard J. Nelson in support of Cisco's motion for preliminary injunction. The Court's rulings on these requests are as follows:

| Portions of Materials Requested to be Sealed | Designating Party | Reasons Proffered for Sealing | Ruling |
|---|---|---|---|
| Exhibit 1 | Dexon | Client/Customer Communication | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Exhibit 4 | Dexon | Client/Customer Communication | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Exhibit 5 | Dexon | Client/Customer Communication | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Exhibit 6 | Dexon | Proprietary Business Record | GRANTED. |
| Exhibit 7 | Dexon | Client/Customer Communication | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines |

| | | | 24–28. |
|---|---|---|---|
| Exhibit 8 | Dexon | Client/Customer Communication | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Exhibit 9 | Dexon | Proprietary Business Record | GRANTED. |
| Exhibit 10 | Dexon | Client/Customer Communication | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Exhibit 11 | Dexon | Client/Customer Communication | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Exhibit 12 | Dexon | Client/Customer Communication | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Exhibit 13 | Dexon | Client/Customer Communication | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Exhibit 14[3] | Dexon | Client/Customer Communication | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Exhibit 15 | Dexon | Client/Customer Communication | GRANTED. |
| Exhibit 16 | Dexon | Client/Customer | GRANTED only as |

---

[3] This exhibit appears to have been mistakenly labeled as Exhibit 16 in some of the parties' filings. For clarity, this ruling applies to pages 65–67 of Dkt. 201-3.

|  |  | Communication | consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
|---|---|---|---|
| Exhibit 18 | Dexon | Client/Customer Communication and Proprietary Business Record | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Exhibit 19 | Dexon | Client/Customer Communication and Proprietary Business Record | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Exhibit 20 | Dexon | Client/Customer Communication | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Exhibit 21 | Dexon | Client/Customer Communication | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Exhibit 22 | Dexon | Client/Customer Communication | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Exhibit 23 | Dexon | Client/Customer Communication | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Exhibit 24 | Dexon | Client/Customer Communication | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |

| Exhibit 25 | Dexon | Internal Business Communication | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Exhibit 26 | Dexon | Client/Customer Communication | GRANTED. |
| Exhibit 27 | Dexon | Client/Customer Communication | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Exhibit 28 | Dexon | Client/Customer Communication | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Exhibit 29 | Dexon | Client/Customer Communication | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |
| Exhibit 30 | Dexon | Client/Customer Communication | GRANTED. |
| Exhibit 32 | Dexon | Client/Customer Communication | GRANTED only as consistent with the redactions proposed in Dkt. 209 at 2, lines 24–28. |

For the rulings that reference Dkt. 209, Cisco shall revise the corresponding designated material to redact only customer names (and identifying information), vendor names (and identifying information), and pricing details.

### D.     Proposed Order (dkt. 202-3)

Dexon seeks sealing of 4 statements in Cisco's proposed order, attached to its motion for a preliminary injunction. The Court's rulings on these requests are as follows:

| Portions of Materials | Designating | Reasons Proffered | Ruling |

| Requested to be Sealed | Party | for Sealing | |
|---|---|---|---|
| Page 2, portions of lines 27–28 | Dexon | Confidential Client Communications | DENIED. Dexon did not meet its burden of showing competitive harm. |
| Page 3, lines 1–2 | Dexon | Confidential Client Communications | DENIED. Dexon did not meet its burden of showing competitive harm. |
| Page 4, lines 26–27 | Dexon | Confidential Client Communications | DENIED. Dexon did not meet its burden of showing competitive harm. |
| Page 6, portions of lines 1–2 | Dexon | Confidential Client Communications | DENIED. Dexon did not meet its burden of showing competitive harm. |

## II. CONCLUSION

This Amended Order amends the Order at Docket No. 218.

The Court GRANTS in part and DENIES in part Cisco's administrative motion to seal Dexon's confidential information in Cisco's motion for preliminary injunction. See Mot. to Seal.

Cisco shall publicly file revised versions of the documents pursuant to this Amended Order and Civil Local Rule 79-5(g) within 21 days of this Order.

For each ruling that refers to Dkt. 209, the revised designated material shall only redact customer names (and identifying information), vendor names (and identifying information), and pricing details. See sections A, B, and C.

**IT IS SO ORDERED.**

Dated: September 18, 2023

CHARLES R. BREYER
United States District Judge