IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXON COMPUTER, INC., et al.,<br><br>    Defendants. | Case No. 20-cv-04926-CRB<br><br>**ORDER FOR PROPOSED REDACTIONS** |

In order to preserve the ability of the parties to move for redactions, the Court filed its Order Granting Cisco's Motion for Preliminary Injunction ("the Order") temporarily under seal. See dkt. 288. The parties shall meet and confer with respect to potential redactions of statements in the Order. By **September 28, 2023**, the parties shall file any proposed redactions for the Order consistent with the Court's prior sealing orders, see dkts. 283, 286. If the parties fail to propose any redactions, the Order shall be filed publicly on September 29, 2023.

**IT IS SO ORDERED.**

Dated: September 19, 2023

CHARLES R. BREYER
United States District Judge