RICHARD J. NELSON (State Bar No. 141658)
E-Mail:      *rnelson@sideman.com*
LOUIS P. FEUCHTBAUM (State Bar No. 219826)
E-Mail:      *lfeuchtbaum@sideman.com*
ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail:      *zalinder@sideman.com*
LYNDSEY C. HEATON (SBN 262883)
E-Mail:      *lheaton@sideman.com*
ALEXANDER J. BUKAC (State Bar No. 305491)
E-Mail:      *abukac@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:      (415) 392-1960
Facsimile:      (415) 392-0827

Attorneys for Plaintiffs and Cross-Defendants
CISCO SYSTEMS, INC. and
CISCO TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No. 3:20-cv-04926 CRB<br><br>**NOTICE OF FILING BOND PURSUANT TO SEALED ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION ECF Docket No. 288**<br><br>Honorable Charles R. Breyer |

1  Plaintiffs and Cross-Defendants CISCO SYSTEMS, INC. and CISCO TECHNOLOGY,
2  INC. by and through their undersigned counsel, hereby file and give notice of filing the original
3  bond certificate issued (attached hereto), in compliance with the Court's September 19, 2023
4  Sealed Order Granting Motion for Preliminary Injunction (Dkt No. 288 *SEALED*). The
5  attached seizure bond in the amount of $500,000.00 as required by the September 19, 2023 Order.

7  DATED: September 22, 2023         SIDEMAN & BANCROFT LLP

By:   */s/Lyndsey C. Heaton*
      Lyndsey C. Heaton
      Attorneys for Plaintiffs and Cross-Defendants
      CISCO SYSTEMS, INC. and
      CISCO TECHNOLOGY, INC.

## INJUNCTION BOND

Case No. 3:20-cv-4926 CRB-RMI

Bond # 107847491

KNOW ALL BY THESE PRESENTS:

That we, **Cisco Systems, Inc., a Delaware corporation and Cisco Technology, Inc. a California corporation** as Principal(s), and **Travelers Casualty and Surety Company of America**, a corporation authorized to transact surety business in the State of **California**, as Surety, are held and firmly bound unto **Dexon Computer, Inc.**, as Obligee, in the maximum penal sum of **Five Hundred Thousand and NO/100** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - (**$500,000.00**) DOLLARS, lawful money of the United States of America, for the payment of which, well and truly to be made, we bind ourselves, our heirs, legal representatives, successors and assigns, jointly and severally, firmly by these presents.

Whereas, the above named plaintiff has duly applied to this court for a writ of injunction against the defendant in this action, according to the statute in such cases provided.

NOW THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, That, if the said plaintiff shall pay the said defendant such damages as he sustains by reason of said temporary injunction, if the Court finally decided that the said plaintiff is not entitled thereto (or to either or any of them, if more than one defendant), then this obligation shall be void, otherwise to remain in force and effect.

SIGNED AND SEALED this **21st** day of **September**, **2023**.

Travelers Casualty and Surety Company of America

By _/s/ Heidi A. Notheisen_
Heidi A. Notheisen    Attorney-in-Fact

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of _____Missouri_____ }

County of _____St. Charles_____ }

On __September 21, 2023__ before me, __Debra C. Schneider__, Notary Public,
(Here insert name and title of the officer)

personally appeared __Heidi A. Notheisen__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_[signature: Debra C. Schneider]_
Notary Public Signature                   (Notary Public Seal)
My Commission Expires: July 21, 2024

DEBRA C. SCHNEIDER
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Charles County
My Commission Expires: July 21, 2024
Commission Number: 12419088

---

**ADDITIONAL OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual(s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☑ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

**INSTRUCTIONS FOR COMPLETING THIS FORM**

*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865



**Travelers Casualty and Surety Company of America**
**Travelers Casualty and Surety Company**
**St. Paul Fire and Marine Insurance Company**

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS**: That Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company are corporations duly organized under the laws of the State of Connecticut (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint __Heidi A. Notheisen__ of __St. Louis__, __Missouri__, their true and lawful Attorney(s)-in-Fact to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed, and their corporate seals to be hereto affixed, this **21st** day of **April, 2021**.

State of Connecticut

City of Hartford ss.

By: _____
Robert L. Raney, Senior Vice President

On this the **21st** day of **April, 2021**, before me personally appeared **Robert L. Raney**, who acknowledged himself to be the Senior Vice President of each of the Companies, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of said Companies by himself as a duly authorized officer.

**IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

My Commission expires the **30th** day of **June, 2026**.

Anna P. Nowik, Notary Public

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of each of the Companies, which resolutions are now in full force and effect, reading as follows:

**RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED**, that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED**, that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, **Kevin E. Hughes**, the undersigned, Assistant Secretary of each of the Companies, do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which remains in full force and effect.

Dated this __21st__ day of __September__, __2023__.

Kevin E. Hughes, Assistant Secretary

**To verify the authenticity of this Power of Attorney, please call us at 1-800-421-3880.**
*Please refer to the above-named Attorney(s)-in-Fact and the details of the bond to which this Power of Attorney is attached.*

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

HARTFORD, CONNECTICUT 06183

FINANCIAL STATEMENT AS OF DECEMBER 31, 2022

CAPITAL STOCK $ 6,480,000

| ASSETS | | LIABILITIES & SURPLUS | |
|---|---:|---|---:|
| BONDS | $ 4,788,996,790 | LOSSES | $ 1,385,257,132 |
| STOCKS | 102,639,111 | LOSS ADJUSTMENT EXPENSES | 133,664,803 |
| CASH AND INVESTED CASH | 20,110,068 | COMMISSIONS | 55,456,724 |
| OTHER INVESTED ASSETS | 5,661,540 | OTHER EXPENSES | 49,033,047 |
| SECURITIES LENDING REINVESTED COLLATERAL ASSETS | 25,805,872 | TAXES, LICENSES AND FEES | 16,807,425 |
| INVESTMENT INCOME DUE AND ACCRUED | 42,265,766 | REINSURANCE PAYABLE ON PAID LOSSES AND LOSS ADJ EXPENSES | (1,738,793) |
| PREMIUM BALANCES | 308,425,453 | UNEARNED PREMIUMS | 1,394,161,189 |
| REINSURANCE RECOVERABLE | 57,954,515 | ADVANCE PREMIUM | 3,880,400 |
| NET DEFERRED TAX ASSET | 68,131,600 | POLICYHOLDER DIVIDENDS | 18,122,229 |
| CURRENT FEDERAL AND FOREIGN INCOME TAXES RECOVERABLE AND INTEREST | 3,250,318 | CEDED REINSURANCE NET PREMIUMS PAYABLE | 73,928,911 |
| GUARANTY FUNDS RECEIVABLE OR ON DEPOSIT | 1,059,482 | AMOUNTS WITHHELD / RETAINED BY COMPANY FOR OTHERS | 23,586,276 |
| RECEIVABLE FROM PARENTS, SUBSIDIARIES AND AFFILIATES | 14,866,600 | REMITTANCES AND ITEMS NOT ALLOCATED | 5,082,055 |
| OTHER ASSETS | 963,374 | PROVISION FOR REINSURANCE | 6,464,384 |
| | | PAYABLE FOR SECURITIES LENDING | 25,805,872 |
| | | RETROACTIVE REINSURANCE RESERVE ASSUMED | 785,441 |
| | | OTHER ACCRUED EXPENSES AND LIABILITIES | 186,614 |
| | | TOTAL LIABILITIES | $ 3,190,685,707 |
| | | CAPITAL STOCK | $ 6,480,000 |
| | | PAID IN SURPLUS | 433,803,760 |
| | | OTHER SURPLUS | 1,809,161,022 |
| | | TOTAL SURPLUS TO POLICYHOLDERS | $ 2,249,444,782 |
| TOTAL ASSETS | $ 5,440,130,489 | TOTAL LIABILITIES & SURPLUS | $ 5,440,130,489 |

STATE OF CONNECTICUT     )
COUNTY OF HARTFORD    ) SS.
CITY OF HARTFORD         )

MICHAEL J. DOODY, BEING DULY SWORN, SAYS THAT HE IS VICE PRESIDENT – FINANCE, OF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, AND THAT TO THE BEST OF HIS KNOWLEDGE AND BELIEF, THE FOREGOING IS A TRUE AND CORRECT STATEMENT OF THE FINANCIAL CONDITION OF SAID COMPANY AS OF THE 31ST DAY OF DECEMBER, 2022.

*Michael J Doody*
VICE PRESIDENT – FINANCE

SUBSCRIBED AND SWORN TO BEFORE ME THIS
17TH DAY OF MARCH, 2023

NOTARY PUBLIC

SUSAN M. WEISSLEDER
*Notary Public*
*My Commission Expires November 30, 2027*

