John A. Conkle (SB# 117849)
  j.conkle@conklelaw.com
Amanda R. Washton (SB# 227541)
  a.washton@conklelaw.com
CONKLE, KREMER & ENGEL, PLC
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Michael M. Lafeber (*pro hac vice*)
  mlafeber@taftlaw.com
David McDaniel (*pro hac vice*)
  dmcdaniel@taftlaw.com
O. Joseph Balthazor Jr. (*pro hac vice*)
  jbalthazor@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Phone: (612) 977-8400 • Fax: (612) 977-8650

Attorneys for Defendant and Third-Party Plaintiff
Dexon Computer, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>  Defendant. | Case No. 3:20-CV-4926-CRB<br><br>**NOTICE OF APPEAL**<br><br>Hon. Charles R. Breyer<br>Presiding Judge<br><br>Trial Date:        None |
| AND RELATED CROSS-ACTIONS | |

Dexon Computer, Inc., hereby appeals to the U.S. Court of Appeals for the Ninth Circuit from the Order Granting Preliminary Injunction entered on September 19, 2023 (Dkt. 288), attached as **Exhibit A**, and again on October 3, 2023 (Dkt. 293), attached as **Exhibit B**.

Dated: October 16, 2023   CONKLE, KREMER & ENGEL, PLC

By: /s/ *Amanda R. Washton*
John A. Conkle
Amanda R. Washton

Michael M. Lafeber *(pro hac vice)*
David McDaniel *(pro hac vice)*
O. Joseph Balthazor Jr. *(pro hac vice)*
TAFT STETTINIUS & HOLLISTER LLP

Attorneys for Defendant and Third-Party Plaintiff Dexon Computer, Inc.