# Exhibit A

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:20-cv-04926-CRB Cisco Systems, Inc. et al v. Dexon Computer, Inc. Order |
| **Date:** | Tuesday, September 19, 2023 11:48:26 AM |

{Caution: Email received from external sender}

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**California Northern District**

### Notice of Electronic Filing

The following transaction was entered on 9/19/2023 at 11:48 AM and filed on 9/19/2023
**Case Name:**       Cisco Systems, Inc. et al v. Dexon Computer, Inc.
**Case Number:**     3:20-cv-04926-CRB
**Filer:**
**Document Number:** 288(No document attached)

**Docket Text:**
**SEALED. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ls, COURT STAFF) (Filed on 9/19/2023)**


**3:20-cv-04926-CRB Notice has been electronically mailed to:**

**Aaron M. Panner**     apanner@kellogghansen.com, ecf-b3d8cd1668e1@ecf.pacerpro.com, fgarcia@kellogghansen.com, shochman@kellogghansen.com

**Alex Atticus Parkinson**     aparkinson@kellogghansen.com

**Alexander James Bukac**     abukac@sideman.com, clee@sideman.com, docket1@sideman.com

**Alison M. Crane**     Acrane@bledsoelaw.com, mkaufmann@bledsoelaw.com, vstevenson@bledsoelaw.com

**Amanda Rose Washton**     a.washton@conklelaw.com

**Andrew E. Goldsmith**     agoldsmith@kellogghansen.com, eblanco@khhte.com

**Brenda Ann Prackup**     brenda@baplawoffice.com

**Christina Noel Goodrich**     christina.goodrich@klgates.com, klgateseservice@klgates.com

**Christopher S. Finnerty**     chris.finnerty@klgates.com

**Craig R. Smith**     csmith@lalaw.com, emailservice@lalaw.com, sstutzmann@lalaw.com

**David Reichenberg**     dreichenberg@manatt.com

**David S McDaniel**     dmcdaniel@jaffelaw.com

**Deborah Hanna Petito**     deborah.petito@offitkurman.com, arvin.setaghaian@offitkurman.com

**Ellie Hourizadeh**     ehourizadeh@mwe.com

**James Juo**     jjuo@thowardlaw.com, docket@thowardlaw.com, jjuo@juolaw.com, mbench@thowardlaw.com

**Jodi Lynn Benassi**     jbenassi@mwe.com, cbosio@mwe.com

**John Allan Conkle**     j.conkle@conklelaw.com, support@conklelaw.com

**Justin Nathanael Owens**     jowens@stradlinglaw.com, jgraziano@sycr.com

**Karen I. Boyd**     boyd@turnerboyd.com, 1105862420@filings.docketbird.com, docketing@turnerboyd.com

**Louis P. Feuchtbaum**     lfeuchtbaum@sideman.com, docket1@sideman.com, jabrigo@sideman.com

**Lyndsey C. Heaton**     lheaton@sideman.com, docket1@sideman.com, jabrigo@sideman.com

**Michael M. Lafeber**     mlafeber@taftlaw.com, clagergren@taftlaw.com

**Michael Wayne Seitz**     mseitz@spencerfane.com, mike-seitz-1831@ecf.pacerpro.com

**O Joseph Balthazor , Jr**     jbalthazor@taftlaw.com, awellens@taftlaw.com, awolkerstorfer@taftlaw.com

**Richard Joseph Nelson**     rnelson@sideman.com, clee@sideman.com, docket1@sideman.com

**Roya Rahmanpour**     roya.rahmanpour@btlaw.com, angie.stevens@btlaw.com, docket-la@btlaw.com

**Ryan Michael Folio**     rfolio@kellogghansen.com

**Seth Alan Gold**     Seth.Gold@btlaw.com, Docket-LA@btlaw.com, jesse.rodriguez@btlaw.com

**Tony V. Pezzano**     tony.pezzano@offitkurman.com

**Zachary J. Alinder**     zalinder@sideman.com, clee@sideman.com, docket1@sideman.com

**Zachary T. Timm**     zach.timm@klgates.com, klgateseservice@klgates.com

**3:20-cv-04926-CRB Please see [Local Rule 5-5](); Notice has NOT been electronically mailed to:**