# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

| | |
|---|---|
| Name of U.S. District Court: | Northern District of California |
| U.S. District Court case number: | 3:20-cv-04926-CRB |
| Date case was first filed in U.S. District Court: | 07/22/2020 |
| Date of judgment or order you are appealing: | 09/19/2023 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Defendant and Third Party Plaintiff DEXON COMPUTER, INC., a Minnesota corporation

Is this a cross-appeal?   ○ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

Amanda R. Wahston, of Conkle, Kremer & Engel, PLC

3130 Wilshire Boulevard, Suite 500

| City: | Santa Monica | State: | CA | Zip Code: | 90403-2351 |
|---|---|---|---|---|---|

Prisoner Inmate or A Number (if applicable):

| **Signature** | /s/ Amanda R. Washton | **Date** | Oct 16, 2023 |
|---|---|---|---|

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Defendant and Third Party Plaintiff DEXON COMPUTRER, INC., a Minnesota corporation |

Name(s) of counsel (if any):

| |
|---|
| Amanda R. Washton and John A Conkle, of Conkle, Kremer & Engel, PLC |

Address: 3130 Wilshire Boulevard, Suite 500, Santa Monica, CA 90403-2351

Telephone number(s): (310) 998-9100

Email(s): a.washton@conklelaw.com; j.conkle@conklelaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Plaintiff CISCO SYSTEMS, INC., a Delaware corporation |
| Plaintiff CISCO TECHNOLOGY, INC., a California corporation |

Name(s) of counsel (if any):

| |
|---|
| |

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                         1                                         *Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Defendant and Third Party Plaintiff DEXON COMPUTRER, INC.

Name(s) of counsel (if any):

Michael M. Lafeber, Scott M. Flaherty, and O. Joseph Balthazor Jr., of Taft Stettinius & Hollister LLP

Address: 2200 IDS Center, 80 S. 8th St., Minneapolis, MN 55402

Telephone number(s): (612) 977-8400

Email(s): mlafeber@taftlaw.com; dmcdaniel@taftlaw.com; jbalthazor@taftlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ⊙ No

**Appellees**

Name(s) of party/parties:

Plaintiff CISCO SYSTEMS, INC., a Delaware corporation
Plaintiff CISCO TECHNOLOGY, INC., a California corporation

Name(s) of counsel (if any):

Richard J. Nelson, Louis P. Feuchtbaum, Angela M. He, and Artur A. Minasyan, of Sideman & Bancroft LLP

Address: One Embarcadero Center, 22nd Floor, San Francisco, CA 94111-3711

Telephone number(s): (415) 392-1960

Email(s): rnelson@sideman.com; lfeuchtbaum@sideman.com; ahe@sideman.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    2                           Rev. 12/01/2018