John A. Conkle (SB# 117849)
 j.conkle@conklelaw.com
Amanda R. Washton (SB# 227541)
 a.washton@conklelaw.com
CONKLE, KREMER & ENGEL, PLC
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Michael M. Lafeber (*pro hac vice*)
 mlafeber@taftlaw.com
David McDaniel (*pro hac vice*)
 dmcdaniel@taftlaw.com
O. Joseph Balthazor Jr. (*pro hac vice*)
 jbalthazor@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Phone: (612) 977-8400 • Fax: (612) 977-8650

Attorneys for Defendant and Third-Party Plaintiff
Dexon Computer, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No. 3:20-CV-4926-CRB<br><br>**DEFENDANT DEXON'S COMPUTER, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dexon's Motion to Stay Injunction Pending Appeal<br><br>N.D. Cal. Local Rules 7-11 and 79-5(f)<br><br>Judge: Hon. Charles R. Breyer<br><br>No Hearing Date Set Pursuant to L.R. 7-11(c)<br><br>Hon. Charles R. Breyer<br>Presiding Judge |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant and Third-Party Plaintiff Dexon Computer, Inc. ("Dexon") will and hereby does move the Court, pursuant to Civil Local Rule 79-5, for an administrative order to consider whether material contained in its Motion for Stay Injunction Pending Appeal in the following document or portions thereof, should be sealed. Dexon files this Administrative Motion to comply with the Parties' Stipulated Protective Order (Dkt. No. 28), the Texas Action Protective Order, and Civil Local Rule 79-5.

**Material to be Filed Under Seal**

Paragraph 13.4 of the Parties' Stipulated Protective Order, Dkt. No. 28, prohibits a party from filing in the public record any disclosure or discovery material that is designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" ("Protected Material") without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons. As identified herein, material in the documents listed above has been designated or derives from material that has been designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Cisco. Dexon makes this application to consider whether such material should be filed under seal pursuant to Paragraph 13.4 of the Parties' Stipulated Protective Order and Local Rules 7-11 and 79-5.

The following portions of Dexon's Motion for Stay Injunction Pending Appeal quote, reference, or otherwise rely on documents designated by Cisco as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY":

| Page | Line(s) | Designating Entity |
|------|---------|---------------------|
| 11   | 4-6     | Cisco               |

A [Proposed] Order is submitted herewith.

| | |
|---|---|
| Dated: October 23, 2023 | CONKLE, KREMER & ENGEL, PLC |
| | |
| | By: /s/ *Amanda R. Washton* |
| | John A. Conkle |
| | Amanda R. Washton |
| | |
| | Michael M. Lafeber *(pro hac vice)* |
| | David McDaniel *(pro hac vice)* |
| | O. Joseph Balthazor Jr. *(pro hac vice)* |
| | TAFT STETTINIUS & HOLLISTER LLP |
| | |
| | Attorneys for Defendant and Third-Party Plaintiff Dexon Computer, Inc. |