UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No. 3:20-CV-4926-CRB<br><br>**[PROPOSED]ORDER REGARDING DEFENDANT DEXON'S COMPUTER, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER A PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Hon. Charles R. Breyer<br>Presiding Judge<br><br>Trial Date:     None<br><br>Hon. Charles R. Breyer<br>Presiding Judge |

0640.002\9850

Case No. 3:20-CV-4926-CRB

[PROPOSED]ORDER REGARDING DEFENDANT DEXON'S COMPUTER, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER A PARTY'S MATERIAL SHOULD BE SEALED

The Court has considered Defendant and Third-Party Plaintiff Dexon Computer, Inc. ("Dexon")'s Administrative Motion to File Under Seal portion of Motion for Stay Injunction Pending Appeal.

The Court hereby [GRANTS/DENIES] the Motion.

The Court hereby ORDERS that the following portion of Dexon's Motion to Stay Injunction Pending Appeal is to be [maintained under seal] [unsealed]:

| Page | Line(s) | Designating Entity |
|------|---------|--------------------|
| 11   | 4-6     | Cisco              |

**IT IS SO ORDERED.**

DATED: _____

Hon. Charles R. Breyer
United States District Court Judge