John A. Conkle (SB# 117849)
 *j.conkle@conklelaw.com*
Amanda R. Washton (SB# 227541)
 *a.washton@conklelaw.com*
CONKLE, KREMER & ENGEL, PLC
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Michael M. Lafeber (*pro hac vice*)
 *mlafeber@taftlaw.com*
David McDaniel (*pro hac vice*)
 *dmcdaniel@taftlaw.com*
O. Joseph Balthazor Jr. (*pro hac vice*)
 *jbalthazor@taftlaw.com*
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Phone: (612) 977-8400 • Fax: (612) 977-8650

Attorneys for Defendant and Third-Party Plaintiff
Dexon Computer, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation and CISCO TECHNOLOGY, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No. 3:20-CV-4926-CRB<br><br>**GRANTING DEFENDANT DEXON COMPUTER, INC.'S MOTION TO STAY INJUNCTION PENDING APPEAL**<br><br>Date: December 1, 2023<br>Time: 10:00 a.m.<br>Crtrm: Zoom<br><br>Hon. Charles R. Breyer<br>Presiding Judge<br><br>Trial Date:    None |

0640.002\9853                                                                                  Case No. 3:20-CV-4926-CRB

GRANTING DEFENDANT DEXON COMPUTER, INC.'S MOTION TO STAY INJUNCTION PENDING APPEAL

# [PROPOSED] ORDER

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Based upon all the memoranda, affidavits, files, records, submissions, arguments presented, and proceedings herein, Defendant Dexon Computer, Inc.'s Motion to Stay Injunction Pending Appeal is GRANTED. The Preliminary Injunction issued by the Court (ECF Nos. 288, 293) is hereby STAYED pending resolution of Dexon's appeal of the Injunction Order that is currently before the Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Charles R. Breyer
United States District Court Judge

Dated: October 23, 2023

John A. Conkle
Amanda R. Washton, members of
CONKLE, KREMER & ENGEL
Professional Law Corporation

By: _____
John A. Conkle
Attorneys for Defendant and Third-Party Plaintiff
Dexon Computer, Inc.