RICHARD J. NELSON (State Bar No. 141658)
E-Mail:      *rnelson@sideman.com*
LOUIS P. FEUCHTBAUM (State Bar No. 219826)
E-Mail:      *lfeuchtbaum@sideman.com*
ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail:      *zalinder@sideman.com*
LYNDSEY C. HEATON (SBN 262883)
E-Mail:      *lheaton@sideman.com*
ALEXANDER J. BUKAC (State Bar No. 305491)
E-Mail:      *abukac@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:      (415) 392-1960
Facsimile:      (415) 392-0827

Attorneys for Plaintiffs and Cross-Defendants
CISCO SYSTEMS, INC. and
CISCO TECHNOLOGY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No. 3:20-cv-04926 CRB<br><br>**PLAINTIFFS CISCO SYSTEMS, INC. AND CISCO TECHNOLOGY, INC. AND DEFENDANT DEXON COMPUTER, INC.'S JOINT MOTION TO ENTER STIPULATED PERMANENT INJUNCTION AND, THEREAFTER, TO DISMISS CLAIMS, AND [~~PROPOSED~~] ORDER** |

1    Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc. (together, "Plaintiffs") and
2 Defendant Dexon Computer Inc. ("Defendant," and collectively with Cisco, the "Parties"), hereby
3 file this stipulated joint motion for entry of a Stipulated Permanent Injunction and dismissal of claims
4 without prejudice.

5    The Parties stipulate and agree that there is good cause to enter the Permanent Injunction
6 below because the Parties have settled their dispute, which includes entry of this injunction, the
7 request is unopposed, and the Permanent Injunction is stipulated.

8    In conjunction with entry of this Stipulated Permanent Injunction, Plaintiffs have agreed to
9 dismiss the claims in this action against Defendant without prejudice, and the Parties request the
10 Court to retain jurisdiction to enforce the Stipulated Permanent Injunction and the settlement
11 agreement.

12   Therefore, the Parties jointly stipulate, and request that the Court enter an ORDER, as
13 follows:

14   1.   Defendant, including any of its officers, agents, servants, representatives,
15 employees, attorneys, affiliated companies (including but not limited to Optdex and Core92, Inc.,
16 and any other rebranded affiliate by Defendant), assigns, successors in interest, and all persons in
17 active concert or participation with it who receive actual notice of this Order, by personal service
18 or otherwise, shall be forever restrained and enjoined from:

19       a.   Intentionally purchasing or selling counterfeit Cisco products.
20       b.   For purpose of clarity, Dexon will not violate this injunction if it sells a
21            Cisco product that turns out to be counterfeit so long as Dexon used Cisco's
22            authentication tools provided by Cisco prior to the sale of such product and
23            the tool reported that the packaging for the subject product was genuine.

24   2.   Cisco shall provide Dexon with written notice of any alleged violation of this
25 injunction and five (5) days to cure such breach before bringing any proceeding to enforce this
26 injunction. The bond that Cisco previously furnished in connection with the preliminary
27 injunction is extinguished and may be returned to Cisco.

28

3. Cisco's claims against Defendant are hereby dismissed without prejudice in this action, pursuant to the Parties' Settlement Agreement and Fed. R. Civ. Proc. Rule 41(a)(2), and the Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to enforce the provisions of this Injunction or the Parties' settlement agreement.

**IT IS SO STIPULATED AND REQUESTED THAT THE COURT SO ORDER.**

DATED: March 7, 2024                SIDEMAN & BANCROFT LLP

By:    */s/ Richard J. Nelson*
       Richard J. Nelson
       Attorneys for Plaintiffs
       Cisco Systems, Inc. and Cisco Technology, Inc.

DATED: March 7, 2024                TAFT STETTINUIUS & HOLLISTERR LLP

By:    */s/ Michael M. Lafeber*
       Michael M. Lafeber (admitted *pro hac vice*)
       Attorneys for Defendant and Third-Party Plaintiff
       Dexon Computer, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  March 8, 2024                _____
                                     CHARLES R. BREYER
                                     United States District Judge