RICHARD J. NELSON (State Bar No. 141658)
E-Mail:     *rnelson@sideman.com*
ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail:     *zalinder@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:     (415) 392-1960
Facsimile:     (415) 392-0827

Attorneys for Plaintiffs and Cross-Defendants
CISCO SYSTEMS, INC. and
CISCO TECHNOLOGY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., a Delaware corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>                Plaintiffs,<br><br>        v.<br><br>DEXON COMPUTER, INC., a Minnesota corporation,<br><br>                Defendant. | Case No. 3:20-cv-04926 CRB<br><br>**PLAINTIFFS CISCO SYSTEMS, INC. AND CISCO TECHNOLOGY, INC. AND DEFENDANT DEXON COMPUTER, INC.'S JOINT MOTION TO DISMISS CLAIMS, AND [~~PROPOSED~~] ORDER** |
| AND RELATED CROSS-ACTIONS | |

        Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc. (together, "Plaintiffs") and

Defendant Dexon Computer Inc. ("Defendant," and collectively with Cisco, the "Parties"), hereby

file this stipulated joint motion for entry of an order dismissing claims with prejudice.

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

The Parties stipulate and agree that there is good cause to enter the requested order because the Parties have settled their dispute, which includes a permanent injunction and dismissal of claims without prejudice, which the Court entered on March 8, 2024.  The Parties further agreed as part of the settlement that they would seek a dismissal of claims with prejudice on or after March 1, 2026, if the Parties had complied with the settlement agreement.  This request is unopposed.

Therefore, the Parties jointly stipulate, and request that the Court enter an ORDER, as follows:

1.     The Permanent Injunction remains in effect.

2.     Cisco's claims against Defendant are hereby dismissed with prejudice in this action, pursuant to the Parties' Settlement Agreement and Fed. R. Civ. Proc. Rule 41(a)(2), and the Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to enforce the provisions of the Injunction.

**IT IS SO STIPULATED AND REQUESTED THAT THE COURT SO ORDER.**

DATED:  March 10, 2026                          SIDEMAN & BANCROFT LLP

By:      */s/ Richard J. Nelson*
Richard J. Nelson
Attorneys for Plaintiffs
Cisco Systems, Inc. and Cisco Technology, Inc.

DATED:  March 10, 2026                          TAFT STETTINUIUS & HOLLISTERR LLP

By:      */s/ Michael M. Lafeber*
Michael M. Lafeber (admitted *pro hac vice)*
Attorneys for Defendant and Third-Party Plaintiff
Dexon Computer, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  __March 11, 2026__          _____

CHARLES R. BREYER
United States District Judge

JOINT MOTION TO DISMISS CLAIMS, AND [~~PROPOSED~~] ORDER

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711